Form B2500A (12/15)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: <br> VeroBlue Farms USA, Inc. | Bankruptcy No: <br> 18–01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. <br> *Plaintiff(s)* | Adversary No. 19–09015 |
| vs. | |
| Cassels Brock & Blackwell LLP <br> *Defendant(s)* | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its office and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk:    320 Sixth Street Rm 126
                                                  Sioux City, IA 51101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Attorney for Plaintiff(s)    Joseph A. Peiffer
                                                  Ag & Business Legal Strategies
                                                  PO Box 11425
                                                  Cedar Rapids, IA 52410

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                  MEGAN R. WEISS
                                                                  Acting Clerk, Bankruptcy Court
                                                                  by:

                                                                  */s/ Theresa J. Stoelman*

                                                                Deputy Clerk

Date of Issuance: March 28, 2019

Form B2500A (12/15)

19–09015

# CERTIFICATION OF SERVICE

I,_____ (name), certify that service of this summons and a copy of the complaint was made _____(date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____  Signature_____

           Print Name:           _____

      Business Address:       _____
                                          _____