**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| VEROBLUE FARMS USA, INC., ET AL., | Bankruptcy No. 18-01297<br>Adversary Case No. 19-09015 |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Robert H. Lang, of Thompson Coburn LLP, hereby enters his appearance and request for receipt of all court filings and notices on behalf of VeroBlue Farms USA, Inc. via electronic means at the following email address:

rhlang@thompsoncoburn.com

Respectfully submitted,

VEROBLUE FARMS USA, INC

/s/ Robert H. Lang
One of its Attorneys

Joseph A. Peiffer AT0006160
AG & Business Legal Strategies, P.C.
PO Box 11425
Cedar Rapids, IA 52410-1425
319-363-1641
joe@ablsonline.com

Dan Childers LI0007535
Elderkin & Pirnie, P.L.C.
316 Second Street SE, Suite 124
PO Box 1968
Cedar Rapids, IA 52406
319-362-2137
dchilders@elderkinpirnie.com

Robert H. Lang
Renato Mariotti
Caroline Pritikin
Eileen Boyle Perich
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, IL 60603
312-346-7500 (main)
rhlang@thompsoncoburn.com
rmariotti@thompsoncoburn.com
cpritikin@thompsoncoburn.com
eboyleperich@thompsoncoburn.com