Form B2500A (12/15)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Bankruptcy No: |
| VeroBlue Farms USA, Inc. | 18–01297 |
| | |
| Debtor(s). | Chapter 11 |
| | |
| VeroBlue Farms USA, Inc. | Adversary No. 19–09015 |
| *Plaintiff(s)* | |
| | |
| vs. | |
| | |
| Cassels Brock & Blackwell LLP | |
| *Defendant(s)* | |

## REISSUEDSUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its office and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:     320 Sixth Street Rm 126
                          Sioux City, IA 51101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Attorney for Plaintiff(s)  Joseph A. Peiffer
                           Ag & Business Legal Strategies
                           PO Box 11425
                           Cedar Rapids, IA 52410

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

MEGAN R. WEISS
Acting Clerk, Bankruptcy Court
by:

*Nicole J. Becker*

Deputy Clerk

Date of Issuance: May 2, 2019

Form B2500A (12/15)

19–09015

## CERTIFICATION OF SERVICE

I, Hannah Hanser_____ (name), certify that service of this summons and a copy of the complaint
was made  May 6, 2019_____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

Abidali Ismaili, Cassels Brock & Blackwell, LLP, 40 King Street West, 2100 Scotia Plaza, Toronto, Ontario M5H 3C2

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
addressed to the following officer of the defendant at: Via UPS

Abidali Ismaili, Cassels Brock & Blackwell, LLP, 40 King Street West, 2100 Scotia Plaza, Toronto, Ontario M5H 3C2

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of_____ , as follows:
[Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and
at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning
which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date   May 6, 2019_____          Signature _____

                    Print Name:          Hannah Hanser_____

                    Business Address:      Ag & Business Legal Strategies_____
                                P.O. Box 11425_____
                                Cedar Rapids, IA 52410-1425_____

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| VeroBlue Farms USA, Inc., VBF Operations, Inc., VBF Transport, Inc., VBF IP, Inc, and Iowa's First, Inc., | Cassels Brock & Blackwell LLP |

| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
|---|---|
| Ag & Business Legal Strategies, P.O. Box 11425, Cedar Rapids, IA 52410-1425 - (319) 363-1641 & Eldeckin & Pirnie, PLC, 316 Second Street SE, Suite 124, Cedar Rapids, IA 52401-2137 | |

| **PARTY** (Check One Box Only) | **PARTY** (Check One Box Only) |
|---|---|
| ⊠ Debtor　　□ U.S. Trustee/Bankruptcy Admin | □ Debtor　　□ U.S. Trustee/Bankruptcy Admin |
| □ Creditor　　□ Other | ⊠ Creditor　　□ Other |
| □ Trustee | □ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

This is an action seeking turn over of the Debtors' files from a law firm that provided representation of it from the fall of 2014 through about late 2017. Is is based on 11 U.S.C. Sec. 542.

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| | |
|---|---|
| **FRBP 7001(1) – Recovery of Money/Property** | **FRBP 7001(6) – Dischargeability (continued)** |
| ☑ 11-Recovery of money/property - §542 turnover of property | □ 61-Dischargeability - §523(a)(5), domestic support |
| □ 12-Recovery of money/property - §547 preference | □ 68-Dischargeability - §523(a)(6), willful and malicious injury |
| □ 13-Recovery of money/property - §548 fraudulent transfer | □ 63-Dischargeability - §523(a)(8), student loan |
| □ 14-Recovery of money/property - other | □ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support) |
| **FRBP 7001(2) – Validity, Priority or Extent of Lien** | □ 65-Dischargeability - other |
| □ 21-Validity, priority or extent of lien or other interest in property | **FRBP 7001(7) – Injunctive Relief** |
| **FRBP 7001(3) – Approval of Sale of Property** | □ 71-Injunctive relief – imposition of stay |
| □ 31-Approval of sale of property of estate and of a co-owner - §363(h) | □ 72-Injunctive relief - other |
| **FRBP 7001(4) – Objection/Revocation of Discharge** | **FRBP 7001(8) Subordination of Claim or Interest** |
| □ 41-Objection / revocation of discharge - §727(c),(d),(e) | □ 81-Subordination of claim or interest |
| **FRBP 7001(5) – Revocation of Confirmation** | **FRBP 7001(9) Declaratory Judgment** |
| □ 51-Revocation of confirmation | □ 91-Declaratory judgment |
| **FRBP 7001(6) – Dischargeability** | **FRBP 7001(10) Determination of Removed Action** |
| □ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims | □ 01-Determination of removed claim or cause |
| □ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud | **Other** |
| □ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny | □ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq. |
| (continued next column) | ☑ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand $ 75,000.00 or more damages. |

| Other Relief Sought |
|---|
| Turnover of documents and compensatory and punitive monetary damages. |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>VeroBlue Farms USA, Inc., et al. | BANKRUPTCY CASE NO.<br>18-01297 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Iowa | DIVISION OFFICE | NAME OF JUDGE<br>Thad J. Collins |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

| DATE<br>March 27, 2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Dan Childers |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11 Bankruptcy<br>Case No. 18-01297<br><br>**DEBTORS' ADVERSARY COMPLAINT AGAINST CASSELS BROCK & BLACKWELL LLP** |
| VEROBLUE FARMS USA, INC., VBF OPERATIONS, INC., VBF TRANSPORT, INC., VBF IP, INC., AND IOWA'S FIRST, INC.,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CASSELS BROCK & BLACKWELL LLP,<br><br>DEFENDANT | Adversary Case No. _____ |

COME NOW the Debtors, VeroBlue Farms USA, Inc. ("VBF"), VBF Operations, Inc. ("VBF Ops"), VBF Transport, Inc. ("VBF Transport"), VBF IP, Inc. ("VBP IP") and Iowa's First, Inc. ("Iowa's First"), by and through their counsel, and for their Adversary Complaint against Cassels Brock & Blackwell LLP ("Cassels") state:

### I.     JURISDICTION AND VENUE

1.     This action is an adversary proceeding filed in accordance with Rule 7001 of the Federal Rules of Bankruptcy Procedure.

2.     This Court has subject matter jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

3.     This court has subject matter jurisdiction of this Complaint by operation of 28 U.S.C. §§ 157 and 1334, 11 U.S.C. §§ 105, 541, 542, 543, and 1101 et seq, and F.R.B.P. 7001.

This Court's subject matter jurisdiction is further augmented by a General Reference Order issued by the United States District Court for the Northern District of Iowa. Additionally, the Defendant has consented to the exercise of subject matter and personal jurisdiction by this Court, because it has filed a Proof of Claim with this Court (Doc. 21-1).  This is a core proceeding by  operation of 28 U.S.C. §157(b)(2)(E), and to the extent, if at all, this Complaint does not involve a core proceeding, the Plaintiffs consent to the entry of final judgment and the rendition of legal conclusions by this Court.

4.     This Court has also has personal jurisdiction over this matter pursuant to Iowa Code § 617.3 as Cassels has made a contract with Debtors to be performed in whole or in part in Iowa, and alternatively committed tortious acts in part in Iowa, and against Iowa residents, The Debtors.

5.     This adversary proceeding is a core proceeding under 28 U.S.C. §§ 151, 157(b) and 11 U.S.C. § 1142, because it arises under the Chapter 11 case filed by Debtors and is necessary to the administration of the estate as Cassels is holding property of the Debtors' estate.

6.     Venue of this proceeding is proper in this District pursuant to 28 U.S.C. § 1409.

## II.     PARTIES

7.     VBF is a Nevada corporation with its principal place of business in Webster City, Iowa.  VBF Ops is a Texas corporation with its principal place of business in Webster City, Iowa.  VBF Transport is a Delaware corporation with its principal place of business in Webster City, Iowa.  VBF IP is a Texas corporation with its principal place of business in Webster City, Iowa.  Iowa's First is an Iowa corporation with its principal place of business in Webster City, Iowa.

8.      Cassels is believed to be an Ontario provincial limited liability partnership

engaged in the practice of law and based in Toronto, Ontario, Canada.

### III.    <u>SUMMARY OF ADVERSARY COMPLAINT</u>

9.      This bankruptcy case is set for a final plan confirmation hearing on April 17, 2019.

Through this Adversary Complaint, Debtors seek to recover property of the bankruptcy estate.

This Adversary Complaint is on a separate track from plan confirmation, and plan confirmation is

not dependent on the outcome of this Adversary Complaint.

10.     The Court has come to know of the so-called "<u>Founders</u>" of Debtors, five men (Les

Wulf, Bruce Wall, Keith Driver, Ted Rea, and James Rea) who misappropriated and squandered

close to $80,000,000 of debt and equity invested in Debtors in less than two years.

11.     During their tenure at Debtors, the Founders retained Cassels as counsel for Debtors

and the Founders had other relationships with Cassels outside of Cassels' representation of

Debtors.

12.     Cassels actively represented Debtors from in or around fall of 2014 through in or

around late 2017.  However, Cassels has never formally terminated its representation of Debtors,

to Debtors' knowledge, and therefore Debtors consider Cassels to be their current counsel.

Whether Cassels is Debtors' current or former counsel, however, is irrelevant to the relief

requested in this Motion.

13.     Debtors requested their own client files from Cassels over one month ago.  Cassels

has refused to comply with this request, despite the clear attorney-client relationship between

Cassels and Debtors, evidenced by the fact that Cassels has filed a Proof of Claim, under penalties

of perjury, for $275,349.21, in this case, as well as other evidence.

14.     Regardless, Cassels is holding Debtors' property.  Accordingly, Debtors request a

judgment ordering Cassels to turn over all its files (electronic and hard copy) as they relate to Debtors or their Canadian affiliate (VeroBlue Farms, Inc. or "VBF Canada"), and as further specified herein, as such files are unquestionably property of the bankruptcy estate.

15.    Debtors waive no privilege in bringing this Adversary Complaint, and along those lines have redacted certain information, or have withheld it subject to the Court's directive for an *in-camera* inspection, protective order, and/or other privilege protections.

## IV.    FACTUAL BACKGROUND

### A.    Cassels' Representation Of Debtors And The Founders

16.    Four of the five Founders have Canadian roots and, as Debtors are recently learning, have had a longstanding relationship with Cassels, a Canadian firm, outside of Debtors' business.  For example, Debtors have recently discovered emails to that effect between several of the Founders and Cassels attorneys, especially Sean Maniaci ("Maniaci"), who is currently identified by Cassels as a partner in its securities law group, purporting to specialize in industries such as aquaculture (Debtors' business).

17.    These emails include one dated September 8, 2014 from Maniaci to Founder Les Wulf ("Wulf") regarding an entity called "Left Rail Investments Inc," an entity in which Maniaci's brother Anthony is also involved, and the entity itself acquired VBF stock at half price.  (**Exhibit A-1 and A-21**.)

18.    Another email chain dated September 29, 2014 shows Cassels' representation of the Founders in one of their other businesses, ChipMeds Inc.  (**Exhibit A-2.**) *See also*, **Exhibit A-3,** October 15-16, 2014 emails among Maniaci, Wulf, and others regarding ChipMeds Inc. and other Founder entities unrelated to Debtors as far as Debtors are aware.  Cassels has filed Proof

of Claim #21 in these proceedings for services performed through November 2017. However, Debtors know of no disengagement letter or agreement between Debtors and Cassels.

19.     Attached as **Group Exhibit A-4** are various Cassels invoices and other billing statements to Debtors showing a large breadth of representation from 2014 through 2017, including the following matters: "General Corporate Matters," "Private Placement of Preferred Shares," "Opposing Flows Aquaculture," "December 2015 Offering," "Controlled Importation List Regulatory Matters," "Common Share Offering," "Common Share Offering (Friends and Family)," "Tank Leasing," and "Restructuring."

20.     The "Restructuring" Work ("<u>Restructuring</u>") pertained to Cassels joint efforts with LLP ("<u>Jackson Walker</u>"), also counsel for Debtors, through which the shares of VBF Canada would be "migrated" such that VBF Canada shares would effectively be converted to VBF shares, as VBF was the core, operative entity. Thus, Cassels performed extensive work in this endeavor on behalf of Debtor VBF and its affiliates. Ultimately, the Restructuring did not occur in the form contemplated by Jackson Walker and Cassels.

21.     Cassels' invoices were addressed to VBF Canada, but were sent to Canada, Texas, or Iowa, and the services ultimately were for other Debtors such as VBF, which was incorporated on September 5, 2014. Further, wire transfer forms included in **Exhibit A-4** show that Debtor VBF paid Cassels invoices (*see e.g.,* July 12, 2016 wire transfer form included in **Exhibit A-4.**

22.     Examples of Cassels' representation of Debtors include (a) as to securities law issues for Debtors, as evidenced by **Exhibit A-5,** an October 22, 2014 email between Cassels and Wulf, copying Maniaci, and relating to a Canadian provincial form apparently for securities laws, entitled "VBF-Securities Commission Filing re Family and Friends Round;" (b) assistance

of the Founders in drafting written representations to potential investors and/or lenders, many of which have turned out to be fraudulent, as evidenced by **Exhibit A-6**, an August 10, 2014 email chain between Wulf and Maniaci that contains many of Maniaci's comments and revisions to one memorandum containing such representations, and similarly by **Exhibit A-7,** a January 19-21, 2015 email chain among Wulf, Maniaci, and others, showing more of Maniaci's input on such representations; (c) preparation of corporate records, as evidenced by **Exhibit A- 8**;(d) counseling Debtors, especially VBF, on the Restructuring, as evidenced by **Exhibit A-9,** a May 9, 2017 email (redacted) from Maniaci to Rick Dahlson of Jackson Walker with a copy to Wulf; and (e) handling a host of other issues for Debtors as evidenced by **Group Exhibit A-4** (billing records).

> **B.    Cassels' Proof Of Claim In These Proceedings**

23.    Cassels has filed a Proof of Claim in these bankruptcy proceedings for $275,349.21 for "Legal Services" ("Cassels Proof of Claim") (Doc. 21-1).

24.    The Cassels Proof of Claim is singed by Abidali Ismaili as an "authorized agent" of Cassels under the penalties of perjury, and is dated November 26, 2018.

25.    The Cassels Proof of Claim identifies Debtor VBF IP as the Debtor subject to its Proof of Claim.

26.    However, attached to the Cassels Proof of Claim are two invoices not to VBF IP, but to VBF Canada. The first invoice, dated September 27, 2017, was sent to a Plano, Texas address, was for "General Corporate Matters," and further identified as "relating to general corporate as well as tax advice relating to the Restructuring; and correspondence with working group on all matters."  This invoice lists extensive work by Maniaci and other Cassels lawyers as to the Restructuring.

27.     The second Cassels invoice attached to its proof of claim was sent to Debtors'

Webster City, Iowa address, was also for the Restructuring.  Therefore, these invoices do not

pertain to VBP IP *per se*, as evident from the work described in the invoices. Instead, the alleged

work performed was for the Debtors and their affiliates.

**C.     Maniaci's Other Hat: A Preferred Shareholder Of Debtors' Affiliate**

28.     Maniaci also purportedly became a preferred shareholder of Debtors' affiliate

VBF Canada, along with his brother Anthony, and appears to be one of the first shareholders of

Debtors. (**Exhibit A- 10**, August 15, 2014 email between Maniaci and Wulf identifying Maniaci

(listed as "Sean") as one of ten shareholders along with the Founders (James Rea, Ted Rea,

Bruce Hall, Wulf, and Keith Driver); and, **Exhibit A-11,** September 29, 2014 email chain

between Maniaci and Wulf, attaching an Excel spreadsheet including Maniaci and his brother as

shareholders (as noted on Maniaci's email to Wulf, attaching the spreadsheet "with mine

included," and further demonstrating that Maniaci and his brother Anthony, along with other

early shareholders, received a 50% discount on their stock).

29.     Especially troubling is that Maniaci's entity, Sailstreet Capital Inc., received

750,000 shares in VBF Canada for a grand total of .075 for all 750,000 shares (seventy-five

cents) in May 2014, as shown on **Exhibit A-19** (spreadsheet), **Exhibit A-20**, a subscription

agreement signed by Maniaci for Sailstreet Capital and counter-signed by Wulf for VBF Canada

reflecting that price, and **Exhibit A-21**, documentation showing that Sailstreet Capital Inc. paid

"**$0.000001**" per share of stock.

30.     The Maniaci's were not done with their acquisition of stock for less than others

were paying, as the aforementioned entity headed by Maniaci's brother (Anthony), Left Rail

Investments Inc. and also possibly involving Founder Wulf, as well as Maniaci and his brother

personally, also received stock for .50 a share, less than the .90 per share that others were paying
at that time. (*See*, **Exhibit A-21**.)  Debtors have not located any documentation indicating that
the Maniaci's or their entities paid any more for this stock than is indicated above.  But the
documentation does indicate that Maniaci's entity, Sailstreet, paid .000001 per share of stock at a
time when others were paying about 900,000 times that amount, or .90 per share. (*See*, Exhibit
A-21, handwritten notes of price per share apparently affixed at or near the date of this June 2016
document.)

31.     **Exhibit A-12** is stark documentation of Maniaci's conflicts-of-interest.  It is a
document with an effective date of December 31, 2016 among the following parties, Maniaci
personally, VBF Canada, and VBF, signed by Wulf for the Debtor VBF and VBF Canada,
through which Maniaci granted VBF Canada (and possibly Debtor VBF) an option to purchase
Maniaci's stock in that entity (reflected as 40,000 shares, which according to **Exhibit A-11** was
the combined amount owned by Maniaci and his brother), for $1.00 per share (for which Maniaci
and his brother apparently paid .50).

32.     Upon information and belief, this option agreement was part and parcel of the
aforementioned Restructuring in which Maniaci and Cassels represented Debtors and VBF
Canada as lawyers, and regardless their representation of Debtors was ongoing as of December
31, 2016 as set forth in **Exhibit A-1.**

D.     **Cassels Fails To Turnover Client Documents To Its Client**

33.     On February 12, 2019, Debtors' outside general counsel sent a written demand
letter ("Demand") to Cassels managing partner, copying Maniaci.  (**Exhibit A-13**.) In the
Demand, Debtors and VBF Canada demanded that Cassels indicate by February 15 its written
agreement to turn over all its file materials relating to the Debtors or VBF Canada.

34.    Cassels responded to the Demand on February 25, 2019 (**Exhibit A-14**), when the firm's general counsel replied and advised that "I plan to meet with Mr. Maniaci in the next day or two to gather information relating to this matter and to consider the points that you have raised. After meeting with Mr. Maniaci, I intend to provide you with a substantive response to your February 12 letter." Debtors' outside general counsel replied on February 25, 2019, asking for that substantive response by March 1, 2019. (**Exhibit A-15**.)

35.    On March 5, 2019, Cassels advised Debtors' outside general counsel that the firm is "in the process of engaging counsel and we leave it to that counsel to communicate with you as appropriate." (**Exhibit A-16**.)

36.    On March 20, 2019, Cassels itself, and not outside counsel as promised in Cassels' March 5, 2019 letter, further replied to the Demand, wholly rejecting the Demand and refusing to produce one document to Debtors, former clients to Cassels, stating in part:

> Your February 12 letter states that your firm represents VeroBlue Farms USA Inc. ("**VB USA**"). At no time has Cassels Brock & Blackwell LLP represented that entity. *At all relevant times in the past, this firm represented only VeroBlue Farms, Inc., a corporation subsisting under the Canada Business Corporations Act.*

A true and correct copy of Cassels' March 20, 2019 letter is attached as Exhibit A-22.

37.    In fact, the Demand identified counsel writing the letter as representing "VeroBlue Farms USA ("VBF") *and its affiliates*." (**Exhibit A-13**.) Also, the Demand copied Norman McCowan, president of all Debtor entities and VBF Canada.

38.    More problematic, the March 20, 2019 Cassels letter, Exhibit A-22, directly contradicts the sworn Cassels Proof of Claim, where Cassels claims almost $300,000 from Debtors for "general corporate" or "restructuring" "Legal Services" performed (certainly not limited to intellectual property work, as would be relevant to Debtor VBF IP).

**E.      Maniaci's And Cassels' Third Hat: Advocate *Against* Clients (Debtors)**

39.      Unfortunately, Maniaci has manipulated his conflicted position as both shareholder of Debtors, and Debtors' counsel to attempt to blatantly harm the Debtors in these very proceedings.  On January 9, 2019, Maniaci wrote a letter (**"**January 9 Maniaci Letter**"**) to his "Fellow VBF Shareholder[s]." (**Exhibit A-17**).  The letter is striking by what it misrepresents, and what it conceals.

