UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: <br> VeroBlue Farms USA, Inc. | Bankruptcy No: <br> 18-01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. | Adversary No. 19-09015 |
| Plaintiff(s). | |
| vs. | |
| Cassels Brock & Blackwell LLP | |
| Defendant(s). | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears as Counsel for Cassels Brock & Blackwell LLP, in the adversary proceeding entitled above and pursuant to Bankruptcy Rule 9010, and demands that all notices given or required to be given in this bankruptcy proceeding and all papers served or required to be served in this bankruptcy proceeding be given to and served upon the following at the addresses and telephone numbers set forth below.

>   Michael D. Schwartz, Esq.
>   Brandon M. Schwartz, Esq.
>   Schwartz Law Firm
>   600 Inwood Ave. N., #130
>   Oakdale, MN 55128
>   651-528-6800
>   651-528-6450 FAX
>   mschwartz@mdspalaw.com
>   bschwartz@mdspalaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation,

notice of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed with regard to the above-referenced bankruptcy proceeding.

Dated: June 3, 2019

**SCHWARTZ LAW FIRM**

 */s/ Brandon M. Schwartz*
Michael D. Schwartz, AT0013972
Brandon M. Schwartz, AT0011248
600 Inwood Avenue N.
Suite 130
Oakdale, MN 55128
(651) 528-6800
Mschwartz@mdspalaw.com
Bschwartz@mdspalaw.com

Counsel for Cassels Brock & Blackwell LLP

Certificate of Service: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing. */s/ Katherine Grenell*