UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br>VeroBlue Farms USA, Inc. | Bankruptcy No:<br>18-01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. | Adversary No. 19-09015 |
| Plaintiff(s). | |
| vs. | |
| Cassels Brock & Blackwell LLP | |
| Defendant(s). | |

**REQUEST PURSUANT TO F.R.B.P. 7012**

PLEASE TAKE NOTICE that Cassels Brock & Blackwell LLP, a Canadian limited liability partnership[1], by and through its undersigned counsel, hereby files this Request for the Court to prescribe the time pursuant to F.R.B.P. 7012 for service of the Answer and/or Motion by Cassels Brock & Blackwell LLP to the Adversary Complaint Against Cassels Brock & Blackwell LLP (Doc. No. 3).

Cassels Brock & Blackwell LLP respectfully reserves all rights, claims and affirmative defenses regarding the validity of the service of process of the Adversary Complaint on Cassels Brock & Blackwell LLP, and all other rights, claims, and affirmative defenses, including jurisdiction.

---

[1] As acknowledged in the Adversary Complaint, Cassels Brock & Blackwell LLP is a Canadian limited liability partnership. *See* (Doc. No. 3, ¶ 8).

<table>
<tr><td>Dated: June 3, 2019</td><td>**SCHWARTZ LAW FIRM**</td></tr>
<tr><td></td><td>_/s/ Michael D. Schwartz_<br>Michael D. Schwartz, AT0013972<br>Brandon M. Schwartz, AT0011248<br>600 Inwood Avenue N.<br>Suite 130<br>Oakdale, MN 55128<br>(651) 528-6800<br>Mschwartz@mdspalaw.com<br>Bschwartz@mdspalaw.com<br>Local Counsel for Cassels Brock & Blackwell LLP</td></tr>
</table>

Certificate of Service: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing. */s/ Katherine Grenell*