# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Bankruptcy No: |
| VeroBlue Farms USA, Inc. | 18–01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. | Adversary No. 19–09015 |
| *Plaintiff(s)* | |
| vs. | |
| Cassels Brock & Blackwell LLP | |
| *Defendant(s)* | |

## NOTICE SETTING TELEPHONIC HEARING
## ON DEFENDANT'S REQUEST PURSUANT TO F.R.B.P. 7012 (DOC. 9)

TO:

| | |
|---|---|
| Joseph A. Peiffer, Attorney for Plaintiff(s) | 319–363–1641 |
| Brandon M. Schwartz, Attorney for Defendant(s) | 651–528–6800 |
| United States Trustee | |
| Robert H. Lang, Attorney for Plaintiff | 312–580–2242 |
| Dan Childers, Attorney for Plaintiff | 319–362–2137 |
| Michael Schwartz, Attorney for Defendant/Movant | 651–528–6800 |

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

*June 18, 2019 at 11:00 AM*

***ATTORNEY FOR MOVANT IS TO INITIATE THE TELEPHONE CALL.*** Parties should be ready and available to accept said call. The telephone number for Chambers is 319–286–2230.

*NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

MEGAN R. WEISS
Acting Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Date: June 5, 2019

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101