# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC.,<br><br>Debtor(s).<br><br>VEROBLUE FARMS USA, INC.,<br><br>Plaintiff(s).<br><br>vs.<br><br>CASSELS BROCK & BLACKWELL LLP<br><br>Defendant(s). | Chapter 11 Bankruptcy<br><br>Case No. 18-01297<br>Adversary Case No. 19-09015<br><br>**AGREED ORDER REGARDING DEFENDANT'S REQUEST PURSUANT TO F.R.B.P. 7012** |

The Parties, through their counsel of record, have informed the Court they have reached an agreement that Defendant will file an answer or motion regarding the complaint in the above captioned matter on or before July 15, 2019. In light of that agreement, the Defendant's request, filed on 6/3/19 (Doc #9), has been satisfied and is now moot. Therefore, the phone hearing set for June 18, 2019 at 11:00 a.m. shall be cancelled and removed from the Court's calendar.

Dated & Entered:
   June 17, 2019

_United States Bankruptcy Judge_

Order Prepared & Submitted by
Dan Childers  LI0007535
Attorney for Debtors