# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: <br> VeroBlue Farms USA, Inc. | Bankruptcy No: <br> 18–01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. <br> *Plaintiff(s)* | Adversary No. 19–09015 |
| vs. | |
| Cassels Brock & Blackwell LLP <br> *Defendant(s)* | |

## ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE

TO:

| | |
|---|---|
| Joseph A. Peiffer, Attorney for Plaintiff(s) | 319–363–1641 |
| Brandon M. Schwartz, Attorney for Defendant(s) | 651–528–6800 |
| United States Trustee | |
| Dan Childers, Attorney for Plaintiff | 319–362–2137 |
| Robert H. Lang, Attorney for Plaintiff | 312–580–2242 |
| Michael Schwartz, Attorney for Defendant | 651–528–6800 |

IT IS ORDERED that a telephonic scheduling conference will be held on:

### *August 16, 2019 at 01:30 PM*

All parties shall be prepared and available at the above date and time to accept a conference call ***to be placed by Joseph Peiffer, Attorney for Plaintiff.*** The telephone number for Chambers is 319–286–2230.

Prior to the date set for the conference, counsel shall, pursuant to F.R.Civ.P. 26(f), confer as to the nature and basis of their claims and defenses, the need for and scheduling of discovery, to make or arrange for disclosures required by F.R.Civ.P. 26(a)(1), to develop a discovery plan pursuant to F.R.Civ.P. 26(f) and to discuss the possibility of a prompt settlement or resolution of the case. Except as limited by F.R.Civ.P. 30(a), the parties may engage in discovery before the scheduling conference. The parties shall also discuss any issues about preserving, disclosing, and discovering electronically stored information.

Counsel shall orally report the discovery plan to the court at the scheduling conference.

At the scheduling conference, counsel shall be prepared to discuss the merits of claims and defenses. At the scheduling conference, the court may consider any motion filed and served at least 14 days prior to the conference.

ORDERED July 16, 2019

*[signature]*

Thad J. Collins
Bankruptcy Judge