IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11 Bankruptcy<br>Case No. 18-01297 |
| VEROBLUE FARMS USA, INC., VBF OPERATIONS, INC., VBF TRANSPORT, INC., VBF IP, INC., AND IOWA'S FIRST, INC.,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CASSELS BROCK & BLACKWELL LLP,<br><br>DEFENDANTS | Adversary Case. No. 19-09015 |

## **MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the undersigned attorney, Joseph A. Peiffer of AG & BUSINESS LEGAL STRATEGIES ("Attorney"), and hereby submits this Motion to Withdraw as Counsel for Debtor, VeroBlue Farms USA, Inc., stating as follows:

1. Debtor has informed counsel that it no longer wishes to employ attorney in this case.

2. Debtor will continue to be represented by Dan Childers of Elderkin & Pirnie, PLC who is fully informed about this case and there will not be any adverse impact on the Debtor-in-Possession.

WHEREFORE, Joseph A. Peiffer of AG & BUSINESS LEGAL STRATEGIES respectfully requests that this Court enter an order authorizing him to withdraw as counsel for the Debtor.

- 2 -

Dated this 16th day of July 2019.

        Respectfully submitted,

        AG & BUSINESS LEGAL STRATEGIES

        /s/ Joseph A. Peiffer
        Joseph A. Peiffer AT0006160
        P.O. Box 11425
        Cedar Rapids, Iowa 52410-1425
        Telephone: (319) 363-1641
        FAX: (319) 200-2059
        E-mail: joe@ablsonline.com
        ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of July 2019, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System. The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

        Signed: /s/ Jeffrey A. Brookens