IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>    DEBTORS. | Chapter 11 Bankruptcy<br>Case No. 18-01297 |
| VEROBLUE FARMS USA, INC., VBF OPERATIONS, INC., VBF TRANSPORT, INC., VBF IP, INC., AND IOWA'S FIRST, INC.,<br>    PLAINTIFFS,<br>vs.<br><br>CASSELS BROCK & BLACKWELL LLP,<br><br>    DEFENDANTS | Adversary Case. No. 19-09015 |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL (DOC. 16)**

The matter before the Court is Joseph A. Peiffer of Ag & Business Legal Strategies' Motion to Withdraw as Counsel (Doc. 16). Upon consideration of the Motion and the statements contained therein, the Court finds that good cause has been shown to grant the Motion to Withdraw as Counsel.

IT IS THEREFORE ORDERED that the Motion of Joseph A. Peiffer of Ag & Business Legal Strategies is granted.

Dated and Entered:

July 16, 2019

_____
United States Bankruptcy Judge
For the Northern District of Iowa

Order Prepared by:
Joseph A. Peiffer AT0006160
Ag & Business Legal Strategies
Attorney for Debtor