# EXHIBIT A

**Form 201**
**(Revised 05/11)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
**Filing Fee: $300**

### Certificate of Formation
### For-Profit Corporation

This space reserved for office use.

**F I L E D**
In the Office of the
Secretary of State of Texas

**JUL 29 2014**

**Corporations Section**

## Article 1 – Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

Opposing Flow Aquaculture, Inc.

The name must contain the word "corporation," "company," "incorporated," "limited" or an abbreviation of one of these terms.

## Article 2 – Registered Agent and Registered Office
### (See instructions. Select and complete either A or B and complete C.)

☐ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

**OR**

☒ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| John | E. | Rea | |
|------|-----|-----|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

C. The business address of the registered agent and the registered office address is:

| 1507 Capital Avenue, Suite 101 | Plano | TX | 75074 |
|--------------------------------|-------|-----|-------|
| *Street Address* | *City* | *State* | *Zip Code* |

## Article 3 – Directors
### (A minimum of 1 director is required.)

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are as follows:

| Director 1 | | | | | |
|------------|---|---|---|---|---|
| John | E. | Rea | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 1507 Capital Avenue, Suite 101 | Plano | | TX | 75074 | USA |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |


**RECEIVED**
JUL 29 2014
Secretary of State

4

Form 201

TX001BOC - 11/27/2013 WebFiler for SOSDirect: Filer Online

| Director 2 | | | | | |
|---|---|---|---|---|---|
| Jason | | Trainor | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 1507 Capital Avenue, Suite 101 | Plano | | TX | 75074 | USA |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

| Director 3 | | | | | |
|---|---|---|---|---|---|
| Sean | | Maniaci | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 1507 Capital Avenue, Suite 101 | Plano | | TX | 75074 | USA |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

## Article 4 – Authorized Shares

(Provide the number of shares in the space below, then select option A or option B, do not select both.)

The total number of shares the corporation is authorized to issue is:   5,000,000 common

☒ A. The par value of each of the authorized shares is:   $0.001

OR

☐ B. The shares shall have no par value.

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, the par value (or statement of no par value), and the preferences, limitations, and relative rights of each class in the space provided for supplemental information on this form.

## Article 5 – Purpose

The purpose for which the corporation is formed is for the transaction of any and all lawful business for which a for-profit corporation may be organized under the Texas Business Organizations Code.

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

TX001BOC - 11/27/2013 Wolters Kluwer Online

## Organizer

The name and address of the organizer:

James J. Muchmore
_____
*Name*

1700 Lincoln Street, Ste. 4700      Denver          CO      80203
_____
*Street or Mailing Address*          *City*           *State*    *Zip Code*

### Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date:  7 - 28 - 14
_____

_____
Signature of organizer

James J. Muchmore
_____
Printed or typed name of organizer