# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# PROCEEDING MEMO AND ORDER

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| VEROBLUE FARMS USA, INC., | ) | |
| | ) | |
|    Debtor. | ) | Bankruptcy No. 18-01297 |
| ---------------------------------------------- | | |
| VEROBLUE FARMS USA, INC., | ) | |
| | ) | |
|    Plaintiff, | ) | Adversary No. 19-9015 |
| vs. | ) | |
| | ) | |
| CASSELS BROCK & | ) | |
| BLACKWELL LLP, | ) | |
|    Defendant. | ) | |

Date of Hearing: August 2, 2019

APPEARANCES:

For Plaintiff:    Dan Childers and Robert Lang
For Defendant:  Brandon Schwartz and Michael Schwartz

NATURE OF PROCEEDING:    \_\_\_ In Court    _X_ Telephonic

Motion to Strike and to Seal Portions of Complaint

IT IS ORDERED THAT:

That the Complaint will be put under seal for a period of 60 days from the date of hearing. At that time, this can be reset for a status conference upon request of either party. Further, Defendant is directed to answer the Complaint in full within 14 days of the date of hearing.

Dated and Entered   August 2, 2019

                                                      Thad J. Collins, Bankruptcy Judge