IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
**PROCEEDING MEMO AND ORDER**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| VEROBLUE FARMS USA, INC., | ) | |
| | ) | |
| Debtor. | ) | Bankruptcy No. 18-01297 |
| --------------------------------------------- | | |
| VEROBLUE FARMS USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 19-9015 |
| vs. | ) | |
| | ) | |
| CASSELS BROCK & | ) | |
| BLACKWELL LLP, | ) | |
| Defendant. | ) | |

NATURE OF PROCEEDING:

  Scheduling Conference

IT IS ORDERED THAT:

The parties filed a Rule 26(f) Report on August 15, 2019 setting forth all the deadlines the parties agreed to in this adversary order.   The discovery deadline is December 31, 2019 with the Joint Pretrial Statement due 30 days thereafter.   A status conference will be held to set a trial date after the Joint Pretrial Statement is filed.

The Scheduling Conference set for 1:30 p.m. on August 16, 2019 is cancelled and removed from the Court's calendar.

Dated and Entered   August 16, 2019

_____
Thad J. Collins, Bankruptcy Judge