IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11<br>Case No. 18-01297 |
| VEROBLUE FARMS USA, INC., *et al.*,<br><br>PLAINTIFFS<br><br>vs.<br><br>CASSELS BROCK & BLACKWELL LLP<br><br>DEFENDANTS. | Adversary No. 19-09015<br><br>**MOTION TO AMEND COMPLAINT TO RECOVER FRAUDULENT CONVEYANCE** |

Plaintiffs, VeroBlue Farms USA, Inc, *et al*, ("VBF") by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. ("FRCP") 15, applicable to this adversary proceeding by Fed. R. Bankr. P. ("FRBP") 7015, hereby seek leave to amend their Complaint to Recover Fraudulent Conveyance in the above-captioned adversary proceeding, and in support of this Motion, respectfully state:

1. Plaintiffs filed their initial complaint in this adversary proceeding on March 27, 2019. Defendant, Cassels, filed an answer on July 15, 2019 and amended their answer on August 16, 2019.

2. Amendments to pleadings are to be liberally granted "when justice so requires." FRCP 15(a). According to the Supreme Court of the United States:

> In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of

allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'

*Foman v. Davis*, 371 U.S. 178, 182 (1962).

3. A copy of the proposed Amended Complaint is attached hereto as EXHIBIT A, and by this reference incorporated herein.

4. It is in the interest of justice to allow this amendment and Plaintiffs are not bringing this motion for an improper purpose. Rather, as in *Forman*, Plaintiffs seek to state an alternative theory for recovery and ought to be granted the opportunity to test their claim on the merits. *Id.*

5. The Alternative pleading Plaintiffs seek to assert arises from Defendant's asserted defense.

6. Pleadings close on September 30, 2019. Therefore, the proposed Amendment is timely filed.

7. This case is still in the discovery phase and the allowance of this motion will not prejudice the Defendants. Discovery may be extended without prejudice to any party.

WHEREFORE, the Plaintiffs, VBF, respectfully request that the Court grant their leave to amend their Complaint and enter an Order deeming the attached Amended Complaint filed as of the date of the filing of this Motion, and for such further relief as may be just and proper under the circumstances.

Respectfully submitted,

**VEROBLUE FARMS USA, INC**

/s/ Robert H. Lang
One of its Attorneys

Dan Childers
Elderkin & Pirnie
316 Second St. SE
Suite 124
PO Box 1968
Cedar Rapids, IA 52401

Robert H. Lang
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, IL 60603
312-346-7500 (main)
rhlang@thompsoncoburn.com
rmariotti@thompsoncoburn.com

319-362-2137 (main)  
Dchilders@elderkinpirnie.com

cpritikin@thompsoncoburn.com  
eboyleperich@thompsoncoburn.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that a copy of this document was served upon, mailed, or delivered to counsel of record, debtor and other parties of interest listed below via the Court's electronic noticing system or via first class mail in compliance with Bankruptcy Rules 7004 and 9014 on the _____ day of September, 2019.

                                Signed: _____
                                An Employee of
                                Elderkin & Pirnie, P.L.C.