40.      The January 9 Maniaci Letter contradicts the March 20, 2019 Cassels letter, in which Cassels claimed that Maniaci wrote that letter "solely in his capacity as shareholder of VeroBlue Farms Inc."  Maniaci, in his January 9 Letter, does not specify that his shareholder status is limited to that entity (VBF Canada). Instead, the January 9 Letter was it is written by Maniaci as a "Fellow VBF Shareholder," and not limited to any particular entity, whether it be Debtors or VBF Canada.  Along those lines, the January 9 Maniaci Letter further identifies VeroBlue Farms USA, Inc. as "VBF," indicating that Maniaci's intended audience for his letter was not limited to VBF Canada shareholders. Regardless, shareholders of Debtor VBF received this letter.

41.      The January 9 Maniaci Letter is deceptive in other ways.  For example, Maniaci starts the letter with this sentence:  "I write to you as a minority shareholder of VeroBlue Farms," again not specifying in which entity he is a shareholder, how he acquired his stock, or how much he paid for his stock (nothing for most of it, through Sailstreet).

42.      Further, although the letter is written on Cassels letterhead by Cassels partner Maniaci, perhaps to give the letter an air of respectability as written from a law firm, Maniaci nowhere discloses in his letter that Cassels or he have served as counsel to Debtors on an extensive array of matters from inception of the Debtors' business for years thereafter. (In fact,

Maniaci does not specify that he is a lawyer, although he wrote the letter on Cassels letterhead.)

As to that point, the March 20, 2019 Cassels letter states: "We do acknowledge that such letter

was written without the authorization of management of this firm, and, therefore, Mr. Maniaci's

letter written in his personal capacity should not have been put on to our firm's letterhead."

Exhibit A-22. As stated, however, Maniaci was a partner of Cassels at the time he wrote his

January 9 Letter.

43.     Also, Maniaci conceals in his January 9 Letter that his brother and he received

their personal stock at half the price that other shareholders paid for their stock (including

recipients of Maniaci's letter).  Maniaci also conceals from the recipients of his letter that

Cassels and his firm have represented the Founders on matters unrelated to Debtors, and

apparently have a close relationship to the Founders.

44.     In the second paragraph of the January 9, 2019 Maniaci Letter, Maniaci falsely

represents that "the Bankruptcy Court appointed attorney Tom Fawkes to represent the Official

Committee of the Unsecured Creditors ("Creditors' Committee") in the Bankruptcy Case," when

no such appointment occurred.  Therefore, Maniaci has incorporated the Court, without the

Court's consent, into his misconduct.

45.     In that same paragraph, Maniaci represents to the shareholder-recipients that an

"investigation" and "initial conclusions" were performed by the Creditors' Committee, and that

the committee "formally challenged… Broadmoor's claim" (referencing the committee's

"Challenge Notice") and took other actions.  This is also deceptive, as Creditors' Committee

counsel has acknowledged that the Founders were the source of information for the Challenge

Notice, that he performed no independent investigation of substance, and that essentially the

Creditors' Committee at that time, with two of the Founders' relatives (William Turk) as a

member, doing the Founders' bidding (even seeking a dismissal of VBF's District Court case against the Founders for no consideration).  (*See,* **Exhibit A-18**.)  The Creditors' Committee has since withdrawn the Challenge Notice (Doc. 338, p. 4 of 7).

46.    In the January 9, 2019 Maniaci Letter, Maniaci shamefully solicits clients for Aaron Hammer and John Guzzardo, counsel to the so-called "Ad Hoc Committee" of equity investors, admitting that he is essentially trying to "crowdfund litigation" through his letter ("AHC").  Without a doubt, Maniaci is working in concert with the AHC counsel. On March 18, 2019, the Court barred the AHC from participation in these bankruptcy proceedings. (Doc. 398).

47.    Maniaci also misleadingly represents in the  letter that the recipients will have a chance to "participate in a Bankruptcy Case recovery" in exchange for contributing their funds for AHC counsel fees, neglecting to mention that any claims, meritless as they may be, would be assets of the estate, and also neglecting to disclose that there are over $80 million worth of debt and equity with a higher priority than common shareholders (*i.e.* recipients of the letter).Maniaci makes other false or misleading statements to Debtors' detriment, including, but not limited to, that the Creditors' Committee has determined that VBF's pending federal court lawsuit against the Founders is "retaliatory and without merit." This, combined with Maniaci's obvious lobbying against his clients' (Debtors') Plan or Reorganization, blatantly demonstrates Maniaci's (and Cassels') intent to undermine the Debtors' interests.

### COUNT I-ACTION FOR TURNOVER OF ESTATE PROPERTY PURSUANT TO 11 U.S.C.A. § 542 (a), (e)

48.    Debtors adopt and reincorporate paragraphs 1 through 47 as paragraph 48 of Count I as if more fully alleged herein.

49.    11 U.S.C.A. § 542 ("Turnover of property to the estate") provides in relevant sub-parts  as follows:

(a) Except as provided in subsection (c) or (d) of this section, an entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title, or that the debtor may exempt under section 522 of this title, shall deliver to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate.

(e) Subject to any applicable privilege, after notice and a hearing, the court may order an attorney, accountant, or other person that holds recorded information, including books, documents, records, and papers, relating to the debtor's property or financial affairs, to turn over or disclose such recorded information to the trustee.

50.    Cassels has no legal basis to withhold client file materials from Debtors, which are property of the bankruptcy estate.  Indeed, Cassels itself has filed a Proof of Claim in this matter, acknowledging that it has provided legal services for the Debtors. Regardless, other facts alleged herein demonstrate that Cassels performed legal services for the Debtors, and, in any event, the records of VBF Canada are interrelated to Debtors' client records and therefore must be turned over to Debtors.

51.    Therefore, Cassels must be immediately ordered to turn over all file materials ("VBF Files") related to Debtors or their affiliates, including, but not limited to, VBF Canada.

WHEREFORE the Debtors respectfully request that this Court order Cassels Brock & Blackwell LLP to turn over its entire file(s), however maintained, whether paper, electronic or otherwise maintained by the firm in conjunction all matters on which it represented of the Debtors and all affiliates without withholding any documents based on a claim of privilege as the entire file is the property of the Debtors; the Debtors also respectfully request such other relief as the Court deems just and equitable given the circumstances, including, but not limited to, costs.

## COUNT II-COMMON LAW CONVERSION

52.    Debtors adopt and reincorporate paragraphs 1 through 51 as paragraph 52 of Count II as if more fully alleged herein.

- 13 -

53.    Debtors have ownership and other possessory rights in the Client Files.

54.    Cassels has exercised dominion or control over the Client Files inconsistent with Debtors' ownership rights therein.

55.    Consequently, Debtors have suffered compensatory damages as a direct and proximate result of Cassels' conversion of the Client Files.  Such damages are in excess of $75,000, exclusive of costs and interest.

56.    Further, Debtors are entitled to an award of punitive damages, in an amount to be determined at trial or hearing, against Cassels as its conversion of the Client Files was willful and malicious, and attended by the misconduct alleged herein.

WHEREFORE, the Debtors respectfully request that this Court order Cassels Brock & Blackwell LLP to turn over its entire file(s), however maintained, whether paper, electronic or otherwise maintained by the firm in conjunction all matters on which it represented of the Debtors and all affiliates without withholding any documents based on a claim of privilege as the entire file is the property of the Debtors; that this Court order Defendant to pay the Debtors compensatory damages of at least $75,000 exclusive of costs and interest and punitive damages in an amount to be determined at trial, and also respectfully request such other relief as the Court deems just and equitable given the circumstances, including, but not limited to, costs and prejudgment interest.

**Dated: March 27, 2019**

AG & BUSINESS LEGAL STRATEGIES                    ELDERKIN & PIRNIE

/s/ Joseph A. Peiffer                              /s/ Dan Childers
Joseph A. Peiffer                                  Dan Childers
P.O. Box 11425                                     316 Second Street SE, Suite 124
Cedar Rapids, IA 52410-1425                        P.O. Box 1968
1350 Boyson Road, Suite A-1                        Cedar Rapids, IA 52401
Hiawatha, IA 52233-2211                            Telephone: (319) 362-2137
Telephone: (319) 363-1641                          Facsimile: (319) 362-1640
Facsimile: (319) 200-2059                          Email:  dchilders@elderkinpirnie.com
Email:  joe@ablsonline.com

*Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11 Bankruptcy<br>Case No. 18-01297<br><br>**DECLARATION OF NORMAN MCCOWAN IN SUPPORT OF DEBTORS' MOTION FOR TURNOVER ORDER AGAINST CASSELS BROCK & BLACKWELL LLP** |

### DECLARATION OF NORMAN MCCOWAN

I, Norman McCowan, am over the age of 18 and declare under penalty of perjury

pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct:

1.    I am President of VeroBlue Farms USA, Inc.

2.    Attached as Attachments A-1 through A-21 are true and correct copies of

documents that we have compiled from Debtors' hard copy records, electronic records, or which

have been sent or received by Debtors' counsel.  Attachments A-19 and A-21 are excerpts from

larger spreadsheets listing various shareholders.

Dated: 3/8/2019

Norman McCowan

**From:** Maniaci, Sean
**Sent:** Monday, September 8, 2014 8:48 AM
**To:** 'les@adroitinvest.com'
**Subject:**
Left Rail Investments Inc.



**Sean Maniaci**
Direct: +1 416 860 6466 • Fax: +1 416 642 7158 • smaniaci@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com

Business & Corporate Law Firm in Canada | Cassels Brock

www.casselsbrock.com

REPRESENTATIVE WORK. Goldcorp and Newmont Combine to
Create World's Leading Gold Company in US$10 Billion Transaction;
PharmHouse Completes $80 Million Bank Debt Facility, One of the First
Syndicated Debt Deals in the Cannabis Industry

This message, including any attachments, is privileged and may contain confidential
information intended only for the person(s) named above. Any other distribution, copying or
disclosure is strictly prohibited. Communication by email is not a secure medium and, as part of
the transmission process, this message may be copied to servers operated by third parties
while in transit. Unless you advise us to the contrary, by accepting communications that may
contain your personal information from us via email, you are deemed to provide your consent
to our transmission of the contents of this message in this manner. If you are not the intended
recipient or have received this message in error, please notify us immediately by reply email
and permanently delete the original transmission from us, including any attachments, without
making a copy.

**ATTACHMENT A-1**

**From:** Maniaci, Sean
**Sent:** Monday, September 29, 2014 4:43 PM
**To:** les@adroitinvest.com
**Subject:** FW: Chip Meds Dixie

FYI.



**Sean Maniaci**
Direct: +1 416 860 6466 • Fax: +1 416 642 7158 • smaniaci@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com

Business & Corporate Law Firm in Canada | Cassels Brock

www.casselsbrock.com

REPRESENTATIVE WORK. Goldcorp and Newmont Combine to
Create World's Leading Gold Company in US$10 Billion Transaction;
PharmHouse Completes $80 Million Bank Debt Facility, One of the First
Syndicated Debt Deals in the Cannabis Industry

---

**From:** David D'Onofrio [mailto:ddonofrio@poweronecapital.com]
**Sent:** Monday, September 29, 2014 5:40 PM
**To:** Maniaci, Sean
**Subject:** RE: Chip Meds Dixie

Its point 3 that I find most interesting at this time. Do you think there is an opportunity to get
involved at that level? Thanks

**David D'Onofrio CPA, CA**
Chief Financial Officer
PowerOne Capital Markets Limited
130 King Street West, Suite 2210
Toronto, ON M5X 1E4
ddonofrio@poweronecapital.com
www.poweronecapital.com
Tel: 416.643.3880
Cell: 416.520.9028
Fax: 416.362.7360

**From:** Maniaci, Sean [mailto:SManiaci@CasselsBrock.com]
**Sent:** Monday, September 29, 2014 3:37 PM
**To:** 'David D'Onofrio'
**Cc:** les@adroitinvest.com
**Subject:** RE: Chip Meds Dixie

Dave,

In terms of an update, here is what I have from the company:

1) ChipMeds is still waiting on Health Canada and Pathway call to walk through our licence on getting it released process and get full understanding of the expected timeline.

2) If the timeline is going to be much more prolonged, then ChipMeds will propose to partner with one of the groups that already has its commercial licence.

3) Washington state Dixie has 3 groups they have met with, one of which has a license and some money and two of which have a license and but no money. Dixie said they would be happy just getting mail box money which would allow them to fund the grow operations. Dixie feels this is a better arrangement for all parties. Thursday of this week Dixie is to provide ChipMeds with the names and contact details of the three groups. James Rea (one of the ChipMeds execs) is going to be in Seattle next week and expects to meet with the three groups then.

In the meantime I have attached an NDA for your review and consideration. If you can sign and return, we will be able to share a copy of the Dixie MOU with you.

Best,

**Sean Maniaci**
Direct: +1 416 860 6466 • Fax: +1 416 642 7158 • smaniaci@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com

**From:** David D'Onofrio [mailto:ddonofrio@poweronecapital.com]
**Sent:** Monday, September 29, 2014 3:25 PM
**To:** les@adroitinvest.com
**Cc:** Maniaci, Sean; Goldman, Jay; 'Pat DiCapo'
**Subject:** RE: Chip Meds Dixie

Hi Les. Just wanted to follow up and see how your meeting with Health Canada went. Please keep me apprised of your plans so we can continue our conversations.

Thanks

**David D'Onofrio CPA, CA**
Chief Financial Officer
PowerOne Capital Markets Limited
130 King Street West, Suite 2210
Toronto, ON M5X 1E4
ddonofrio@poweronecapital.com
www.poweronecapital.com
Tel: 416.643.3880
Cell: 416.520.9028
Fax: 416.362.7360

**From:** Leslie Wulf [mailto:les@adroitinvest.com]
**Sent:** Wednesday, September 17, 2014 5:42 PM
**To:** 'David D'Onofrio'
**Cc:** 'Sean Maniaci'; les@adroitinvest.com
**Subject:** FW: Chip Meds Dixie

David,

See attached a presentation on Dixie products and may links below and attached on news stories on the company. Let me know if you get this.

Leslie Wulf

Managing Partner
Direct 214.679.5263
les@adroitinvest.com



## Adroit Investments L.L.C.

Important: This e-mail is intended for the use of the addressee and may contain information
that is confidential, commercially valuable or subject to legal or parliamentary privilege. If you
are not the intended recipient you are notified that any use or dissemination of this
communication is strictly prohibited. If you have received this communication in error please
notify the sender immediately. Furthermore, Adroit Invests LLC. monitors its incoming and
outgoing emails, however, we do not guarantee that this email or the attachment/s are
unaffected by computer virus, corruption or other defects.

**ATTACHMENT A-2**

**From:** Maniaci, Sean [mailto:SManiaci@CasselsBrock.com]
**Sent:** Wednesday, October 15, 2014 10:52 AM
**To:** jrea@verobluefarms.com
**Cc:** tracy.arbanas@verobluefarms.com; Litchen, Jamie
**Subject:** Re: Chipmeds and Chipman Pharmaceuticals Ltd.
Hello Tracy,
I am copying in Jamie Litchen who will be assisting me with this. Please let us know what you need.
Best,

Sean Maniaci
416-860-6466

On Oct 15, 2014, at 11:50 AM, "jrea@verobluefarms.com" <jrea@verobluefarms.com> wrote:

Sean, meet Tracy
Tracy, Meet Sean.
Sean,
Tracy will be requesting corporate docs for chipmeds and chipman pharmaceuticals in order to set up accounting for these companies.
Please exchange contact info.
regards
James Rea
VeroBlue Farms
(844) VEROBLUE -office
(844) 837-6258 - office
(214) 837-3838 - direct
<hr size=2 width="100%" align=center>

This message, including any attachments, is privileged and may contain confidential information intended only for the person(s) named above. Any other distribution, copying or disclosure is strictly prohibited. Communication by email is not a secure medium and, as part of the transmission process, this message may be copied to servers operated by third parties while in transit. Unless you advise us to the contrary, by accepting communications that may contain your personal information from us via email, you are deemed to provide your consent to our transmission of the contents of this message in this manner. If you are not the intended recipient or have received this message in error, please notify us immediately by reply email and permanently delete the original transmission from us, including any attachments, without making a copy.


**ATTACHMENT A-3**

**ATTACHMENT A-4 [REDACTED CASSELS INVOICES AND BILLING STATEMENTS]**

**CASSELS BROCK**
LAWYERS

*Stock issuance cost*

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
200 - 319 - 10TH AVE SW
CALGARY, ALBERTA  T2R 0A5
CANADA

Date:              11/30/14
Our File #:  047136-00003
Invoice #:        1948886
HST/GST #:  R121379572

**Re:   Common Share Offering (Friends and Family)**

**TO PROFESSIONAL SERVICES RENDERED** including to receiving instructions; to conducting
searches; to drafting, reviewing and revising subscription agreement; to preparing of subscriber
list; to generating minute book registers, ledger and corporate summary; to preparing share
certificates; to drafting of regulatory forms for filing; to all matters related to the closing of the
offering; and to all telephone calls, emails, discussions and other correspondence in connection
therewith.

| | |
|---|---:|
| Our Fee | 21,290.50 |
| HST on Fees | 1,064.53 |
| **Total Fees and Tax** | **22,355.03** |

**Taxable Disbursements**

| | | |
|---|---:|---:|
| Copies | 19.00 | |
| Meals | 15.70 | |
| Certificate of Status | 35.00 | |
| NUANS | 218.00 | |
| Total Taxable Disbursements | | 287.70 |
| HST on Disbursements | 14.39 | |
| Total Tax on Disbursements | | 14.39 |
| Total Taxable Disbursements and Tax | | 302.09 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

**Tracy Arbanas**

| | |
|---|---|
| **From:** | Maniaci, Sean <SManiaci@CasselsBrock.com> |
| **Sent:** | Wednesday, December 17, 2014 8:36 AM |
| **To:** | 'Tracy Arbanas' |
| **Cc:** | 'Brobjorg, John'; 'les@verobluefarms.com' |
| **Subject:** | RE: Vero Blue Farms |

Tracy,

VeroBlue Invoice #1948885

Below is the breakdown of the pre-tax fees of $66,528.50, allocated among: (i) general corporate matters, (ii) private placement of common shares; and (iii) OFA (tank) matters.

| General Corporate Matters | $53,756.50 |
|---|---|
| Private Placement of Common Shares | $11,424.00 |
| OFA Matters | $1,348.00 |
| Total (pre-tax) | $66,528.50 |

VeroBlue Invoice #19488863

All of the fees billed for this matter are appropriate allocated to the private placement of common shares.

As mentioned below, we started out with just one matter number and only opened new matters when it became apparent to us that it made sense to do so. Going forward we will continue using different matter numbers and bill separately so that you can more easily see how time has been attributed.

I discussed with Les that we only billed the minimum necessary to satisfy my accounting and operations departments. We moved as much time as we could such that it would be billed once the larger preferred share round closed. To satisfy them again, I will be sending out our end of year invoices on or before December 31st and again, will be holding back as much time as I am able.

Best,

 **Sean Maniaci**
Direct: +1 416 860 6466 • Fax: +1 416 642 7158 • smaniaci@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com

**From:** Tracy Arbanas [mailto:Tracy@opflows.com]
**Sent:** Monday, December 15, 2014 9:34 AM
**To:** Maniaci, Sean
**Subject:** RE: Vero Blue Farms

Good Morning Sean,

1

CASSELS BROCK
L A W Y E R

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
200 - 319 - 10TH AVE SW
CALGARY, ALBERTA  T2R 0A5
CANADA

Date:              12/31/14
Our File #:  047136-00004
Invoice #:         1953924
HST/GST #:  R121379572

Re:    **Opposing Flows Aquaculture**       — CDN. $

**TO PROFESSIONAL SERVICES RENDERED** including to receiving instructions; to reviewing and
commenting on plug & mold and tank fabrication agreements; to reviewing and revising Master
License Agreement, Distribution Agreement and Amendment Agreement; to drafting director
resolutions; and to all discussions, emails, telephone calls and other correspondence in
connection therewith.

| | | |
|---|---:|---:|
| Our Fee | | 25,573.00 |
| HST on Fees | | 1,278.65 |
| **Total Fees and Tax** | | 26,851.65 |
| **Taxable Disbursements** | | |
| Copies | 3.00 | |
| Total Taxable Disbursements | | 3.00 |
| HST on Disbursements | .15 | |
| Total Tax on Disbursements | | 0.15 |
| **Total Disbursements and Tax** | | 3.15 |
| **Total Fees, Disbursements & Tax** | | $ 26,854.80 |

EXCHANGE
1.1601  CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

23,148.69  US

**CASSELS BROCK**

*21,583.20*

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
200 - 319 - 10TH AVE SW
CALGARY, ALBERTA  T2R 0A5
CANADA

| | |
|---|---|
| Date: | 12/31/14 |
| Our File #: | 047136-00001 |
| Invoice #: | 1953961 |
| HST/GST #: | R121379572 |

Re:   **General Corporate Matters**   —   *VBF — CON*

TO PROFESSIONAL SERVICES RENDERED including to receiving instructions; to reviewing and
revising Mainstream agreement; to matters related to engagement of transfer agent; and to all
discussions, emails, telephone calls and other correspondence in connection therewith.

| | |
|---|---:|
| Our Fee | 17,972.00 |
| HST on Fees | 898.60 |
| **Total Fees and Tax** | 18,870.60 |
| **Taxable Disbursements** | |
| Copies | 23.50 |
| CD/DVD Reproduction | 3.00 |
| Travel | 889.76 |
| Meals | 120.75 |
| Total Taxable Disbursements | 1,037.01 |
| HST on Disbursements | 51.85 |
| Total Tax on Disbursements | 51.85 |
| Total Taxable Disbursements and Tax | 1,088.86 |
| **Non-Taxable Disbursements** | |
| Securities Filing Fee | 500.00 |
| Delivery | 71.38 |
| Travel | 944.59 |
| Meals | 107.77 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK**
LAWYERS

*Posted 1/19/15* Ħ

*$ 29,030.31*

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
200 - 319 - 10TH AVE SW
CALGARY, ALBERTA  T2R 0A5
CANADA

Date:              12/31/14
Our File #:   047136-00002
Invoice #:         1953923
HST/GST #:  R121379572

**Re:    Private Placement Of Preferred Shares**    *VBF - CDN$*

*BW*

**TO PROFESSIONAL SERVICES RENDERED** including to receiving instructions; to reviewing and
commenting on term sheet; to amending articles of the corporation; to drafting, reviewing and
revising preferred share subscription agreement; to drafting and updating subscriber list; to
drafting and revising treasury direction; to attending all matters relating to the closing of the
transaction; and to all discussions, emails, telephone calls and other correspondence in
connection therewith.

| | |
|---|---:|
| Our Fee | 27,411.50 |
| HST on Fees | 1,370.58 |
| **Total Fees and Tax** | 28,782.08 |

**Taxable Disbursements**

| | | |
|---|---:|---:|
| Copies | 16.50 | |
| Telephone | 8.10 | |
| CD/DVD Reproduction | 12.00 | |
| Travel | 21.46 | |
| Meals | 16.65 | |
| Total Taxable Disbursements | | 74.71 |
| HST on Disbursements | 3.74 | |
| Total Tax on Disbursements | | 3.74 |
| Total Taxable Disbursements and Tax | | 78.45 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK

**Non-Taxable Disbursements**

| | | |
|---|---|---|
| Delivery | 155.78 | |
| Travel | 14.00 | |
| Sub-total | | 169.78 |
| **Total Disbursements and Tax** | | **248.23** |
| **Total Fees, Disbursements & Tax** | | **$   29,030.31** |

This is our account herein
**Cassels Brock & Blackwell LLP**

Sean Maniaci
E&OE

**CASSELS BROCK**
L A W Y E R S

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
200 - 319 - 10TH AVE SW
CALGARY, ALBERTA  T2R 0A5
CANADA

Date:            12/31/14
Our File #:  047136-00004
Invoice #:        1953924
HST/GST #:  R121379572

---

**Re:   Opposing Flows Aquaculture**

**TO PROFESSIONAL SERVICES RENDERED including to receiving instructions; to reviewing and
commenting on plug & mold and tank fabrication agreements; to reviewing and revising Master
License Agreement, Distribution Agreement and Amendment Agreement; to drafting director
resolutions; and to all discussions, emails, telephone calls and other correspondence in
connection therewith.**

| | | |
|---|---:|---:|
| Our Fee | | 25,573.00 |
| HST on Fees | | 1,278.65 |
| **Total Fees and Tax** | | **26,851.65** |
| **Taxable Disbursements** | | |
| Copies | 3.00 | |
| Total Taxable Disbursements | | 3.00 |
| HST on Disbursements | .15 | |
| Total Tax on Disbursements | | 0.15 |
| **Total Disbursements and Tax** | | **3.15** |
| **Total Fees, Disbursements & Tax** | | **$ 26,854.80** |

**CASSELS BROCK**
L A W Y E R S

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
200 - 319 - 10TH AVE SW
CALGARY, ALBERTA  T2R 0A5
CANADA

Date:          12/31/14
Our File #:  047136-00002
Invoice #:        1953923
HST/GST #:  R121379572

### Re:    Private Placement Of Preferred Shares

TO PROFESSIONAL SERVICES RENDERED including to receiving instructions; to reviewing and
commenting on term sheet; to amending articles of the corporation; to drafting, reviewing and
revising preferred share subscription agreement; to drafting and updating subscriber list; to
drafting and revising treasury direction; to attending all matters relating to the closing of the
transaction; and to all discussions, emails, telephone calls and other correspondence in
connection therewith.

| | | |
|---|---:|---:|
| Our Fee | | 27,411.50 |
| HST on Fees | | 1,370.58 |
| **Total Fees and Tax** | | **28,782.08** |
| **Taxable Disbursements** | | |
| Copies | 16.50 | |
| Telephone | 8.10 | |
| CD/DVD Reproduction | 12.00 | |
| Travel | 21.46 | |
| Meals | 16.65 | |
| Total Taxable Disbursements | | 74.71 |
| HST on Disbursements | 3.74 | |
| Total Tax on Disbursements | | 3.74 |
| Total Taxable Disbursements and Tax | | 78.45 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK
L A W Y E R S

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
200 - 319 - 10TH AVE SW
CALGARY, ALBERTA  T2R 0A5
CANADA

Date:              12/31/14
Our File #:  047136-00001
Invoice #:        1953961
HST/GST #:  R121379572

**Re:    General Corporate Matters**

**TO PROFESSIONAL SERVICES RENDERED including to receiving instructions; to reviewing and revising Mainstream agreement; to matters related to engagement of transfer agent; and to all discussions, emails, telephone calls and other correspondence in connection therewith.**

| | | |
|---|---:|---:|
| Our Fee | | 17,972.00 |
| HST on Fees | | 898.60 |
| **Total Fees and Tax** | | **18,870.60** |

**Taxable Disbursements**

| | | |
|---|---:|---:|
| Copies | 23.50 | |
| CD/DVD Reproduction | 3.00 | |
| Travel | 889.76 | |
| Meals | 120.75 | |
| Total Taxable Disbursements | | 1,037.01 |
| HST on Disbursements | 51.85 | |
| Total Tax on Disbursements | | 51.85 |
| Total Taxable Disbursements and Tax | | 1,088.86 |

**Non-Taxable Disbursements**

| | |
|---|---:|
| Securities Filing Fee | 500.00 |
| Delivery | 71.38 |
| Travel | 944.59 |
| Meals | 107.77 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

2:41 PM

03/09/15

Accrual Basis

# VeroBlue Farms Inc
## Transactions by Account
### All Transactions

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|-------|--------|---------|
| **1020 · TD Canada Trust CDN #4431** | | | | | | | | | |
| | | | TD Canada Trust | | X | 8210 · Interest | | | -0.01 |
| Ch... | | 9999 | TD Canada Trust | | X | 7810 · Bank S... | | | |
| | | | TD Canada Trust | | X | 7810 · Bank S... | | | 34.01 |
| Ch... | 11/09/2014 | 9999 | TD Canada Trust | | | 1010 · TD C... | | 12.00 | 61.34 |
| T... | 12/11/2014 | | | | X | | | | |
| Bill Pmt -Check | 12/12/2014 | 9999 | Cassels Brocks LL... | | X | -SPLIT- | | 81,079.24 | 18,869.39 |
| Bill Pmt -Check | 12/22/2014 | 001 | | | X | -SPLIT- | | | |
| Ch... | | | | | X | 1010 · Bank Pm | | | 7,110... |
| | | | | Funds Transfer | X | 1010 · TD C... | | | |
| Ch... | 01/19/2015 | | | | X | 9999 · E... | | | |
| Bill Pmt -Check | 01/19/2015 | 9999 | Cassels Brocks LL... | | X | -SPLIT- | | 92,032.35 | 41,365.74 |
| | | | | Senior Ch... | | | | | |
| | 02/04/2016 | | | Deposit | | | | | 49,433.98 |
| **Total 1020 · TD Canada Trust CDN #4431** | | | | | | | | | 49,433.98 |
| | | | | | | | | | 49,433.98 |



## CASSELS BROCK
L A W Y E R S

May 29, 2015

**By Regular Mail**

Les Wulf
VeroBlue Farms Inc.
200-319 10th Ave SW
Calgary, AB  T2R 0A5

smaniaci@casselsbrock.com
tel:  416.860.6466
fax:  416.642.7158
file # 47136-1

Dear Les,

**Re:  Accounts for Services**

Enclosed for your records are our accounts for services rendered through May 29, 2015 with respect to General Corporate Matters, the Preferred Share financing and Opposing Flows Aquaculture.

If you have any questions regarding the enclosed, please let me know.

Best regards,

Sean Maniaci

SM/mm



Cassels Brock & Blackwell LLP    2100 Scotia Plaza, 40 King Street West, Toronto, ON Canada  M5H 3C2
tel 416 869 5300  fax 416 360 8877  www.casselsbrock.com

**CASSELS BROCK**
L A W Y E R S

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
200 - 319 - 10TH AVE SW
CALGARY, ALBERTA  T2R 0A5
CANADA

Date:          05/29/15
Our File #:  047136-00004
Invoice #:      1962198
HST/GST #:  R121379572

Re:  **Opposing Flows Aquaculture**

**TO PROFESSIONAL SERVICES RENDERED** including to receiving instructions; to reviewing and
commenting on MPIC agreement; to reviewing and commenting on tank fabrication contract; to
reviewing and commenting on consulting agreement; and to all telephone calls, emails,
discussions and other correspondence in connection therewith.

| | | |
|---|---|---|
| Our Fee | | 7,465.00 |
| HST on Fees | | 373.25 |
| **Total Fees and Tax** | | **7,838.25** |
| **Taxable Disbursements** | | |
| Telephone | 44.62 | |
| Telephone | 4.26 | |
| Total Taxable Disbursements | | 48.88 |
| HST on Disbursements | 2.44 | |
| Total Tax on Disbursements | | 2.44 |
| **Total Disbursements and Tax** | | **51.32** |
| **Total Fees, Disbursements & Tax** | | **$   7,889.57** |

Fx 5/29/15
0.8041

US $ =
6,344.01

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK
L A W Y E R S

This is our account herein
**Cassels Brock & Blackwell LLP**


Sean Maniaci
E&OE

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK**
LAWYERS

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
200 - 319 - 10TH AVE SW
CALGARY, ALBERTA  T2R 0A5
CANADA

Date:            05/29/15
Our File #:  047136-00001
Invoice #:        1962196
HST/GST #:  R121379572

---

Re:    **General Corporate Matters**

**TO PROFESSIONAL SERVICES RENDERED including to receiving instructions; to maintenance of minute books; to reviewing and revising supply agreement; to reviewing and commenting on investor presentation; to reviewing and commenting on confidentiality agreement; to preparation of contractor agreement; to preparation and filing of 2015 annual return; to preparation of notice of annual and special meetings and form of proxy; to preparation of management information circular; and to all telephone calls, emails, discussion and other correspondence in connection therewith.**

| | | |
|---|---|---:|
| Our Fee | CAW $ | 28,285.50 |
| GST on Fees | | 1,414.28 |
| **Total Fees and Tax** | | **29,699.78** |

**Taxable Disbursements**

| | | |
|---|---:|---:|
| Copies | 75.25 | |
| Telephone | 115.96 | |
| Travel | 7.96 | |
| Telephone | 7.56 | |
| Meals | 13.85 | |
| Courier Delivery Charges | 4.00 | |
| Total Taxable Disbursements | | 224.58 |
| GST on Disbursements | 11.23 | |
| Total Tax on Disbursements | | 11.23 |
| Total Taxable Disbursements and Tax | | 235.81 |

**Non-Taxable Disbursements**                                   US $  22,996.92

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK

| | | |
|---|---:|---:|
| Corporate Filings | 20.00 | |
| Delivery | 69.50 | |
| Sub-total | | 89.50 |
| **Total Disbursements and Tax** | | **325.31** |
| **Total Fees, Disbursements & Tax** | | **$ 30,025.09** |

This is our account herein
**Cassels Brock & Blackwell LLP**

Sean Maniaci
E&OE

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK**
L A W Y E R S

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
1507 CAPITAL AVENUE
UNIT 101
PLANO, TX  75074
U.S.A.

Date:           12/31/15
Our File #:  047136-00006
Invoice #:        1977417
HST/GST #:  R121379572

---

Re:    **Controlled Importation List Regulatory Matters**

TO PROFESSIONAL SERVICES RENDERED including to receiving instructions; to review of
proprietary growing tank materials; to discussions re prison labour; to discussions regarding
import control exemption; and to all emails, telephone calls, internal discussions and other
correspondence in connection therewith.

Our Fee                                                                              10,767.00

GST on Fees                                                                            538.35

**Total Fees & Tax**                                     CAN        **$   11,305.35**

This is our account herein
**Cassels Brock & Blackwell LLP**

_us$ 7,779.16_

Sean Maniaci
E&OE

A/P posted 1/15/16

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK**
L A W Y E R S

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
1507 CAPITAL AVENUE
UNIT 101
PLANO, TX  75074
U.S.A.

Date:              12/31/15
Our File #:  047136-00001
Invoice #:         1977887
HST/GST #:  R121379572

Re:   **General Corporate Matters**

**TO PROFESSIONAL SERVICES RENDERED including to receiving instructions; to drafting
shareholder letter; to drafting chairman's script for AGM; to drafting option plan, form of option
certificate and form of warrant certificate; to preparation of articles of amendment; to preparation of
resolutions; to preparation for and attendance at annual shareholder meeting; to various due
diligence matters; to conducting corporate searches; to drafting opinion; to drafting guarantor's
resolution; to attending to closing matters; to reviewing and commenting on subscription
agreement; to drafting shareholder meeting minutes; and to all emails, telephone calls, discussions
and other correspondence in connection therewith.**

| | |
|---|---:|
| Our Fee | 66,742.50 |
| GST on Fees | 3,337.13 |
| **Total Fees and Tax**  CAN $ | **70,079.63** |

**Taxable Disbursements**

| | | |
|---|---:|---:|
| Copies | 32.00 | |
| Telephone | 157.77 | |
| Binding, Tabs, Disks, etc | 3.12 | |
| Travel | 8.85 | |
| Telephone | 13.98 | |
| Meals | 34.18 | |
| PPSA Search/Registrations | 22.00 | |
| EDD-Electronic Due Diligence | 51.00 | |
| Total Taxable Disbursements | | 322.90 |
| GST on Disbursements | 16.15 | |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

U S $ =   $48,769.73

CASSELS BROCK

| | | |
|---|---:|---:|
| Total Tax on Disbursements | | 16.15 |
| Total Taxable Disbursements and Tax | | 339.05 |

**Non-Taxable Disbursements**

| | | |
|---|---:|---:|
| Corporate Filings | 200.00 | |
| Certificate of Compliance | 20.00 | |
| Delivery | 140.51 | |
| Agency Fees and Disbursements | 15.67 | |
| PPSA Search/Registrations | 16.00 | |
| EDD-Electronic Due Diligence | 43.78 | |
| Sub-total | | 435.96 |
| **Total Disbursements and Tax** | | **775.01** |
| **Total Fees, Disbursements & Tax** | | **$   70,854.64** |

This is our account herein
**Cassels Brock & Blackwell LLP**

Sean Maniaci
E&OE

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

**VEROBLUE
FARMS**

*Leading the "True Blue" Revolution in Aquaculture*

January 22, 2016

To:  TD Bank

Fax- 403-244-5549

From: Leslie Wulf – VeroBlue Farms, Inc.

Re: Funds Transfer Accounts at TD


Can you transfer $75,000 CDN from the VeroBlue Farms, Inc. CDN Account #5254431 to the account of Cassels Brock Lawyers TD CDN funds account #0392649.

Leslie Wulf
Chairman / CEO
VeroBlue Farms, Inc.
214-679-5263


Bruce Hall
CFO / Director
Cell 972 431 5175

**CASSELS BROCK**
LAWYERS

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
200 - 319 - 10TH AVE SW
CALGARY, ALBERTA  T2R 0A5
CANADA

Date:              05/29/15
Our File #:    047136-00002
Invoice #:            1962197
HST/GST #:    R121379572

**Re:    Private Placement Of Preferred Shares**

TO PROFESSIONAL SERVICES RENDERED including to receiving instructions; to review of
subscription documents; to preparing treasury direction; to reviewing and commenting on investor
presentation; to reviewing and commenting on executive summary; to reviewing and revising
engagement letter; to attending to all matters related to the closing of the transaction; and to all
telephone calls, emails, discussions and other correspondence in connection therewith.

| | | |
|---|---:|---:|
| Our Fee | | 41,872.00 |
| HST on Fees | | 2,093.60 |
| **Total Fees and Tax** | | **43,965.60** |
| **Taxable Disbursements** | | |
| Copies | 121.50 | |
| Telephone | 105.44 | |
| Telephone | 4.86 | |
| Total Taxable Disbursements | | 231.80 |
| HST on Disbursements | 11.59 | |
| Total Tax on Disbursements | | 11.59 |
| **Total Disbursements and Tax** | | **243.39** |
| **Total Fees, Disbursements & Tax** | | **$  44,208.99** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK**
L A W Y E R S

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
200 - 319 - 10TH AVE SW
CALGARY, ALBERTA  T2R 0A5
CANADA

Date:              05/29/15
Our File #:  047136-00001
Invoice #:          1962196
HST/GST #:  R121379572

---

Re:    General Corporate Matters

TO PROFESSIONAL SERVICES RENDERED including to receiving instructions; to maintenance of
minute books; to reviewing and revising supply agreement; to reviewing and commenting on
investor presentation; to reviewing and commenting on confidentiality agreement; to preparation of
contractor agreement; to preparation and filing of 2015 annual return; to preparation of notice of
annual and special meetings and form of proxy; to preparation of management information circular;
and to all telephone calls, emails, discussion and other correspondence in connection therewith.

| | |
|---|---:|
| Our Fee | 28,285.50 |
| HST on Fees | 1,414.28 |
| **Total Fees and Tax** | **29,699.78** |

**Taxable Disbursements**

| | | |
|---|---:|---:|
| Copies | 75.25 | |
| Telephone | 115.96 | |
| Travel | 7.96 | |
| Telephone | 7.56 | |
| Meals | 13.85 | |
| Courier Delivery Charges | 4.00 | |
| Total Taxable Disbursements | | 224.58 |
| HST on Disbursements | 11.23 | |
| Total Tax on Disbursements | | 11.23 |

| | |
|---|---:|
| Total Taxable Disbursements and Tax | 235.81 |

**Non-Taxable Disbursements**

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK**
L A W Y E R S

| | | |
|---|---|---|
| Corporate Filings | 20.00 | |
| Delivery | 69.50 | |
| Sub-total | | 89.50 |
| **Total Disbursements and Tax** | | **325.31** |
| **Total Fees, Disbursements & Tax** | | **$ 30,025.09** |

This is our account herein
**Cassels Brock & Blackwell LLP**

Sean Maniaci
E&OE

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.



## CASSELS BROCK
L A W Y E R S

### STATEMENT OF ACCOUNT

3/3/2016

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
1507 CAPITAL AVENUE
UNIT 101
PLANO, TX  75074
U.S.A.

Lawyer: MANIACI, SEAN

RE:    CONTROLLED IMPORTATION LIST REGULATORY MATTERS

Matter Number: 047136-00006
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 1977417 | 12/31/2015 | $10,767.00 |
| Total Outstanding | | $10,767.00 |
| Interest on Outstanding amount | | $15.60 |
| Total Due | | CDN $10,782.60 |

Kindly disregard this notice if payment has already been made.  Interest will be charged on overdue accounts in accordance
with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

Matter Number:
Total Due CDN

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

047136-00006
$10,782.60

For inquiries, please contact: payments@casselsbrock.com

Cassels Brock & Blackwell LLP    2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300  fax 416.360.8877  www.casselsbrock.com



## CASSELS BROCK
LAWYERS

### STATEMENT OF ACCOUNT

3/3/2016

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
1507 CAPITAL AVENUE
UNIT 101
PLANO, TX  75074
U.S.A.

Lawyer: MANIACI, SEAN

RE:   OPPOSING FLOWS AQUACULTURE

Matter Number: 047136-00004
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 1980166 | 12/31/2015 | $7,513.88 |

| | |
|---|---|
| Total Outstanding | $7,513.88 |
| Interest on Outstanding amount | $10.89 |
| Total Due | CDN $7,524.77 |

Kindly disregard this notice if payment has already been made.  Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696     Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11   USD Account: 80002-50513-12

Matter Number:         047136-00004
Total Due CDN          $7,524.77

For inquiries, please contact: payments@casselsbrock.com

Cassels Brock & Blackwell LLP    2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com



## CASSELS BROCK
### L A W Y E R S

### STATEMENT OF ACCOUNT

3/3/2016

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
1507 CAPITAL AVENUE
UNIT 101
PLANO, TX 75074
U.S.A.

Lawyer: MANIACI, SEAN

RE:     COMMON SHARE OFFERING

Matter Number: 047136-00003
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 1977414 | 12/31/2015 | $12,001.96 |

| | |
|---|---|
| Total Outstanding | $12,001.96 |
| Interest on Outstanding amount | $17.39 |
| Total Due | CDN $12,019.35 |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance
with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

Matter Number:
Total Due CDN

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696   Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11   USD Account: 80002-50513-12

047136-00003
$12,019.35

For inquiries, please contact: payments@casselsbrock.com

Cassels Brock & Blackwell LLP     2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300  fax 416.360.8877  www.casselsbrock.com



## CASSELS BROCK
LAWYERS

### STATEMENT OF ACCOUNT

3/3/2016

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
1507 CAPITAL AVENUE
UNIT 101
PLANO, TX 75074
U.S.A.

Lawyer: MANIACI, SEAN

RE:   PRIVATE PLACEMENT OF PREFERRED SHARES

Matter Number: 047136-00002
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 1977413 | 12/31/2015 | $2,596.42 |
| 1980165 | 12/31/2015 | $42,103.80 |

| | |
|---|---|
| Total Outstanding | $44,700.22 |
| Interest on Outstanding amount | $64.78 |
| Total Due | CDN $44,765.00 |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

Matter Number:
Total Due CDN

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

047136-00002
$44,765.00

For inquiries, please contact: payments@casselsbrock.com

Cassels Brock & Blackwell LLP    2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com

$CAN \, \$115,740.48$

**John Brobjorg**

| | |
|---|---|
| From: | Maniaci, Sean <SManiaci@CasselsBrock.com> |
| Sent: | Tuesday, July 12, 2016 12:43 PM |
| To: | John Brobjorg |
| Cc: | Bruce Hall; Les Wulf |
| Subject: | RE: VeroBlue |

*Cassels Brock*

John,

Here is the table that my assistant prepared for me.

The $75,000 received earlier this year was applied against matters 2, 3, 4 and partially against 6. This should help you work through the invoices when you receive them tomorrow.

| Matter Number | Matter Name | Invoice date | Amount invoiced | Amount billed but not yet received |
|---|---|---|---|---|
| 1 | General Corporate Matters | 3/9/2016 | $100,879.73 | $100,873.73 |
| 2 | Private Placement of Preferred Shares | 3/9/2016 | $46,935.24 | $0.00 |
| 3 | Common Share Offering | 3/9/2016 | $12,599.33 | $0.00 |
| 4 | Opposing Flows Aquaculture | 3/9/2016 | $7,889.57 | $0.00 |
| 5 | Tank Leasing | 3/9/2016 | $0.00 | $0.00 |
| 6 | Controlled Importation List Regulatory Matters | 3/9/2016 | $11,305.35 | $3,729.49 |
| 7 | December 2015 Offering | 3/9/2016 | $11,137.26 | $11,137.26 |
| TOTAL | | | $190,746.48 | $115,740.48 |

$142,392.13$

**Sean Maniaci**
Direct: +1 416 860 6466 • Fax: +1 416 642 7158 • smaniaci@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com

on books.

$26,651.63$

var.

**From:** John Brobjorg [mailto:john.brobjorg@verobluefarms.com]
**Sent:** Tuesday, July 12, 2016 1:35 PM
**To:** Maniaci, Sean
**Cc:** Bruce Hall; Les Wulf
**Subject:** RE: VeroBlue

reconciled

Sean,

Can you please email me a copy of all open invoices that total the $115,740.58?

to VBF Inc
Books

Thanks!

Best regards,

dec 7/12/16

1



## CASSELS BROCK
### LAWYERS

### STATEMENT OF ACCOUNT

3/3/2016

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
1507 CAPITAL AVENUE
UNIT 101
PLANO, TX 75074
U.S.A.

Lawyer: MANIACI, SEAN

RE:   GENERAL CORPORATE MATTERS

Matter Number: 047136-00001
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 1980164 | 12/31/2015 | $21,100.94 |

| | |
|---|---|
| Total Outstanding | $21,100.94 |
| Interest on Outstanding amount | $30.58 |
| Total Due | CDN $21,131.52 |

Kindly disregard this notice if payment has already been made.  Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696   Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11   USD Account: 80002-50513-12

Matter Number:      047136-00001
Total Due CDN       $21,131.52

For inquiries, please contact: payments@casselsbrock.com

Cassels Brock & Blackwell LLP    2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com

# Wire Transfer Services
## Outgoing Wire Transfer Request



| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 07/12/2016 | | | FW0068646194620994 |
| Banker Name: | | | Officer/Portfolio Number: |
| GUADALUPE OROZCO | | | CC533 |
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| 972/246-1100 | 07939 | 0068646 | T9032-010 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC") and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| BRUCE A. HALL | | | 1507 CAPITAL AVE STE 101 | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| DLIC | 01458616 | | | |
| Primary ID St/Ctry/Prov. | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| TX | | 07/01/2019 | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| PINV | PIN Validation | | PLANO | TX |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | | | 75074-8180 | US |
| Business, Trust, or Estate Name: | | | Home Phone: | Business Phone: |
| VEROBLUE FARMS USA, INC. | | | | 214/498-0567 |

## Wire Amount and Source of Funds

| Amount (Foreign Currency): | Currency: | | | |
|---|---|---|---|---|
| 125,682.78 | Canadian Dollar (CAD) | | | |
| Create AU: | Debit Wells Fargo Account: | | Bank/COID: | Amount (US Dollars): |
| 0068646 | ▉▉▉▉▉▉ | | 00808 | $98,994.04 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| CASSELS BROCK | 2100 SCOTIA PLAZA 40 KING ST WEST |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| 0073911 | TORONTO CANADA M5H 3C2 |
| Purpose of Funds: | Name/Address Line 3: |
| | |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| VERO BLUE FARMS INVOICE NUMBER 1991875 | |



WTR6603 (11-15 SVP)

Wire Transfer Services Outgoing Wire Transfer Request

## Beneficiary Bank (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: |
| --- | --- | --- |
| | NOSCCATT | BANK OF NOVA SCOTIA |

| Beneficiary Bank Address: | City: | Country: |
| --- | --- | --- |
| | TORONTO | CA |

Additional Instructions:

## Wire Fees

Wire transfer fees will be charged to the Originator's Debit Account. Additional fees from intermediary and beneficiary banks may be charged to international transactions.
My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

| AU of Originator's Account: | Wells Fargo Wire Fee Amount: |
| --- | --- |
| 0068646 | $45 |

## Customer Signature

Originator Name

BRUCE A. HALL

Originator Signature

☐ Submit manually
☐ Signature not required

Date:
07/12/2016

# Wire Transfer Services
## Outgoing Wire Transfer Request



| | |
|---|---|
| Today's Date: 07/12/2016 | Wells Fargo Reference Number: FW0068646194620994 |
| Banker Name: GUADALUPE OROZCO | Officer/Portfolio Number: CC533 |
| Banker Phone: 972/246-1100 | Store Number: 07939 | Banker AU: 0068646 | Banker MAC: T9032-010 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC") and the International Bank Account Number ("IBAN").

### Originator's Information

| | | |
|---|---|---|
| Originator Name: BRUCE A. HALL | Street Address: 1507 CAPITAL AVE STE 101 | |
| Primary ID Type: DLIC | Primary ID Description: 01458616 | Address Line 2: |
| Primary ID St/Ctry/Prov.: TX | Primary ID Issue Date: | Primary ID Expiration Date: 07/01/2019 | Address Line 3: |
| Secondary ID Type: PINV | Secondary ID Description: PIN Validation | City: PLANO | State: TX |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: 75074-8180 | Country: US |
| Business, Trust, or Estate Name: VEROBLUE FARMS USA, INC. | Home Phone: | Business Phone: 214/498-0567 |

### Wire Amount and Source of Funds

| | | | |
|---|---|---|---|
| Amount (Foreign Currency): 125,682.78 | Currency: Canadian Dollar (CAD) | | $FX = 0.78765$ |
| Create AU: 0068646 | Debit Wells Fargo Account: | Bank/COID: 00808 | Amount (US Dollars): $98,994.04 |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: CASSELS BROCK | Name/Address Line 1: 2100 SCOTIA PLAZA 40 KING ST WEST |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): 0073911 | Name/Address Line 2: TORONTO CANADA M5H 3C2 |
| Purpose of Funds: | Name/Address Line 3: |
| | Beneficiary Phone Number: |

Additional Instructions:
VERO BLUE FARMS INVOICE NUMBER 1991875

A\8 P5t8\ 7/7/16

Wire Transfer Services Outgoing Wire Transfer Request

Wire Transfer Services Outgoing Wire Transfer Request

**Beneficiary Bank** (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: | | |
|---|---|---|---|---|
| | NOSCCATT | BANK OF NOVA SCOTIA | | |
| Beneficiary Bank Address: | | City: | Country: | |
| | | TORONTO | CA | |
| Additional Instructions: | | | | |

**Wire Fees**

Wire transfer fees will be charged to the Originator's Debit Account. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

| AU of Originator's Account: | Wells Fargo Wire Fee Amount: |
|---|---|
| 0068646 | $45 |

**Customer Signature**

Originator Name

BRUCE A. HALL

Originator Signature

☐ Submit manually

☐ Signature not required

Date:

07/12/2016

WTR6603 (11-15 SVP)

Begin forwarded message:

**From:** Les Wulf <les.wulf@verobluefarms.com>
**Date:** November 14, 2016 at 9:53:51 AM CST
**To:** "Maniaci, Sean" <SManiaci@CasselsBrock.com>, Bruce Hall <bruce.hall@verobluefarms.com>
**Subject:** RE: 047136  VEROBLUE OS/ $115,746

Will speak with Bruce to take care of

Les

**From:** Maniaci, Sean [mailto:SManiaci@CasselsBrock.com]
**Sent:** Monday, November 14, 2016 9:49 AM
**To:** Les Wulf <les.wulf@verobluefarms.com>; Bruce Hall <bruce.hall@verobluefarms.com>
**Subject:** FW: 047136 VEROBLUE OS/ $115,746

Hi Les,

Any chance we can get this cleared up in the next little while? I hadn't realized we weren't caught up.



**Sean Maniaci**
Direct: +1 416 860 6466 • Fax: +1 416 642 7158 • smaniaci@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com

**From:** Baksh, Sue
**Sent:** Monday, November 14, 2016 8:39 AM
**To:** Maniaci, Sean
**Cc:** Ismaili, Abid
**Subject:** 047136 VEROBLUE OS/ $115,746

Hi Sean, This client has not paid anything since July and the o/s bills go back to March, Please let us know the status, we are under pressure to clean up for year end.
Thanks kindly.
Sue

plumb here to group by...)

| | Clt Name 1 | Clt AR Total | Clt Payer... | Clt Unappl... | Clt Trust... | Last Pay... | Clt Last P... | Clt WIP T... | C |
|---|---|---|---|---|---|---|---|---|---|
| | VEROBLUE FAR... | $115,746... | $115,746... | $0.00 | | $0.00 | 31. 7/13/2016 | $125,682... | $54,970.03 0 |

| Matter ID | Mtr Description 1 | Mtr AR T... | Mtr Paye... | Mtr Unap... | Mtr Trust | Last Pay :... |
|---|---|---|---|---|---|---|
| 047136-00... | GENERAL CORPORATE MATTERS | $100,879.73 | $100,879.73 | $0.00 | $0.31 | 7/13/2016 |
| 047136-00... | PRIVATE PLACEMENT OF PREFERRED S... | $0.00 | $0.00 | $0.00 | $0.00 | 6/2/2016 |
| 047136-00... | COMMON SHARE OFFERING | $0.00 | $0.00 | $0.00 | $0.00 | 7/13/2016 |
| 047136-00... | CONTROLLED IMPORTATION LIST REGU... | $3,729.49 | $3,729.49 | $0.00 | $0.00 | 7/13/2016 |
| 047136-00... | DECEMBER 2015 OFFERING | $11,137.26 | $11,137.26 | $0.00 | $0.00 | 7/13/2016 |
| 047136-00... | TAX ADVICE | $0.00 | $0.00 | $0.00 | $0.00 | |

Elite Enterprise 3.9 - [Open Invoices - [047136 - VEROBLUE FARMS INC.]]

File  Edit  View  Design  Tools  Windows  Help

View Detail                                                          Go

Open Invoice Detail
☐ Include Reversed
☐ Include paid Invoices         Date:              From:        To
☑ Check For Unpaid Costs

| Type | Invoice | Date | Fees | Cost | Tax | Total |
|---|---|---|---|---|---|---|
| BILL | 1977417 | 03/09/2016 | 10,767.00 | 0.00 | 538.35 | 11,305.35 |
| PAY | 77191776 | 05/02/2016 | -7,215.10 | 0.00 | -360.76 | -7,575.86 |
| Invoice Total | 1977417 | 03/09/2016 | 3,551.90 | 0.00 | 177.59 | 3,729.49 |
| Invoice Total | 1977418 | 03/09/2016 | 10,574.50 | 32.60 | 530.16 | 11,137.26 |
| Invoice Total | 1977807 | 03/09/2016 | 66,742.50 | 758.86 | 3,353.28 | 70,854.64 |
| Invoice Total | 1980164 | 03/09/2016 | 28,285.50 | 314.08 | 1,426.51 | 30,026.09 |
| GRAND TOTAL | | | 109,154.40 | 1,105.54 | 5,486.54 | 115,746.48 |

Sue Baksh • Collections Officer
Direct: +1 416 869 5796 • Fax: +1 416 640 3034 • sbaksh@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, Canada  M5H 3C2
www.casselsbrock.com

CASSELS BROCK
LAWYERS

This message, including any attachments, is privileged and may contain confidential information intended only for the person(s) named above. Any other distribution, copying or disclosure is strictly prohibited. Communication by email is not a secure medium and, as part of the transmission process, this message may be copied to servers operated by third parties while in transit. Unless you advise us to the contrary, by accepting communications that may contain your personal information from us via email, you are deemed to provide your consent to our transmission of the contents of this message in this manner. If you are not the intended recipient or have received this message in error, please notify us immediately by reply email and permanently delete the original transmission from us, including any attachments, without making a copy.



## CASSELS BROCK
### L A W Y E R S

### STATEMENT OF ACCOUNT

11/6/2017

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
3369 PREMIER DRIVE, SUITE 300
PLANO, TX 75023
USA

Lawyer: MANIACI, SEAN

RE:   DECEMBER 2015 OFFERING

Matter Number: 047136-00007
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $40,836.96 |

Total Outstanding                  $40,836.96
Interest on Outstanding amount      $604.16
Total Due                    CDN $41,441.12 ✓

Kindly disregard this notice if payment has already been made.  Interest will be charged on overdue accounts in accordance
with the rate prescribed by the *Solicitors* Act.

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11   USD Account: 80002-50513-12

Matter Number:              047136-00007
Total Due CDN               $41,441.12

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**   2100 Scotia Plaza, 40 King Street West, Toronto Canada M5H 3C2
tel 416.869.5300  fax 416.360.8877  www.casselsbrock.com

## CASSELS BROCK
LAWYERS

### STATEMENT OF ACCOUNT

11/6/2017

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
3369 PREMIER DRIVE, SUITE 300
PLANO, TX 75023
USA

Lawyer: MANIACI, SEAN

RE:     RESTRUCTURING

Matter Number: 047136-00008
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $26,238.80 |
| 2024672 | 9/27/2017 | $181,224.20 |

Total Outstanding                                  $207,463.00
Interest on Outstanding amount                        $388.19
Total Due                                     CDN $207,851.19

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance
with the rate prescribed by the *Solicitors* Act.

US $ 161,988

### REMITTANCE INFORMATION

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002    Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

Matter Number:                     047136-00008
Total Due CDN                      $207,851.19

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**    2100 Scotia Plaza, 40 King Street West, Toronto Canada M5H 3C2
tel 416.869.5300  fax 416.360.8877  www.casselsbrock.com



## CASSELS BROCK
LAWYERS

### STATEMENT OF ACCOUNT

11/6/2017

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
3369 PREMIER DRIVE, SUITE 300
PLANO, TX 75023
USA

Lawyer: MANIACI, SEAN

RE:    COMMON SHARE OFFERING ✓

Matter Number: 047136-00003
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $20,913.23 |

| | |
|---|---|
| Total Outstanding | $20,913.23 |
| Interest on Outstanding amount | $309.40 |
| Total Due | CDN $21,222.63 ✓ |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

---

### REMITTANCE INFORMATION

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696     Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11   USD Account: 80002-50513-12

Matter Number:          047136-00003
Total Due CDN           $21,222.63

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**    2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300  fax 416.360.8877  www.casselsbrock.com

Case 19-09015   Doc 1   Filed 03/27/19   Entered 03/27/19 10:43:42   Desc Main
Document      Page 62 of 128



## CASSELS BROCK
### L A W Y E R S

### STATEMENT OF ACCOUNT

11/6/2017

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
3369 PREMIER DRIVE, SUITE 300
PLANO, TX 75023
USA

Lawyer: MANIACI, SEAN

RE:   CONTROLLED IMPORTATION LIST REGULATORY MATTERS

Matter Number: 047136-00006
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $509.25 |

| | |
|---|---|
| Total Outstanding | $509.25 |
| Interest on Outstanding amount | $7.53 |
| Total Due | CDN $516.78 |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

Matter Number:        047136-00006
Total Due CDN        $516.78

For inquiries, please contact: payments@casselsbrock.com

Cassels Brock & Blackwell LLP   2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com



## CASSELS BROCK
LAWYERS

### STATEMENT OF ACCOUNT

11/6/2017

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
3369 PREMIER DRIVE, SUITE 300
PLANO, TX 75023
USA

Lawyer: MANIACI, SEAN

RE:     GENERAL CORPORATE MATTERS

Matter Number: 047136-00001
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $3,897.03 |

| | |
|---|---|
| Total Outstanding | $3,897.03 |
| Interest on Outstanding amount | $57.65 |
| Total Due | CDN $3,954.68 |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance
with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

Matter Number:
Total Due CDN

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696   Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11   USD Account: 80002-50513-12

047136-00001
$3,954.68

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**   2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300  fax 416.360.8877  www.casselsbrock.com



## CASSELS BROCK
### L A W Y E R S

### STATEMENT OF ACCOUNT

12/5/2017

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
3369 PREMIER DRIVE, SUITE 300
PLANO, TX 75023
USA

Lawyer: MANIACI, SEAN

RE:    RESTRUCTURING

Matter Number: 047136-00008
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $26,238.80 |
| 2024672 | 9/27/2017 | $181,224.20 |

Total Outstanding                              $207,463.00
Interest on Outstanding amount                     $661.02
Total Due                                 CDN $208,124.02

Kindly disregard this notice if payment has already been made.  Interest will be charged on overdue accounts in accordance
with the rate prescribed by the *Solicitors* Act.

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

Matter Number:
Total Due CDN

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no.  47696    Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

047136-00008
$208,124.02

For inquiries, please contact: payments@casselsbrock.com

Cassels Brock & Blackwell LLP    2100 Scotia Plaza, 40 King Street West. Toronto Canada  M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com



## CASSELS BROCK
### L A W Y E R S

### STATEMENT OF ACCOUNT

12/5/2017

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
3369 PREMIER DRIVE, SUITE 300
PLANO, TX 75023
USA

Lawyer: MANIACI, SEAN

RE:     DECEMBER 2015 OFFERING

Matter Number: 047136-00007
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|-------------|--------------|--------------------|
| 2006221     | 12/31/2016   | $40,836.96         |

| | |
|---|---|
| Total Outstanding | $40,836.96 |
| Interest on Outstanding amount | $657.87 |
| Total Due | CDN $41,494.83 |

Kindly disregard this notice if payment has already been made.  Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

Matter Number:          047136-00007
Total Due CDN           $41,494.83

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**    2100 Scotia Plaza, 40 King Street West, Toronto Canada M5H 3C2
tel 416.869.5300  fax 416.360.8877  www.casselsbrock.com



## CASSELS BROCK
LAWYERS

### STATEMENT OF ACCOUNT

12/5/2017

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
3369 PREMIER DRIVE, SUITE 300
PLANO, TX 75023
USA

Lawyer: MANIACI, SEAN

RE:    CONTROLLED IMPORTATION LIST REGULATORY MATTERS

Matter Number: 047136-00006
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $509.25 |

| | | |
|---|---|---|
| Total Outstanding | | $509.25 |
| Interest on Outstanding amount | | $8.20 |
| Total Due | | **CDN $517.45** |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance
with the rate prescribed by the *Solicitors* Act.

---

### REMITTANCE INFORMATION

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002    Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

Matter Number:          047136-00006
Total Due CDN           $517.45

For inquiries, please contact: payments@casselsbrock.com

Cassels Brock & Blackwell LLP    2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
                                 tel 416.869.5300  fax 416.360.8877  www.casselsbrock.com



## CASSELS BROCK
### LAWYERS

### STATEMENT OF ACCOUNT

12/5/2017

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
3369 PREMIER DRIVE, SUITE 300
PLANO, TX 75023
USA

Lawyer: MANIACI, SEAN

RE:     COMMON SHARE OFFERING

Matter Number: 047136-00003
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $20,913.23 |

| | |
|---|---|
| Total Outstanding | $20,913.23 |
| Interest on Outstanding amount | $336.90 |
| **Total Due** | **CDN $21,250.13** |

Kindly disregard this notice if payment has already been made.  Interest will be charged on overdue accounts in accordance
with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

Matter Number:
Total Due CDN

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

047136-00003
$21,250.13

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**   2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com



## CASSELS BROCK
L A W Y E R S

### STATEMENT OF ACCOUNT

12/5/2017

VEROBLUE FARMS INC.
ATTN: LESLIE WULF
3369 PREMIER DRIVE, SUITE 300
PLANO, TX 75023
USA

Lawyer: MANIACI, SEAN

RE:    GENERAL CORPORATE MATTERS

Matter Number: 047136-00001
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $3,897.03 |

| | |
|---|---|
| Total Outstanding | $3,897.03 |
| Interest on Outstanding amount | $62.78 |
| Total Due | **CDN $3,959.81** |

Kindly disregard this notice if payment has already been made.  Interest will be charged on overdue accounts in accordance
with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002    Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

Matter Number:
Total Due CDN

**047136-00001**
**$3,959.81**

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**      2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com



## CASSELS BROCK
### L A W Y E R S

December 22, 2017

By Regular Mail

John Brobjorg
Veroblue Farms Inc.
1700 W Second St.
Webster City, IA  50595

smaniaci@casselsbrock.com
tel:   416.860.6466
fax:   416.642.7158
file # 47136-8

Dear John:

**Re:   Restructuring**

Enclosed please find our account for services rendered in connection with the above-noted matter.

If you have any questions regarding the enclosed, please let me know.

Best regards,

Sean Maniaci

SM/tr
Enclosure
LEGAL*44975329.1



Cassels Brock & Blackwell LLP      2100 Scotia Plaza, 40 King Street West, Toronto, ON Canada  M5H 3C2
tel 416 869 5300   fax 416 360 8877   www.casselsbrock.com

## CASSELS BROCK
### L A W Y E R S

VEROBLUE FARMS INC.
ATTN: AP@VEROBLUEFARMS.COM
1700 W SECOND ST
WEBSTER CITY, IA 50595
USA

Date:              12/12/17
Our File #:   047136-00008
Invoice #:        2030665
HST/GST #:   R121379572

**TO PROFESSIONAL SERVICES RENDERED up to and including 11/30/17.**

### Re: Restructuring

| Date | | Description | Hours |
|------|------|-------------|-------|
| 05/11/17 | JTCC | Telephone calls to and from G. Steinhart regarding share consideration for BC ULC purchase structure; | 0.20 |
| 09/12/17 | ML | Review of structure and emails; | 1.00 |
| 10/04/17 | GS | Review email thread regarding implications of the exercise of the warrants; | 0.10 |
| 10/19/17 | GS | Email regarding status of reorganization; | 0.10 |
| 11/28/17 | MEB | Drafting documentation to transfer shares, and change directors and officers, of VeroBlue Canada Finco ULC; | 1.50 |
| 11/28/17 | GS | Review emails regarding transfer of L. Wulf's shares of Finco; | 0.10 |

### Time Summary

| Timekeeper | Hours | Rate | Fees | |
|------------|-------|------|------|---|
| Gary Steinhart | 0.30 | 965.00 | 289.50 | |
| John T.C. Christian | 0.20 | 860.00 | 172.00 | |
| Megan Braun | 1.50 | 380.00 | 570.00 | |
| Michael Lungu | 1.00 | 575.00 | 575.00 | |
| Our Fee | | | | 1,606.50 |
| GST on Fees | | | | 80.33 |
| Total Fees and Tax | | | | 1,686.83 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one
month after the date rendered, at the rate of 1.30 % per annum until paid.

**Cassels Brock & Blackwell LLP**    2100, Scotia Plaza, 40 King Street West, Toronto, Canada M5H 3C2
Tel: 416.869.5300    Fax: 416.360.8877    www.casselsbrock.com



## CASSELS BROCK
### LAWYERS

### STATEMENT OF ACCOUNT

3/5/2018

VEROBLUE FARMS INC.
ATTN: VEROBLUE FARMS INC.
1700 W SECOND ST.
WEBSTER CITY, IA 50595

Lawyer: MANIACI, SEAN

RE:     RESTRUCTURING

Matter Number: 047136-00008
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $26,238.80 |
| 2024672 | 9/27/2017 | $181,224.20 |
| 2030665 | 12/12/2017 | $1,729.74 |
| Total Outstanding | | $209,192.74 |
| Interest on Outstanding amount | | $1,687.73 |
| Total Due | | CDN $210,880.47 |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696   Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11   USD Account: 80002-50513-12

Matter Number:         047136-00008
Total Due CDN          $210,880.47

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**   2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300  fax 416.360.8877  www.casselsbrock.com



## CASSELS BROCK
L A W Y E R S

### STATEMENT OF ACCOUNT

3/5/2018

VEROBLUE FARMS INC.
ATTN: ap@verobluefarms.com
1700 W SECOND ST
WEBSTER CITY, IA 50595
USA

Lawyer: MANIACI, SEAN

RE:   GENERAL CORPORATE MATTERS

Matter Number: 047136-00001
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $3,897.03 |

| | |
|---|---|
| Total Outstanding | $3,897.03 |
| Interest on Outstanding amount | $82.00 |
| Total Due | CDN $3,979.03 |

Kindly disregard this notice if payment has already been made.  Interest will be charged on overdue accounts in accordance
with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no.  47696    Bank no. 002    Swift Code:  NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

Matter Number:
Total Due CDN

047136-00001
$3,979.03

For inquiries, please contact: payments@casselsbrock.com

Cassels Brock & Blackwell LLP    2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com



## CASSELS BROCK
LAWYERS

### STATEMENT OF ACCOUNT

3/5/2018

VEROBLUE FARMS INC.
ATTN: ap@verobluefarms.com
1700 W SECOND ST
WEBSTER CITY, IA 50595
USA

Lawyer: MANIACI, SEAN

RE:   COMMON SHARE OFFERING

Matter Number: 047136-00003
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $20,913.23 |

| | |
|---|---|
| Total Outstanding | $20,913.23 |
| Interest on Outstanding amount | $440.04 |
| Total Due | CDN $21,353.27 |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

Matter Number:
Total Due CDN

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

047136-00003
$21,353.27

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**   2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com



## CASSELS BROCK
LAWYERS

### STATEMENT OF ACCOUNT

3/5/2018

VEROBLUE FARMS INC.
ATTN: ap@verobluefarms.com
1700 W SECOND ST
WEBSTER CITY, IA 50595
USA

Lawyer: MANIACI, SEAN

RE:   CONTROLLED IMPORTATION LIST REGULATORY MATTERS

Matter Number: 047136-00006
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $509.25 |
| Total Outstanding | | $509.25 |
| Interest on Outstanding amount | | $10.72 |
| Total Due | | CDN $519.97 |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

Matter Number:
Total Due CDN

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696   Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11   USD Account: 80002-50513-12

047136-00006
$519.97

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**   2100 Scotia Plaza, 40 King Street West, Toronto Canada M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com



## CASSELS BROCK
L A W Y E R S

### STATEMENT OF ACCOUNT

3/5/2018

VEROBLUE FARMS INC.
ATTN: ap@verobluefarms.com
1700 W SECOND ST
WEBSTER CITY, IA 50595
USA

Lawyer: MANIACI, SEAN

RE:   DECEMBER 2015 OFFERING

Matter Number: 047136-00007
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $40,836.96 |

| | |
|---|---|
| Total Outstanding | $40,836.96 |
| Interest on Outstanding amount | $859.25 |
| Total Due | CDN $41,696.21 |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

### REMITTANCE INFORMATION

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696   Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11   USD Account: 80002-50513-12

Matter Number:   047136-00007
Total Due CDN   $41,696.21

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**   2100 Scotia Plaza, 40 King Street West, Toronto Canada M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com



## CASSELS BROCK
### LAWYERS

**STATEMENT OF ACCOUNT**

4/4/2018

VEROBLUE FARMS INC.
ATTN: ap@verobluefarms.com
1700 W SECOND ST
WEBSTER CITY, IA 50595
USA

Lawyer: MANIACI, SEAN

RE:   GENERAL CORPORATE MATTERS

Matter Number: 047136-00001
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $3,897.03 |

| | |
|---|---|
| Total Outstanding | $3,897.03 |
| Interest on Outstanding amount | $88.40 |
| Total Due | CDN $3,985.43 |

Kindly disregard this notice if payment has already been made.  Interest will be charged on overdue accounts in accordance
with the rate prescribed by the *Solicitors* Act.

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no.  47696   Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11   USD Account: 80002-50513-12

Matter Number:          047136-00001
Total Due CDN           $3,985.43

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**    2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300  fax 416.360.8877  www.casselsbrock.com



## CASSELS BROCK
L A W Y E R S

## STATEMENT OF ACCOUNT

4/4/2018

VEROBLUE FARMS INC.
ATTN: ap@verobluefarms.com
1700 W SECOND ST
WEBSTER CITY, IA 50595
USA

Lawyer: MANIACI, SEAN

RE:   COMMON SHARE OFFERING

Matter Number: 047136-00003
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $20,913.23 |

| | |
|---|---|
| Total Outstanding | $20,913.23 |
| Interest on Outstanding amount | $474.42 |
| Total Due | CDN $21,387.65 |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

**REMITTANCE INFORMATION**

| Cheque payments: | Canadian and US Electronic Payments: |
|---|---|
| Cassels Brock & Blackwell LLP | Bank of Nova Scotia |
| Scotia Plaza, Suite 2100 | 44 King St. West, Toronto, ON, M5H 1H1 |
| 40 King Street West, Toronto, ON | Transit no: 47696   Bank no. 002   Swift Code: NOSCCATT |
| M5H3C2 | CDN Account: 47696-00739-11   USD Account: 80002-50513-12 |

Matter Number:          047136-00003
Total Due CDN          $21,387.65

For inquiries, please contact: payments@casselsbrock.com



## CASSELS BROCK
L A W Y E R S

### STATEMENT OF ACCOUNT

4/4/2018

VEROBLUE FARMS INC.
ATTN: ap@verobluefarms.com
1700 W SECOND ST
WEBSTER CITY, IA 50595
USA

Lawyer: MANIACI, SEAN

RE:    CONTROLLED IMPORTATION LIST REGULATORY MATTERS

Matter Number: 047136-00006
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $509.25 |

| | |
|---|---|
| Total Outstanding | $509.25 |
| Interest on Outstanding amount | $11.55 |
| Total Due | CDN $520.80 |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696   Bank no. 002   Swift Code: NOSCCATT
CDN Account: 47696-00739-11   USD Account: 80002-50513-12

Matter Number:       047136-00006
Total Due CDN        $520.80

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**    2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com



## CASSELS BROCK
L A W Y E R S

### STATEMENT OF ACCOUNT

4/4/2018

VEROBLUE FARMS INC.
ATTN: ap@verobluefarms.com
1700 W SECOND ST
WEBSTER CITY, IA 50595
USA

Lawyer: MANIACI, SEAN

RE:    DECEMBER 2015 OFFERING

Matter Number: 047136-00007
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $40,836.96 |

| | |
|---|---|
| Total Outstanding | $40,836.96 |
| Interest on Outstanding amount | $926.38 |
| Total Due | **CDN $41,763.34** |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002    Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

Matter Number:      047136-00007
Total Due CDN      $41,763.34

For inquiries, please contact: payments@casselsbrock.com

Cassels Brock & Blackwell LLP.    2100 Scotia Plaza, 40 King Street West, Toronto Canada M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com



## CASSELS BROCK
### LAWYERS

**STATEMENT OF ACCOUNT**

4/4/2018

VEROBLUE FARMS INC.
ATTN: VEROBLUE FARMS INC.
1700 W SECOND ST.
WEBSTER CITY, IA 50595

Lawyer: MANIACI, SEAN

RE:    RESTRUCTURING

Matter Number: 047136-00008
Matter Trust Balance: $0.00

**Accounts Outstanding as of Statement Date**

| Invoice No. | Invoice Date | Amount Outstanding |
|---|---|---|
| 2006221 | 12/31/2016 | $26,238.80 |
| 2024672 | 9/27/2017 | $181,224.20 |
| 2030665 | 12/12/2017 | $1,729.74 |
| Total Outstanding | | $209,192.74 |
| Interest on Outstanding amount | | $2,031.60 |
| Total Due | | CDN $211,224.34 |

Kindly disregard this notice if payment has already been made. Interest will be charged on overdue accounts in accordance with the rate prescribed by the *Solicitors* Act.

---

**REMITTANCE INFORMATION**

**Cheque payments:**
Cassels Brock & Blackwell LLP
Scotia Plaza, Suite 2100
40 King Street West, Toronto, ON
M5H3C2

**Canadian and US Electronic Payments:**
Bank of Nova Scotia
44 King St. West, Toronto, ON, M5H 1H1
Transit no. 47696    Bank no. 002    Swift Code: NOSCCATT
CDN Account: 47696-00739-11    USD Account: 80002-50513-12

Matter Number:    047136-00008
Total Due CDN    $211,224.34

For inquiries, please contact: payments@casselsbrock.com

**Cassels Brock & Blackwell LLP**    2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416.869.5300   fax 416.360.8877   www.casselsbrock.com

**From:** Litchen, Jamie
**Sent:** Wednesday, October 22, 2014 9:24 AM
**To:** les@adroitinvest.com
**Cc:** Maniaci, Sean
**Subject:** VBF - Securities Commission Filing re Family and Friends Round

Les,

In connection with the closing of the family and friends financing round, can you please review the information under item 4 of the attached form and confirm the information is correct. Please let me know if any changes need to be made. I will send across a signature page package once the information has been finalized.

Thanks,

Jamie



**Jamie Litchen**
Direct: +1 416 869 5328 • Fax: +1 416 644 9371 • jlitchen@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com

Business & Corporate Law Firm in Canada | Cassels Brock

www.casselsbrock.com

REPRESENTATIVE WORK. Goldcorp and Newmont Combine to Create World's Leading Gold Company in US$10 Billion Transaction; PharmHouse Completes $80 Million Bank Debt Facility, One of the First Syndicated Debt Deals in the Cannabis Industry

This message, including any attachments, is privileged and may contain confidential information intended only for the person(s) named above. Any other distribution, copying or disclosure is strictly prohibited. Communication by email is not a secure medium and, as part of the transmission process, this message may be copied to servers operated by third parties while in transit. Unless you advise us to the contrary, by accepting communications that may contain your personal information from us via email, you are deemed to provide your consent to our transmission of the contents of this message in this manner. If you are not the intended recipient or have received this message in error, please notify us immediately by reply email and permanently delete the original transmission from us, including any attachments, without making a copy.

**ATTACHMENT A-5**

**From:** Maniaci, Sean
**Sent:** Sunday, August 10, 2014 2:18 PM
**To:** 'les@adroitinvest.com'
**Cc:** Litchen, Jamie
**Subject:** RE: VeroBlue Farms V6 tr.pptx
Les,

My initial comments attached. I'm available in the office for about another hour and then on
my cell if you have any questions. Once you have added the missing pieces as discussed and
made whichever of my suggested changes you would like, I would be happy to take another
look if you want.

Best,



**Sean Maniaci**
Direct: +1 416 860 6466 • Fax: +1 416 642 7158 • smaniaci@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com

Business & Corporate Law Firm in Canada | Cassels Brock

www.casselsbrock.com

REPRESENTATIVE WORK. Goldcorp and Newmont Combine to
Create World's Leading Gold Company in US$10 Billion Transaction;
PharmHouse Completes $80 Million Bank Debt Facility, One of the First
Syndicated Debt Deals in the Cannabis Industry

**From:** Leslie Wulf [mailto:les@adroitinvest.com]
**Sent:** Sunday, August 10, 2014 12:36 PM
**To:** Maniaci, Sean
**Subject:** VeroBlue Farms V6 tr.pptx

This message, including any attachments, is privileged and may contain confidential
information intended only for the person(s) named above. Any other distribution, copying or
disclosure is strictly prohibited. Communication by email is not a secure medium and, as part of
the transmission process, this message may be copied to servers operated by third parties
while in transit. Unless you advise us to the contrary, by accepting communications that may
contain your personal information from us via email, you are deemed to provide your consent
to our transmission of the contents of this message in this manner. If you are not the intended
recipient or have received this message in error, please notify us immediately by reply email
and permanently delete the original transmission from us, including any attachments, without
making a copy.

**ATTACHMENT A-6**

**From:** Maniaci, Sean
**Sent:** Wednesday, January 21, 2015 3:57 PM
**To:** 'les@verobluefarms.com'
**Cc:** Litchen, Jamie
**Subject:** RE: VBF Ex Summery
Les,

A few remaining comments on the deck and our suggested changes to the summary (clean and blackline attached so you can see the changes and undo any you do not agree with).

Best,



**Sean Maniaci**
Direct: +1 416 860 6466 • Fax: +1 416 642 7158 • smaniaci@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com

Business & Corporate Law Firm in Canada | Cassels Brock

www.casselsbrock.com

REPRESENTATIVE WORK. Goldcorp and Newmont Combine to
Create World's Leading Gold Company in US$10 Billion Transaction;
PharmHouse Completes $80 Million Bank Debt Facility, One of the First
Syndicated Debt Deals in the Cannabis Industry

**From:** Leslie Wulf [mailto:les@verobluefarms.com]
**Sent:** Monday, January 19, 2015 6:15 PM
**To:** Noam Silberstein; 'Jason Trainor'; Maniaci, Sean
**Subject:** VBF Ex Summery
**Leslie Wulf**
**Chairman & CEO**
**VeroBlue Farms**
1507 Capital Ave, Suite 101, Plano TX 75074
Phone: (214) 679-5263 • Fax: (866) 267-2794



Leading the "True Blue" Revolution in Aquaculture



<°)())>< ~ ~ <°)())>< ~ ~ <°)())>< ~ ~<°)())>< ~ ~

Important: This e-mail is intended for the use of the addressee and may contain information
that is confidential, commercially valuable or subject to legal or parliamentary privilege. If you
are not the intended recipient you are notified that any use or dissemination of this

communication is strictly prohibited. If you have received this communication in error please notify the sender immediately. Furthermore, VeroBlue Farms Inc. monitors its incoming and outgoing emails, however, we do not guarantee that this email or the attachment/s are unaffected by computer virus, corruption or other defects.

_____

This message, including any attachments, is privileged and may contain confidential information intended only for the person(s) named above. Any other distribution, copying or disclosure is strictly prohibited. Communication by email is not a secure medium and, as part of the transmission process, this message may be copied to servers operated by third parties while in transit. Unless you advise us to the contrary, by accepting communications that may contain your personal information from us via email, you are deemed to provide your consent to our transmission of the contents of this message in this manner. If you are not the intended recipient or have received this message in error, please notify us immediately by reply email and permanently delete the original transmission from us, including any attachments, without making a copy.

**ATTACHMENT A-7**

**From:** Maniaci, Sean
**Sent:** Wednesday, May 20, 2015 12:08 PM
**To:** Bruce Hall; Ted Rea
**Cc:** Les Wulf; Litchen, Jamie
**Subject:** RE: VBF - 2015 annual meeting of shareholders
I have made the change to remove the proposal to amend the by-laws.
Can you please confirm that you want to provide telephone access to the meeting for
shareholders. If so, you may want to consider a service that will enable shareholders to listen,
but not speak on the call. Please provide the call-in details if you do want to go this route.
Also need the email address that you want to use for general enquiries such as requests for
copies of the financial statements (bullet on the signature page of the circular).
Once we have those, I believe we are good to go. Once you are signed off, I will send to TMX
Equity for printing and mailing.
Best,

**Sean Maniaci**
Direct: +1 416 860 6466 • Fax: +1 416 642 7158 • smaniaci@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com

Business & Corporate Law Firm in Canada | Cassels Brock

www.casselsbrock.com

REPRESENTATIVE WORK. Goldcorp and Newmont Combine to
Create World's Leading Gold Company in US$10 Billion Transaction;
PharmHouse Completes $80 Million Bank Debt Facility, One of the First
Syndicated Debt Deals in the Cannabis Industry

**From:** Bruce Hall [mailto:bruce.hall@verobluefarms.com]
**Sent:** Wednesday, May 20, 2015 8:56 AM
**To:** Ted Rea
**Cc:** Maniaci, Sean; Les Wulf; Litchen, Jamie
**Subject:** Re: VBF - 2015 annual meeting of shareholders
I agree with Ted that this could cause an issue and should be left at 25%.

Please excuse typing errors as this was sent from my iPad Air mobile device.
Bruce Hall
972-841-6298

On May 19, 2015, at 6:21 PM, Ted Rea <ted.rea@verobluefarms.com> wrote:

Les, Bruce, please weigh in with your thoughts? I would rather battle to get a 25% quorum in
the future then have a single 10% shareholder dictate to all other shareholders for a vote on an
issue.

**From:** Maniaci, Sean [mailto:SManiaci@CasselsBrock.com]
**Sent:** Tuesday, May 19, 2015 6:13 PM
**To:** Ted Rea
**Cc:** Les Wulf; Bruce Hall; Litchen, Jamie
**Subject:** Re: VBF - 2015 annual meeting of shareholders
Ok. We can leave at 25%. My concern was whether there might be difficulty getting to quorum in the future.

Sean Maniaci
416-860-6466

On May 19, 2015, at 7:10 PM, Ted Rea <ted.rea@verobluefarms.com> wrote:

This looks ok, however I have serious concerns about changing a "quorum" to 10%. This means we could effectively have issues in the future with any "one" investor who controls 10% or more of the company.
This isn't the case now, but could be with the next round of institutional investors coming into the big equity round.
**From:** Les Wulf
**Sent:** Tuesday, May 19, 2015 4:43 PM
**To:** Bruce Hall; Ted Rea
**Subject:** Fwd: VBF - 2015 annual meeting of shareholders

Leslie Wulf
C (214) 679 5263
Sent from mobile device
Please excuse typos and shortness of message

Begin forwarded message:

**From:** "Maniaci, Sean" <SManiaci@CasselsBrock.com>
**Date:** May 19, 2015 at 4:36:37 PM CDT
**To:** "'Leslie Wulf ' (les@verobluefarms.com)" <les@verobluefarms.com>
**Cc:** "Litchen, Jamie" <jlitchen@casselsbrock.com>
**Subject: VBF - 2015 annual meeting of shareholders**

Les,
Draft of circular and proxy in connection with the annual and special shareholders meeting. In addition to the vote in respect of waiver of the auditor requirement and the directors, we have included resolutions to amend the articles of the company allow the board to effect a conversion of the pref shares and hold a meeting outside of Canada and to amend the buy-laws to reduce quorum from 25% to 10%. TMX Equity will take care of the printing and mailing when

ready. If we send out after tomorrow, we will need to move the date of the meeting back from June 11th as the by-laws require 21 days notice.

Let me know if you have any questions.

Best,

This message, including any attachments, is privileged and may contain confidential information intended only for the person(s) named above. Any other distribution, copying or disclosure is strictly prohibited. Communication by email is not a secure medium and, as part of the transmission process, this message may be copied to servers operated by third parties while in transit. Unless you advise us to the contrary, by accepting communications that may contain your personal information from us via email, you are deemed to provide your consent to our transmission of the contents of this message in this manner. If you are not the intended recipient or have received this message in error, please notify us immediately by reply email and permanently delete the original transmission from us, including any attachments, without making a copy.

**ATTACHMENT A-8**

**ATTACHMENT A-9 [MAY 9, 2017 EMAIL CHAIN]**

Message

| | |
|---|---|
| **From:** | Maniaci, Sean [SManiaci@CasselsBrock.com] |
| **Sent:** | 5/9/2017 4:09:54 PM |
| **To:** | Dahlson, Rick [rdahlson@jw.com] |
| **CC:** | Les Wulf [les.wulf@verobluefarms.com] |
| **Subject:** | Re: Canadian Migration |

I have pulled together significant resources (I know we all have). I am hoping that you will be be pleasantly surprised as the overall structure is going to be be significantly streamlined on the Canadian side. The catch is that we need a signature from every single shareholder...no small feat.

Sean Maniaci
416-860-6466

On May 9, 2017, at 5:04 PM, Dahlson, Rick <rdahlson@jw.com> wrote:

Look at you, ahead of schedule!!!!!

**From:** Maniaci, Sean [mailto:SManiaci@CasselsBrock.com]
**Sent:** Tuesday, May 09, 2017 4:01 PM
**To:** Dahlson, Rick
**Cc:** Les Wulf
**Subject:** Re: Canadian Migration

Drafts of the letter of transmittal and the proposed covering letter and comments on the checklist coming through shortly

Sean Maniaci
416-860-6466

On May 4, 2017, at 4:54 PM, Dahlson, Rick <rdahlson@jw.com> wrote:

Enclosed is the Canadian Migration restructuring memorandum and a separate restructuring checklist.  Please note the following:

1.      VBF Canada will need to hold a Shareholders Meeting to approve the transaction (not included in either document).  This will require a Circular being sent out.  The timeline is as follows:
        a.      Cassels Brock will draft the Circular for the Meeting – distributed to the working group no later than Wednesday, May 10.
                -       We will need Canadian tax discussion from Baker McKenzie – Jens will discuss with Baker McKenzie
                -       We will need tax US tax discussion of tax-free exchange for US shareholders from Jackson Walker (Ron Kerridge)
        b.      Circular is approved by all parties (no later than May 14).
        c.      Circular is sent to VBF Canada transfer agent for dissemination (May 15)
        d.      VBF Canada shareholders meeting is held (June 7 (2 days to disseminate plus 21 day notice period).

JW0092196

2.    The attached Checklist will be approved by all lawyers no later than May 10.  Justin (DGS) to walk through with Pete (Jackson Walker) on May 8 or 9.

3.    Each law firm will draft its appropriate documents (no later than May 26).

4.    All lawyers (including Jens) will meet in Dallas to finalize documents (Jens to pick dates).

5.    Transaction will be effected (immediately after the Canadian shareholders meeting).

Please let me know if you have any questions or comments.

Best regards, Rick

**Richard F. Dahlson**
**Partner**
**Please note our new address in the Dallas Arts District**
**<image002.png>**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
O: (214) 953-5896
F:  (214) 661-6871
M: (214) 215-5896
rdahlson@jw.com
www.jw.com

*Purpose of Email:* This email is not intended to create an attorney client relationship where none previously exists. This email is not intended to be an opinion of counsel about tax or other law. This email was not written, is not intended, and should not be relied upon by any person to avoid penalties under federal tax law.

*Confidentiality Notice:* The contents of this e-mail and any attachments are intended solely for the addressee and may be *PRIVILEGED AND CONFIDENTIAL.* If you are neither the addressee nor receiving this communication for the addressee, please delete this message and all attachments and notify the sender of the transmission error.

The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

<17564265_2_Canadian Migration Timetable Memorandum.DOC>
<17872034_2_Restructuring Checklist (VBF Restructuring).DOC>

This message, including any attachments, is privileged and may contain confidential information intended only for the person(s) named above. Any other distribution, copying or disclosure is strictly prohibited. Communication by email is not a secure medium and, as part of the transmission process, this message may be copied to servers operated by third parties while in transit. Unless you advise us to the contrary, by accepting communications that may contain your personal information from us via email, you are deemed to provide your consent to our transmission of the contents of this message in this manner. If you are not the intended recipient or have received this message in error, please notify us immediately by reply email and permanently delete the original transmission from us, including any attachments, without making a copy.

**From:** Leslie Wulf
**Sent:** Friday, August 15, 2014 2:10 PM
**To:** 'Sean Maniaci'
**Cc:** les@adroitinvest.com
**Subject:** FW: Structure

Jason

Here is what I was thinking for a structure. Give me your thought

Raise $13M-$15M

Convertible preferred in 25% of company 7,500,000 shares @ $1.73

Convertible preferred pay 8%-9% coupon

| | VBF | 18,000,000 | Of VBF before convert | After Convert | Company Names |
|---|---|---|---|---|---|
| Jason | 6.00% | 1,080,000 | 4.80% | 3.60% | Kelson Capital Inc. |
| Tim | 0.00% | 0 | 0.00% | 0.00% | |
| Sean | 2.00% | 360,000 | 1.60% | 1.20% | |
| James | 18.00% | 3,240,000 | 14.40% | 10.80% | YSKS LLC. |
| Bruce | 18.00% | 3,240,000 | 14.40% | 10.80% | BHDH Family LP. |
| Les | 18.00% | 3,240,000 | 14.40% | 10.80% | LAW Holdings LLC. |
| Ted | 18.00% | 3,240,000 | 14.40% | 10.80% | J2 Family LP. |
| Rick (Fish) | 10.00% | 1,800,000 | 8.00% | 6.00% | RL Sheriff Contracting, Inc. |
| Keith | 10.00% | 1,800,000 | 8.00% | 6.00% | Seven Hours Holding Company Inc. |
| Nelsons | 0.00% | 4,500,000 | 20.00% | 15.00% | |
| | **100%** | **22,500,000** | **100.00%** | **75.00%** | |
| **Investor Group** | **$13,000,000** | **7,500,000** | **25.00%** | | |
| **Shares @** | **$1.73** | **30,000,000** | | | |

**ATTACHMENT A-10**

**From:** Maniaci, Sean
**Sent:** Monday, September 29, 2014 4:57 PM
**To:** 'Leslie Wulf '
**Subject:** RE: VBF Round One FF list 9-29-14.xlsx
Les,

With mine included.


Sean Maniaci
Direct: +1 416 860 6466 * Fax: +1 416 642 7158 * smaniaci@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com

Business & Corporate Law Firm in Canada | Cassels Brock

www.casselsbrock.com

REPRESENTATIVE WORK. Goldcorp and Newmont Combine to Create World's
Leading Gold Company in US$10 Billion Transaction; PharmHouse Completes $80
Million Bank Debt Facility, One of the First Syndicated Debt Deals in the Cannabis
Industry



-----Original Message-----
From: Leslie Wulf [mailto:les@verobluefarms.com]
Sent: Monday, September 29, 2014 1:17 PM
To: Maniaci, Sean
Cc: Leslie A Wulf
Subject: VBF Round One FF list 9-29-14.xlsx

This message, including any attachments, is privileged and may contain confidential information
intended only for the person(s) named above. Any other distribution, copying or disclosure is strictly
prohibited. Communication by email is not a secure medium and, as part of the transmission process,
this message may be copied to servers operated by third parties while in transit. Unless you advise us to
the contrary, by accepting communications that may contain your personal information from us via
email, you are deemed to provide your consent to our transmission of the contents of this message in
this manner. If you are not the intended recipient or have received this message in error, please notify
us immediately by reply email and permanently delete the original transmission from us, including any
attachments, without making a copy.

| Round 1 VBF | $ | Shares First Round | Recieved | |
|---|---|---|---|---|
| | | $            0.50 | | |
| | | - | | |
| Tim Finucan | $100,000 | 200,000 | Yes | Check |
| Ted Frandson | $50,000 | 100,000 | Yes | Check |
| Todd Foss | $25,000 | 50,000 | Yes | Check |
| Dave Dodgen | $100,000 | 200,000 | Yes | Check |
| Myron Friesen | $500,000 | 1,000,000 | Yes | Check |
| Geri A. Kohlhaas | $175,000 | 350,000 | Yes | wire |
| JD (Jason Guy) | $25,000 | 50,000 | No | Check |
| Gerald & Joel Pederson | $10,000 | 20,000 | No | Check |
| Brent Nelson | $20,000 | 40,000 | Yes | Check |
| Ian & Barb Campbell | $10,000 | 20,000 | Yes | Check |
| Mike & Carol Yanda | $50,000 | 100,000 | Yes | Check |
| Sappjire Partners | $25,000 | 50,000 | Yes | Check |
| Chad Smith | $25,000 | 50,000 | Yes | Check |
| Chris Roethler | $20,000 | 40,000 | Yes | Check |
| Kathy Getting | $25,000 | 50,000 | Yes | Check |
| Mike Nelosn | $25,000 | 50,000 | Yes | Check |
| Doug Nelson | $26,000 | 52,000 | Yes | Check |
| Tom Charken | $26,500 | 53,000 | Yes | Check |
| Phil Vogue | $25,000 | 50,000 | No | Check |
| Stewart Hinerfeld | $14,000 | 28,000 | Yes | Check |
| Bob Malloy | $17,500 | 35,000 | Yes | wire |
| Barry Stoelting | $12,000 | 24,000 | Yes | wire |
| Greg MaHarry | $35,000 | 70,000 | Yes | Check |
| Brian Skow | $25,000 | 50,000 | Yes | Check |
| Kim Jensen | $5,000 | 10,000 | No | Check |
| Dean Carden | $25,000 | 50,000 | Yes | Check |
| Left Rail Investments Inc. | $20,000 | 40,000 | No | Check |
| Sean Maniaci | $20,000 | 40,000 | No | Check |
| Anthony Maniaci | $20,000 | 40,000 | No | Check |

**ATTACHMENT A-11**

**ATTACHMENT A-12 [MANIACI OPTION AGREEMENT]**

## OPTION TO PURCHASE COMMON SHARES

This Option to Purchase Common Shares (the "**Agreement**"), dated as of December 31, 2016 (the "**Effective Date**"), is by and among Sean Maniaci ("**Holder**"), VeroBlue Farms Inc., a Canadian corporation ("**VBF Canada**"), and VeroBlue Farms USA, Inc., a Nevada corporation ("**VBF USA**"). Holder, VBF Canada and VBF USA are sometimes each referred to herein as a "Party" and collectively, as the "**Parties**".

1.      **Grant of Option.**  Holder is the legal and beneficial owner of 40,000 common shares of VBF Canada (the "**Subject Shares**").  Holder hereby grants to VBF Canada an option (the "**Option**") to purchase from Holder, after the Effective Date and until February 28, 2017 (the "**Exercise Period**"), all of the Subject Shares, at a purchase price of $1.00 per Subject Share (the "**Per Share Purchase Price**").  VBF Canada may assign and transfer the Option to VBF USA upon written notice to Holder, and upon any such assignment, all references to VBF Canada in this Agreement shall be deemed to be referring to VBF USA.

2.      **Exercise of Option.**  The Option may be exercised during the Option Period by delivery to Holder of written notice of such exercise (the "**Notice of Exercise**").  Within five (5) days following delivery of the Notice of Exercise, the closing of the exercise of the Option shall occur (the "**Closing**"), at which Closing:

(a)      Holder shall deliver to VBF Canada the original stock certificate evidencing the Subject Shares and an executed stock power transferring the Subject Shares from Holder to VBF Canada; and

(b)      VBF Canada shall deliver to Holder: (i) the aggregate Per Share Purchase Price for the Subject Shares, by wire transfer of immediately available funds to an account specified in writing by Holder prior to the Closing; and (ii) if the purchaser of the Subject Shares is VBF USA, then VBF USA shall also deliver to Holder and VBF Canada a signature page to the Shareholders Agreement of VBF Canada (the "**Shareholders Agreement**").

3.      **Representations and Warranties of Holder.**  Holder hereby represents and warrants to VBF Canada and VBF USA that the following are true and correct as of the Effective Date and will be true and correct as of the date of the Closing (the "**Closing Date**"), as if made on the Closing Date:

(a)      If Holder is an entity, Holder is duly organized, validly existing and in good standing under the laws of jurisdiction of its formation.  Holder has all requisite power and authority to execute and deliver this Agreement and to carry out the transactions contemplated hereby.

(b)      Holder is the legal and beneficial owner of the Subject Shares.  Holder is transferring and assigning the Subject Shares to VBF Canada free and clear of all liens, pledges, security interests, restrictions, claims, charges and other encumbrances, other than those created by the Shareholders Agreement.  The Subject Shares have been duly authorized, are fully paid and nonassessable and were issued in compliance with all applicable U.S. and Canadian federal, provincial and state securities laws.

17565243v.1

(c)     All action required to be taken by Holder in order to enter into this Agreement and consummate the transactions contemplated herein have been taken.   This Agreement constitutes a valid and legally binding obligation of Holder, enforceable against Holder in accordance with its terms, except (i) as limited by applicable bankruptcy, insolvency, reorganization, moratorium, fraudulent conveyance, or other laws of general application relating to or affecting the enforcement of creditors' rights generally, (ii) as limited by laws relating to the availability of specific performance, injunctive relief, or other equitable remedies, or (iii) to the extent the indemnification provisions contained herein may be limited by applicable U.S. federal or state laws or Canadian federal or provincial laws.

(d)     Holder has received all information Holder considers necessary or advisable to make a decision concerning a potential sale of the Subject Shares pursuant to the terms of this Agreement, and has had an opportunity to inspect relevant documents relating to VBF Canada and its subsidiaries.   Holder acknowledges that all documents, records and books pertaining to a sale of the Subject Shares which Holder has requested have been made available for inspection by Holder and Holder's attorney, accountant or other adviser(s).

(e)     Holder and/or Holder's advisor(s) has/have had a reasonable opportunity to ask questions of and receive answers and to request additional relevant information from a person or persons acting on behalf of VBF Canada concerning the business and operations of VBF Canada and its subsidiaries and all such questions have been answered to the full satisfaction of Holder and such information requested has been provided by VBF Canada.

(f)     Holder is an "accredited investor," within the meaning of Rule 501(a) of Regulation D under the United States Securities Act of 1933, as amended.   Holder, by reason of Holder's business or financial experience or the business or financial experience of Holder's professional advisers who are unaffiliated with and who are not compensated by the VBF Canada or VBF USA or any affiliate of either of them, directly or indirectly, can be reasonably assumed to have the capacity to protect Holder's interests in connection with a sale of the Subject Shares under this Agreement.

4.     **Indemnification by Holder.**  Holder hereby agrees to indemnify, defend and hold VBF Canada and VBF USA harmless from and against any and all losses, liability, claims, damages and expenses, including reasonable attorneys' fees, suffered by VBF Canada or VBF USA as a result of any breach by Holder of any of Holder's representations and warranties or covenants contained in this Agreement.

5.     **Miscellaneous.**

(a)     This Agreement contains the entire agreement among the Parties relating to the subject matter hereof and supersedes any prior agreement, arrangement or understanding, oral or written, by or among the Parties with respect to the subject matter hereof.

(b)     Any notice or communication hereunder must be in writing and given by depositing the same in the United States or Canadian mail, addressed to the Party to be notified, postage prepaid and registered or certified with return receipt requested, or by delivering the same in person, by an internationally recognized overnight courier or by email transmission.

Such notice shall be deemed received on the date on which it is hand-delivered, or delivered by an internationally recognized overnight courier or email transmission, or on the third business day following the date on which it is so mailed. For purposes of notice, the addresses of the Parties shall be as follows:

If to VBF Canada or VBF USA:        c/o VeroBlue Farms USA, Inc.
                                    3369 Premier Drive, Suite 300
                                    Plano, Texas 75023
                                    Attn: Chief Executive Officer
                                    email: les.wulf@verobluefarms.com

If to Holder:                       c/o Sean Maniaci
                                    2100 – 40 King Street
                                    Toronto Canada, M5h-3C2
                                    email: smaniaci@casselsbrock.com

Any Party may change its address for notice by written notice given to the other party in accordance with this Section.

(c)    Holder may not assign this Agreement, or any of its rights, duties or obligations under this Agreement without the prior written consent of VBF Canada and VBF USA. VBF Canada may assign any of its rights, duties or obligations under this Agreement to VBF USA upon written notice to Holder.

(d)    All dollar amounts used herein are United States dollars, and all amounts payable hereunder shall be paid in United States dollars.

(e)    No alterations, amendments, waiver, or any other change in any term or provision of this Agreement shall be valid or binding on any Party unless the same shall have been agreed to in writing by all of the Parties. No waiver or default of any term of this Agreement shall be deemed a waiver of any subsequent breach or default of the same or similar nature. This Agreement may not be changed except by written agreement signed by all Parties.

(f)    Each Party acknowledges that a refusal by such Party to perform any covenant or agreement contained in this Agreement may cause irreparable harm to one or more of the other Parties, for which there may be no adequate remedy at law and for which the ascertainment of damages would be difficult. Therefore, the Parties agree that in any such case, the other Party or Parties shall be entitled, in addition to, and without having to prove the inadequacy of, other remedies at law, to specific performance of this Agreement, as well as injunctive relief (without being required to post bond or other security).

(g)    In the event it becomes necessary to bring suit to enforce any provision of this Agreement, the prevailing Party shall be entitled to recover, in addition to any other award, reasonable legal costs, including court costs and attorney's fees, from the non-prevailing Party or Parties.

(h)    If any provision of this Agreement is held to be unenforceable or invalid, the remaining provisions of this Agreement will remain in effect.

17565241v.1                                    3

(i)      This Agreement shall be governed under and construed in accordance with the laws of the State of Texas, USA, without regard to the principles of conflicts of laws. The paragraph headings and captions contained herein are for reference purposes and convenience only and shall not in any way affect the meaning or interpretation of this Agreement.  It is intended by the Parties that this Agreement be interpreted in accordance with its fair and simple meaning, not for or against any Party, and no Party shall be deemed to be the drafter of this Agreement.

(j)      This Agreement may be executed in one or more counterparts, each of which shall be deemed an original but all of which shall constitute one and the same instrument. For purposes of this Agreement, use of a facsimile, e-mail or other electronic medium shall have the same force and effect as an original signature.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

IF HOLDER IS AN INDIVIDUAL:

SEAN MAN.AC

IF HOLDER IS AN ENTITY:

[NAME OF ENTITY]

By:_____
    [Name],
    [Title]

VEROBLUE FARMS, INC.

By:_____
    Leslie Wulf,
    Chief Executive Officer

VEROBLUE FARMS USA, INC.

By:_____
    Leslie Wulf,
    Chief Executive Officer

**ATTACHMENT A-13 [2/12/19 DEMAND LETTER]**

**Matthew E. Laughlin**
MattLaughlin@davisbrownlaw.com
phone: 515-246-7934
Des Moines Office

February 12, 2019

Mark Bennett, Esq.
Managing Partner
Cassels Brock
Scotia Plaza, Suite 2100
40 King Street, West
Toronto, Canada
M5H3C2

   Re:    **VeroBlue Farms and Sean Maniaci**

Dear Mr. Bennett:

   This law firm represents VeroBlue Farms USA ("VBF") and its affiliates ("the Company") as its corporate counsel. It is our understanding that Cassels Brock & Blackwell LLP ("CBB") represents the Company, and partner Sean Maniaci ("Maniaci") of CBB's Toronto office has primarily been involved in that representation. In reviewing our records, we can find no correspondence indicating the attorney-client relationship has been terminated between CBB and the Company.

   In the course of representation, Maniaci assisted with the organization of the corporation, reviewed numerous contracts and agreements, and drafted the preferred share subscription agreement. VBF originally incorporated in Canada before expanding into the United States, under the direction and guidance of Maniaci. During this time, Maniaci became a shareholder of VBF and entered an Option to Purchase Common Shares agreement with VBF. Since expanding in to the United States, VBF operated a sustainable fish-farm business, headquartered in Iowa, USA. VBF filed for bankruptcy in Iowa last year, and the bankruptcy case ("Bankruptcy Case") is pending. VBF is currently seeking to confirm a "Plan of Reorganization" in the Bankruptcy Case.

   It has come to our attention that Maniaci transmitted the attached letter dated January 9, 2019 to VBF shareholders but did not notify VBF in advance of sending the letter, nor did he receive VBF's approval. Please note the following:

   1.    The letter is written on CBB letterhead. We therefore assume that CBB as a firm fully authorized Maniaci's correspondence.

#3044117

February 12, 2019
Page 2

2.   Yet, as evident from the very first sentence of the letter, Maniaci wrote the letter
     in his capacity as a VBF shareholder. (*See*, first line of letter: "I write to you
     as a minority shareholder of VeroBlue Farms", and signature block, "Sean
     Maniaci, Shareholder of VBF.")

3.   Maniaci conceals from the shareholder recipients of this letter that CBB and he
     have represented VBF for years (and, as stated, we believe that relationship
     was never terminated). Maniaci also fails to disclose that he is an attorney.

4.   Maniaci actively solicits the shareholder recipients of the letter to participate in
     VBF's "Bankruptcy Case" to *oppose* VBF's Plan of Reorganization in that case.

5.   Maniaci makes other false and defamatory statements to VBF's detriment,
     including, but not limited to, that the "Creditors Committee" (as defined in the
     letter), has determined that VBF's pending federal court lawsuit ("Lawsuit")
     against Les Wulf, James Rea, Ted Rea, Bruce Hall, and Keith Driver (the
     "Defendants") is "retaliatory and without merit." It appears, in this respect, that
     Maniaci and CBB are actively supporting the Defendants *against* VBF.

6.   Maniaci is obviously in contact with Thomas Fawkes, who has made false
     allegations against VBF in a December 19 letter (see attached). One of those
     false accusations (p. 6 of December 19 Fawkes' letter) also cites an "attempted
     restructuring" regarding the stock of "VBF USA" and "VBF Canada." CBB and
     Maniaci were heavily involved in advising VBF on this possible transaction, *i.e.*
     as to possibly relevant Canadian-law implications. CBB and Maniaci have
     also represented VBF on other matters, yet CBB and Maniaci are now actively
     working against VBF to do the bidding of the Defendants and others antagonistic
     to VBF.

7.   Maniaci's January 9, 2019 letter fails to disclose that Mr. Fawkes admitted to
     other VBF counsel on January 9, 2019, at a Chicago face-to-face meeting, that he
     did not have time to perform an investigation as to the accusations made in his
     December 19 letter, including the one referenced above, and that the source of the
     information for the letter was the Defendants themselves. In other words, using
     Mr. Fawkes as a proxy, the Defendants were surreptitiously trying to leverage
     VBF to dismiss a lawsuit against Defendants themselves.

8.   Maniaci's letter also fails to disclose the attached March 2018 letter from
     the Nelson family, fully refuting the false and defamatory re-publication of Mr.
     Fawkes' statement that the Lawsuit is "retaliatory and without merit" and other
     defamatory statements.

February 12, 2019
Page 3

9.     It also appears that Maniaci is working with Ken Lockard, again actively against the Company. You should be aware that Mr. Lockard, in a December 28, 2017 email to an Alder Aqua representative, offered testimony against the Defendants in exchange for the payment of $6,000,000 for FishDish, LLC's stock in VBF (FishDish is referenced in Maniaci's January 9, 2019 letter).

After reviewing the Model Code of Professional Conduct from the Federation of Law Societies of Canada ("Code"), it is clear that Mr. Maniaci's conduct is in violation of the rules relating to conflicts of interest. To begin, the Code defines conflict of interest as "existence of a substantial risk that a lawyer's loyalty to or representation of a client would be materially and adversely affected by the lawyer's own interest . . ." Maniaca's own interest in this matter has adversely affected his representation of VBF, who he is actively undermining.

Even if Maniaci considers the Company a former client, Model Rule 3.4-10 would still apply and require Maniaci to obtain the Company's consent prior to acting against its interests in these matters. At no time has the Company consented to Mr. Maniaci's action. Furthermore, the Company expressly opposes his actions. Because of the nature of Mr. Maniaci's representation, the Company believes that he and others at Cassels Brock have had access to confidential, privileged information which should not be disclosed. Such disclosure would be in violation of Model Rule 3.3. Additionally, because of Mr. Maniaci's position as a shareholder of the Company, we have concerns that Model Rules 3.4-28 and 3.4-29 may also have been violated.

**VBF's Demands of CBB**

This is an urgent situation which must be addressed in a timely matter. VBF demands that CBB complies with all three of the following demands on or before the close of business on **February 15, 2019**. Absent a timely response, in full, VBF will assume that CBB refuses to comply with these demands and VBF will take appropriate actions.

First, VBF demands that CBB advises, in writing, how Maniaci's actions (by and through CBB) are compliant with ethical standards. We believe that CBB and Maniaci have violated their duties to VBF. In its written response to this demand, VBF expects CBB to cite relevant ethical rules or law.

Second, this is to demand that CBB send a retraction to all recipients of correspondence like Maniaci's dated January 9, 2019, including, but not limited to, shareholders ("Retraction"). The Retraction should not only fully withdraw the statements of such correspondence, including, but not limited to, those noted above, but shall fully disclose CBB's and Maniaci's attorney-client relationship to VBF. Those persons listed below as copies to this letter and I should be copied on the Retraction.

Third, we also demand that your firm, as current or, at a minimum, former counsel to VBF, turnover the following to VBF's counsel, Thompson Coburn and Davis Brown

February 12, 2019
Page 4

(representatives copied here). VBF demands that your firm indicate its agreement to do so, in full, in writing on or before February 15, 2019, and then produce all the requested data on or before February 22, 2019:

1. Any and all hard copy or electronically-stored information (including emails, draft documents, invoices, etc.) relating in any way to VBF or any of its affiliates (which include VBF Operations, Inc., VBF Transport, Inc., VBF IP, Inc., and Iowa's First, Inc.).

2. Any and all data relating to Rick Sheriff or his entities (who allegedly sold certain technology to VBF) is relevant to VBF and should be produced.

3. Any and all communications between Cassels Brock & Blackwell LLP and Defendants or their counsel, from September 30, 2014, other than those relating to VBF.

4. Any and all communications with members of the Bankruptcy Case Creditors Committee, members of the Bankruptcy Case *Ad Hoc* Committee, and/or their counsel, and any documents drafted in regards thereto.

5. Any and all engagement letters, conflict waiver letters, and invoices relating not only to VBF, whether or not those invoices were directed at VBF, or some other entity.

6. Any and all joint defenses or common privilege agreements relating in any way to VBF which have been signed by any CBB lawyer.

VBF otherwise reserves all rights and assertions, including those not set forth in this letter. CBB should communicate any response to Mr. Lang or Mr. Laughlin, but VBF expects full compliance.

We also expect your firm and you to have maintained, and to continue to maintain, all confidentiality protections that are to be afforded to VBF as your firm's and your current (or at a minimum former) client.

Very truly yours,

DAVIS, BROWN, KOEHN, SHORS & ROBERTS, P.C.

Matthew E. Laughlin

Cc: Sean Maniaci, Robert Lang (Thompson Coburn), Norman McCowan (VBF President), Thomas Fawkes

**ATTACHMENT A-14 [CASSELS 2/25/19 INITIAL RESPONSE TO DEMAND]**



## CASSELS BROCK
LAWYERS

February 25, 2019

By E-mail: mattlaughlin@davisbrownlaw.com

Matthew E. Laughlin
Davis Brown Koehn Shors & Roberts P.C.
The Davis Brown Tower
215 10th Street., Ste 1300
Des Moines, IA 50309
USA

jbirch@casselsbrock.com
tel:   416.860-5225
fax:   416.640.3057

Dear Mr. Laughlin:

**Re:    VeroBlue Farms and Sean Maniaci**

I am a partner of Cassels Brock & Blackwell LLP and also act as the General Counsel of this firm. Our managing partner, Mark Bennett, has provided to me a copy of your February 12, 2019 letter addressed to him.

It appears that you sent your February 12 letter by ordinary mail and, accordingly, Mr. Bennett only received it on Friday, February 22, 2019. In such circumstances, I trust that you can appreciate that our firm could not have responded by the February 15 deadline contained in your letter.

I plan to meet with Mr. Maniaci in the next day or two to gather information relating to this matter and to consider the points that you have raised. After meeting with Mr. Maniaci, I intend to provide you with a substantive response to your February 12 letter.

Yours truly,

Cassels Brock & Blackwell LLP

John N. Birch
Services provided through a Professional Corporation

JNB/ph
ADMIN*2750576.1

Cassels Brock & Blackwell LLP    2100 Scotia Plaza, 40 King Street West, Toronto Canada M5H 3C2
tel 416 869 5300  fax 416 360 8877  www.casselsbrock.com

**From:** Laughlin, Matthew E. <MattLaughlin@davisbrownlaw.com>
**Sent:** Monday, February 25, 2019 2:59 PM
**To:** Birch, John <jbirch@casselsbrock.com>
**Subject:** RE: [Ext] VeroBlue Farms and Sean Maniaci [IWOV-ADMIN.FID239688]

Thank you for your response and anticipated cooperation in addressing this
matter. Please provide a response by the end of business this Friday. Please let me know
if you anticipate that will be a problem. Thank you.

 **DAVISBROWN**

**Matthew E. Laughlin** | Attorney | d. 515-246-7934 | www.DavisBrownLaw.com
The Davis Brown Tower | 215 10th Street, Suite 1300 | Des Moines, Iowa 50309 | fax 515-471-
7934

**The above is a debt collector and any information obtained will be used for
that purpose.**

**From:** Hoogenband, Patricia <PHoogenband@CasselsBrock.com> **On Behalf Of** Birch,
John
**Sent:** Monday, February 25, 2019 12:44 PM
**To:** Laughlin, Matthew E. <MattLaughlin@davisbrownlaw.com>
**Subject:** [Ext] VeroBlue Farms and Sean Maniaci [IWOV-ADMIN.FID239688]

Please see attached correspondence.

**Patricia Hoogenband • Legal
Assistant**
Direct: +1 416 860 2918 •
phoogenband@casselsbrock.com
2100 Scotia Plaza, 40 King Street
West, Toronto, Ontario,
Canada M5H 3C2
www.casselsbrock.com

This message, including any attachments, is privileged and may contain confidential
information intended only for the person(s) named above. Any other distribution, copying
or disclosure is strictly prohibited. Communication by email is not a secure medium and,
as part of the transmission process, this message may be copied to servers operated by
third parties while in transit. Unless you advise us to the contrary, by accepting
communications that may contain your personal information from us via email, you are
deemed to provide your consent to our transmission of the contents of this message in
this manner. If you are not the intended recipient or have received this message in error,
please notify us immediately by reply email and permanently delete the original
transmission from us, including any attachments, without making a copy.

The Davis Brown Law Firm is committed to providing Exceptional Client Service.
For a review of the supporting principles, go to www.davisbrownlaw.com/exceptional.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply E-mail and destroy all copies of the original message.

HEALTHCARE PRIVACY STATEMENT: This message may contain protected health information that is strictly confidential. If you have received this email, you are required to maintain the security and confidentiality of the information and may not disclose it without written consent from the patient or as otherwise permitted by law. Unauthorized disclosure may be subject to federal and state penalties.

**The above is a debt collector and may be attempting to collect a debt. Any information obtained will be used for that purpose.**

**ATTACHMENT A-15**

-------- Original Message --------
From: "Birch, John" <jbirch@casselsbrock.com>
Date: Tue, March 05, 2019 3:17 PM -0600
To: "Laughlin, Matthew E." <MattLaughlin@davisbrownlaw.com>
Subject: [Ext] FW: Letter from Attorney Matthew Laughlin, RE: Records Demand

Dear Mr. Laughlin,

I have received the attached letter. Your letter appears to have crossed over email with my email
to you earlier today because your letter does not take into account that email from me or your
earlier email of 3:59 pm on February 25.

As my email earlier today indicates, we are in the process of engaging counsel and we leave it to
that counsel to communicate with you as appropriate.

However, in the interim, I ask you to confirm that your law firm is not counsel to VeroBlue
Farms Inc., which subsists under the *Canada Business Corporations Act*. (Your February 12
letter does not mention your firm being counsel to this other company and I could not see how
your firm could be counsel to it given that you are not qualified to practice the law of any
Canadian province or territory, but I would appreciate confirmation of this anyway.)

 **John Birch**
Direct: +1 416 860 5225 · Fax: +1 416 640 3057 · jbirch@casselsbrock.com
2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2
www.casselsbrock.com
Services provided through a Professional Corporation

**From:** Singelee, Sarah L. [mailto:SarahSingelee@davisbrownlaw.com]
**Sent:** Tuesday, March 05, 2019 3:53 PM
**To:** Birch, John
**Cc:** Laughlin, Matthew E.
**Subject:** Letter from Attorney Matthew Laughlin, RE: Records Demand

Mr. Birch,

Attached please find a letter from Attorney Matthew Laughlin.

Thank you,

Sarah

**DAVISBROWN**
Sarah Singelée | Administrative Assistant | (515) 246-7826 | www.DavisBrownLaw.com
The Davis Brown Tower | 215 10th Street, Suite 1300 | Des Moines, IA  50309 | Fax: (515) 243-
0654

**The above is a debt collector and may be attempting to collect a debt. Any information obtained will be used for that purpose.**

The Davis Brown Law Firm is committed to providing Exceptional Client Service. For a review of the supporting principles, go to www.davisbrownlaw.com/exceptional.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply E-mail and destroy all copies of the original message.

HEALTHCARE PRIVACY STATEMENT: This message may contain protected health information. If you have received this email, you are required to maintain the security and confidentiality of the information and may not disclose it without written consent from the patient or as otherwise permitted by law. Unauthorized disclosure may be subject to federal and state penalties.

**The above is a debt collector and may be attempting to collect a debt. Any information obtained will be used for that purpose.**

This message, including any attachments, is privileged and may contain confidential information intended only for the person(s) named above. Any other distribution, copying or disclosure is strictly prohibited. Communication by email is not a secure medium and, as part of the transmission process, this message may be copied to servers operated by third parties while in transit. Unless you advise us to the contrary, by accepting communications that may contain your personal information from us via email, you are deemed to provide your consent to our transmission of the contents of this message in this manner. If you are not the intended recipient or have received this message in error, please notify us immediately by reply email and permanently delete the original transmission from us, including any attachments, without making a copy.

**The above is a debt collector and may be attempting to collect a debt. Any information obtained will be used for that purpose.**

**ATTACHMENT A-16**

**ATTACHMENT A-17 [JANUARY 9 MANIACI LETTER]**



**CASSELS BROCK**
L A W Y E R S

January 9, 2019

Dear Fellow VBF Shareholder,

    I write to you as a minority shareholder of VeroBlue Farms. As you are probably aware, on September 21, 2018, VeroBlue Farms USA, Inc. ("VBF")[1] filed a chapter 11 bankruptcy petition in the U.S. Bankruptcy Court for the Northern District of Iowa (the "Bankruptcy Court"), case number 18-01297 (the "Bankruptcy Case"). On December 10, 2018, the VBF Debtors (see footnote below) filed the proposed Disclosure Statement and Joint Plan of Reorganization of VeroBlue Farms USA, Inc. and its Affiliated Debtors (the "Plan"). The Plan was initiated by Alder Aqua, Ltd. ("Alder Aqua"), the majority shareholder of VBF.

    If the Plan is approved and confirmed by the Bankruptcy Court, Alder Aqua will own the reorganized VBF and wipe out all other equity interests (including yours). Unsecured creditors will get a mere ten cents ($0.10) on the dollar for their claims. To protect the unsecured creditors' interests, the Bankruptcy Court appointed attorney Tom Fawkes[2] to represent the Official Committee of Unsecured Creditors ("Creditors' Committee") in the Bankruptcy Case. After an initial investigation, the Creditors' Committee concluded that significant evidence of lender liability on the part of VBF's senior secured creditor, Broadmoor Financial, L.P. ("Broadmoor") exists and that Alder Aqua acted to improperly control the VBF companies. Additionally, the Creditors' Committee has preliminarily determined that a pending lawsuit against the former founders of VBF[3] is retaliatory in nature and without merit. Accordingly, the Creditors' Committee formally challenged the validity, priority, extent and enforceability of the entirety of Broadmoor's claim and demanded that VBF (a) file suit against the secured creditor, or (b) consent to the Creditors' Committee's prosecution of that action on behalf of VBF, by the deadline established by the Bankruptcy Court for late December.

    The Creditors' Committee investigation gives good reason to believe that current minority shareholders may also be able to participate in a Bankruptcy Case recovery. Another Chicago law firm, Horwood Marcus & Berk Chartered, led by attorney Aaron Hammer,[4] is representing an ad hoc (*i.e.*, unofficial) committee of VBF shareholders ("Equity Committee") to join in the Bankruptcy Case and likely prosecute a separate lawsuit against Broadmoor, Alder Aqua and all of its representatives on behalf of VBF shareholders. To that end, the Equity Committee joined the demand made by the Creditors' Committee in late December. The Equity Committee's efforts are being spearheaded by Mr. Ken Lockard and FishDish, LLC, an Iowa based entity with a $6 million preferred equity investment in VBF, and its investors (collectively, "Preferred Shareholders"). There are well over 100 common shareholders

---

[1] And VBF's subsidiaries and affiliates, VBF Operations, Inc. ("VBFO"), Iowa's First, Inc. ("IFI"); VBF Transport, Inc. ("VBFT") and VBF IP, Inc. ("VBFIP" and collectively with VBF, VBFO, IFI, VBFT and VBIP, the "Debtors").

[2] http://restructuringshop.com/Bio-Thomas-Fawkes.aspx

[3] *VeroBlue Farms USA, Inc. v. Wulf, et al,* Case No. 18-cv-3047 (N.D Ia.)

[4] https://www.hmblaw.com/professionals-directory/aaron-l-hammer.aspx

**Cassels Brock & Blackwell LLP**   2100 Scotia Plaza, 40 King Street West, Toronto Canada M5H 3C2
tel 416 869 5300   fax 416 360 8877   www.casselsbrock.com

Case 19-09015   Doc 1   Filed 03/27/19   Entered 03/27/19 10:43:42   Desc Main
Document     Page 112 of 128



**CASSELS BROCK**
L A W Y E R S

in VBF ("Common Shareholders") and the goal is to have the majority of them join the Equity Committee.

**If as VBF's minority shareholders we do nothing, it is very likely that we will receive little to nothing in the Bankruptcy Case. Time is not on our side and the time to protect your investment is now. To that end, the Equity Committee is reaching out to all VBF shareholders to get engaged in the process and, essentially, crowdfund litigation to protect our interests.**

If you are interested in participating in this process, we ask that you sign and return the attached letter to protect legal privileges given our respective common interests. Once we receive this letter, you will be able to: (a) review the Equity Committee By-Laws and Master Funding Agreement; (b) be included in the Equity Committee and receive information about the Bankruptcy Case on a regular basis; and (c) if you so choose, to participate in the funding of the Equity Committee's professional fees by contributing between two cents ($.02) and five cents ($.05) per VBF common share you own.

If the Creditors' Committee and Equity Committee are successful in obtaining a recovery in the Bankruptcy Case through litigation or settlement, up to the first $4 million (including litigation costs) of that recovery would be paid to the unsecured creditors represented by the Creditors' Committee.[5] Any recovery over and above that amount would go to the Equity Committee to Preferred Shareholders and Common Shareholders on a 70%-30% basis, after repayment of the financing premium for funding shareholders and net of any outstanding professional fees. Without the Equity Committee agreements and structure, Preferred Shareholders would receive its full $6 million recovery before Common Shareholders received anything from the Bankruptcy Case. The Preferred Shareholders have agreed to share 30% of their preferred return with Common Shareholders until they have received their full recovery, following which 100% of any remaining proceeds will be paid to the Common Shareholders. All payments to Common Shareholders will be divvied up pro rata among the Common Shareholders.

**Even if you choose not to participate in funding the Equity Committee, you can still be engaged and involved in the Equity Committee and receive information on the Bankruptcy Case.** Your support and input remain critical to your and all other shareholders' chances of success and recovery in the aftermath of what we believe has been an improper scheme to deprive you of your investment.

If you want to receive further information or have any questions including with respect to the attached privileges letter, please call or e-mail (or have your attorney call or e-mail) Equity Committee counsel, Aaron Hammer (224) 531-2903; ahammer@hmblaw.com, or John Guzzardo, at (312) 242-3307; jguzzardo@hmblaw.com, for further information and documentation. **Please do not reach out to me directly, as I will refer you to Aaron and John.**

We look forward to hearing from you as soon as possible.

Sincerely,

Sean Maniaci,
Shareholder of VBF

---

[5] This amount represents creditors' recovery on their estimated allowed claims plus legal fees and other expenses.

**ATTACHMENT A-18 [JANUARY 2019 DOCUMENTATION]**



**AG & BUSINESS**
LEGAL STRATEGIES

January 9, 2019

Joseph A. Peiffer*
Licensed in IA & IL

James H. Cossitt**
*Of Counsel*
Licensed in IA & MT

Writer's email address:
joe@ablsonline.com

Street Address:
1350 Boyson Road, Suite A1
Hiawatha, IA 52233-2211

Mailing Address:
P.O. Box 11425
Cedar Rapids, IA 52410-1425

Phone: (319) 363-1641
Cell: (319) 350-2500
Fax: (319) 200-2059
Toll Free: (844) 363-1641

Delivered via e-mail to tomf@foldmclaw.com

Thomas R. Fawkes, Esq.
Goldstein & McClintock
111 W. Washington Street, Suite 1221
Chicago, IL 60602

Re: *In re VeroBlue Farms USA, Inc., et al.* (the "Debtors")
Case No. 18-01297 (Bankr. N.D. Iowa) (the "Court")
*Response to Request for Extension of Time to File
Objections to Disclosure Statement*

Dear Mr. Fawkes:

Thank you for meeting with us today to discuss the VeroBlue Farms
USA, Inc. Chapter 11 bankruptcy plan. We learned several things
in our discussions with you today that are outlined below:

1.  That you did not ever reach out to the Debtor or its counsel to
    investigate any of the allegations contained in your December
    19, 2018 letter challenging the claim of Broadmoor. Instead,
    you identified the Founders as a major source of the
    information contained in your letter, and you also advised that
    you have spoken with Mr. Lockard's counsel;

2.  We also learned that you did not intend to file anything until
    the Founders reached out to you a short time before you sent
    the letter;

3.  You were not aware of key facts underpinning the allegations
    of your letter, such as the date that Alder became the majority
    holder of the seats on the board of directors;

4.  You could not explain how Alder was in control of the Board of
    Directors before it was the holder of the majority of the seats
    on the Board; and,

5.  You were not aware what the Founders represented to
    investors, lenders, and others as to the company's key
    performance metrics, such as fish density, mortality rates,
    feed/fish conversion ratio that led to the investment by Alder
    and others.

We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.

*Certified in business bankruptcy by the American Board of Certification
**Certified in business and consumer bankruptcy by the American Board of Certification

The Supreme Court of Iowa does not certify lawyers as specialists in the practice of law and certification is not a requirement to
practice law in the state of Iowa.

Thomas R. Fawkes
January 9, 2019
Page 2

When we spoke on Monday, I told you that your twenty-one-page letter already aired a lot of dirty laundry in public because you had sent it to the United States Trustee. You minimized this issue by claiming that it was not public. While it was not public as of Monday, significant parts of the spurious allegations you made in the letter have become public considering the United States Trustee's Objection to the Disclosure Statement, Doc. 235 filed at 3:51 p.m. today.

If by noon, Central Standard Time January 10, 2019, the Committee withdraws its challenge to the Broadmoor claim in a writing to the Debtor and the Office of the United States Trustee acknowledging that not all its allegations were fully vetted, and reserving the right to refile it, the Debtor will grant the Committee a one-week extension to file its Objections to the Disclosure Statement. The Debtor also conditions this extension on the Committee's agreement to meet on Monday in Cedar Rapids to continue the plan discussions we began today.

The Debtor looks forward to the Committee's decision. If you wish to discuss this with me, please call me at (319) 350-2500.

Very truly yours,

/s/ Joseph A. Peiffer
Joseph A. Peiffer
Ag & Business Legal Strategies

JAP/jap

cc: client
    Robert Lang
    Mike Pankow
    Dan Childers

**From:** Joe Peiffer (ABLS) [mailto:joe@ablsonline.com]
**Sent:** Thursday, January 10, 2019 1:45 PM
**To:** 'Ashley Zubal'; 'Janet Reasoner (janet.g.reasoner@usdoj.gov)'
**Cc:** Dan Childers (dchilders@elderkinpirnie.com); MPankow@BHFS.com; Hannah Hanser (ABLS); Lang, Robert H.
**Subject:** VeroBlue Farms USA, Inc. Plan Discussions

Dear Ashley and Janet,
The Debtor and Alder met at length with Tom Fawkes, counsel for the unsecured creditors committee in Chicago. I attended the meeting along with the litigation counsel for the Debtor, Rob Lang of Thompson Coburn in Chicago. Alder was represented by Mike Pankow, its counsel from Denver.

Open and quite frank discussions were had between the parties. A request for an extension of time for the committee to object to the disclosure statement was made by Mr. Fawkes. The Debtor responded with the letter I have attached to this e-mail at 5:54 p.m. At 10:34 p.m. the Committee responded to the letter with the attached e-mail in which it states "Good evening. The Committee respectfully rejects your offer."

It is worthy of note that the Committee did not dispute any of the statements set forth in the letter regarding its lack of investigation regarding the very serious allegations that are set forth in its December 19, 2018 letter. Specifically, Mr. Fawkes indicated he didn't intend to file anything until he was contacted by the Founders. He also stated that he did not reach out to the Debtor or its counsel to check the veracity of the information he had been given by the Founders.

Yesterday's meeting was not the first time that Mr. Fawkes had received input from the Debtor that he did not have his "facts" correct. I attach my letter to him dated December 27, 2018 and his reply dated December 28, 2018.

From these documents, you will have a better picture of the acrimony between the Debtor and the creditor's committee. To date, the committee has not offered any alternative that will bring more assets to the table for the trade creditors. The Debtor looks forward to reaching an amicable settlement of the pending plan issues if it is possible. Dan and I look forward to answering any questions you may have for us.

 **AG & BUSINESS**
**LEGAL STRATEGIES**

Joseph A. Peiffer
Shareholder
P.O. Box 11425, Cedar Rapids, IA 52410-1425
1350 Boyson Road, Suite A-1, Hiawatha, IA 52233-2211
Phone: (319) 363-1641
Fax: (319) 200-2059
Toll Free: (844) 363-1641
*Please note new email address*
joe@ablsonline.com

**From:** Joe Peiffer (ABLS)
**Sent:** Wednesday, January 09, 2019 5:54 PM
**To:** 'Thomas R. Fawkes' <tomf@restructuringshop.com>
**Cc:** Lang, Robert H. <RHLang@thompsoncoburn.com>; Dan Childers (dchilders@elderkinpirnie.com) <dchilders@elderkinpirnie.com>; MPankow@BHFS.com; Hannah Hanser (ABLS) <hannah@ablsonline.com>; 'Norman McCowan' <norman.mccowan@verobluefarms.com>
**Subject:** 2019-01-09 Ltr to Fawkes re Extension.pdf

Dear Tom,
Please review this letter.



Joseph A. Peiffer
Shareholder
P.O. Box 11425, Cedar Rapids, IA 52410-1425
1350 Boyson Road, Suite A-1, Hiawatha, IA 52233-2211
Phone: (319) 363-1641
Fax: (319) 200-2059
Toll Free: (844) 363-1641
*Please note new email address*
joe@ablsonline.com

**ATTACHMENT A-19**

| Names Shares | | Shares | Paid | Date |
|---|---|---|---|---|
| SAILSTREET CAPITAL INC.- Sean Maniaci | CA | 750,000 | $0.00 | May-14 |

**ATTACHMENT A-20 [SAILSTREET SUBSCRIPTION AGREEMENT]**

TO:        VEROBLUE FARMS INC.

and to the directors thereof

The undersigned hereby subscribes for and agrees to take up 750,000 common shares in the capital of VeroBlue Farms Inc. and tenders herewith the sum of $0.75 in full payment of the subscription price for such shares.

The undersigned hereby requests that the said shares be allotted to the undersigned or to such persons as the undersigned may in writing direct, that such shares be issued as fully paid and non-assessable and that a certificate or certificates representing such shares be issued in the name of the undersigned or as the undersigned may, in writing, direct.

DATED as of the 18th day of September, 2014.

SAILSTREET CAPITAL INC.

Per: _____

Authorized Signing Officer

I have authority to bind the corporation

Legal*12486091.2

TO:        VEROBLUE FARMS INC.
           (the "**Corporation**")

           and to the directors thereof.

The undersigned, the Chief Executive Officer of the Corporation, hereby certifies that
the Corporation has duly received from Sailstreet Capital Inc. (the "**Shareholder**") the
sum of $0.75 pursuant to a subscription of shares dated as of the date hereof, which
$0.75 is the consideration for the issuance by the Corporation of 750,000 common
shares in the capital of the Corporation to the Shareholder as contemplated in a
resolution passed by the board of directors of the Corporation today.

           DATED as of the 18th day of September, 2014.


           _____
           Leslie Wulf

**ATTACHMENT A-21 [INVESTOR LIST]**

EQUITY                    EQUITY FINANCIAL TRUST COMPANY                Page    1
                              Effective: 06/08/2016

*   VEROBLUE FARMS INC
        CUSIP:
        ISIN:

*   Selection by Share Range:
        Holders who own at least 1.0000 shares are included.

*   Suppressed holders ARE included

*   Sort Criteria:
        ALPHABETIC

Certified by:

Report Run On 6/8/2016 At 1:07pm By LORI WINCHESTER

EQUITY FINANCIAL TRUST COMPANY                    Page      8
Effective: 06.08.2016

ISSUE: VEROBLUE FARMS INC                         VERO

| CCOUNT | NAME & ADDRESS | | HOLDINGS |
|---|---|---|---|
| 3 | BRIAN J. HOLM AND DEBRA A. HOLM<br>1055 FORTY OAKS DR<br>STORY CITY IA 50248<br>UNITED STATES | $0.90 | 39,000<br>0.115% |
| 4 | JESSICA HOY<br>412 BRYAN AVE<br>ROLAND IA 50236<br>UNITED STATES | $0.90 | 5,555<br>0.016% |
| 8 | SAILSTREET CAPITAL INC.<br>2100 - 40 KING STREET WEST<br>TORONTO ON M5H 3C2 | $0.000001 | 750,000<br>2.211% |
| | J2 FAMILY LP<br>1507 CAPITAL AVE.<br>SUITE 101<br>PLANO TX 75074<br>UNITED STATES | $0.000001 | 3,300,000<br>9.730% |
| 5 | DOUGLAS W. JACOBSON<br>3605 RIVER RD.<br>DAYTON IA 50530<br>UNITED STATES | $0.90 | 27,777<br>0.082% |
| 6 | K&M AG CONSTRUCTION INC.<br>340 MACKINLEY KANTOR DR<br>WESTER IA 50595<br>UNITED STATES | $0.90 | 27,778<br>0.082% |
| 4 | GERI KOHLHAAS<br>11 WEST FORK DR.<br>HUMBOLDT IA 50548<br>UNITED STATES | $0.50 | 350,000<br>1.032% |
| 6 | ASHLEY KAY LARSON<br>5203 NW 5TH ST.<br>ANKENY IA 50023<br>UNITED STATES | $0.000001 | 100,000<br>0.295% |
| | LAW HOLDINGS LLC<br>1507 CAPITAL AVE.<br>SUITE 101<br>PLANO TX 75074<br>UNITED STATES | $0.000001 | 3,600,000<br>10.615% |

Report Run On 6/8/2016 At 1:07pm By LORI WINCHESTER

EQUITY FINANCIAL TRUST COMPANY                    Page    9
Effective: 06/08/2016

==========================================================================

ISSUE: VEROBLUE FARMS INC                          VERO

| ACCOUNT | NAME & ADDRESS | | HOLDINGS |
|---------|----------------|---|----------|
| 3 | LEFT RAIL INVESTMENTS INC.<br>80 CARLAUREN ROAD - 23<br>ATTENTION: ANTHONY O. MANIACI<br>WOODBRIDGE ON L4L 7Z5 | $0.50 | 40,000<br>0.118% |
| | LOXLEY INVESTMENTS LLC<br>1507 CAPITAL AVE.<br>SUITE 101<br>PLANO TX 75074<br>UNITED STATES | $0.000001 | 300,000<br>0.885% |
| 13 | TERRY A. LYONS<br>2039 WEST 35TH AVE<br>VANCOUVER BC V6M 1J1 | $0.000001 | 200,000<br>0.590% |
| 8 | GREGORY MAHARRY &<br>JENNIFER MAHARRY<br>904 BANK STREET<br>WEBSTER CITY IA 50595<br>UNITED STATES | $0.50 | 70,000<br>0.206% |
| 6 | ROBERT MALLOY<br>P.O. BOX 128<br>GOLDFIELD IA 50542<br>UNITED STATES | $0.50 | 35,000<br>0.103% |
| 7 | CAROLINE MANESS<br>538 WOODLAND DR<br>GREENSBORO NC 27408<br>UNITED STATES | $0.90 | 22,222<br>0.066% |
| 2 | ANTHONY O. MANIACI<br>80 CARLAUREN ROAD - 23<br>WOODBRIDGE ON L4L 7Z5 | $0.50 | 40,000<br>0.118% |
| 7 | SEAN MANIACI<br>2100- 40 KING STREET WEST<br>TORONTO ON M5H 3C2 | $0.50 | 40,000<br>0.118% |
| 8 | ROGER MAYER<br>39907 FOOTHILL AVE<br>ST. AMSGAR IA 50472<br>UNITED STATES | $0.90 | 44,444<br>0.131% |

Report Run On 6/8/2016 At 1:07pm By LORI WINCHESTER



**CASSELS BROCK**
L A W Y E R S

March 20, 2019

**By E-mail to mattlaughlin@davisbrownlaw.com**

Matthew E. Laughlin
Davis Brown Koehn Shors & Roberts P.C.
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, IA 50309
USA

jbirch@casselsbrock.com
tel:  416.860-5225
fax:  416.640.3057

Dear Mr. Laughlin:

**Re:    VeroBlue Farms Inc.**

I am responding to your letter of February 12, 2019 addressed to Mark Bennett of our firm and also to your subsequent letters dated March 5 and 12, 2019 directed to me.

Your February 12 letter states that your law firm represents VeroBlue Farms USA Inc. ("**VB USA**"). At no time has Cassels Brock & Blackwell LLP represented that entity. At all relevant times in the past, this firm represented only VeroBlue Farms Inc., a corporation subsisting under the *Canada Business Corporations Act*. In light of the fact that your firm does not represent the former client of Cassels Brock & Blackwell LLP, we will not be providing to you any information relating to our firm's former engagement by that client, nor would a subsidiary of VeroBlue Farms Inc. have the authority to request such information.

Cassels Brock & Blackwell LLP is not a shareholder of VeroBlue Farms Inc. or VB USA.

The January 9 letter that was provided under cover of your letter dated February 12, 2019 clearly shows, on its face, that it was written by Mr. Maniaci solely in his capacity as shareholder of VeroBlue Farms Inc. We do acknowledge that such letter was written without the knowledge or authorization of management of this firm and, therefore, Mr. Maniaci's letter written in his personal capacity should not have been put on to our firm's letterhead.

In any event, we have reviewed Mr. Maniaci's January 9 letter and have concluded that nothing in such letter is defamatory or discloses confidential information of any client of our firm.

In light of the fact that VB USA does not have the authority to request information about VeroBlue Farms Inc., it is not our intention to provide you with any further information or documents.

**Cassels Brock & Blackwell LLP**    2100 Scotia Plaza, 40 King Street West, Toronto Canada  M5H 3C2
tel 416 869 5300   fax 416 360 8877   www.casselsbrock.com

ATTACHMENT A-22

**CASSELS BROCK**
L A W Y E R S

Page 2

Yours truly,

Cassels Brock & Blackwell LLP

John N. Birch
Services provided through a Professional Corporation

JNB/ph

ADMIN*2771848.2