# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11<br>Case No. 18-01297<br><br>**EXHIBIT A: DEBTORS' AMENDED ADVERSARY COMPLAINT** |
| VEROBLUE FARMS USA, INC., *et al.*,<br><br>PLAINTIFFS<br><br>vs.<br><br>CASSELS BROCK & BLACKWELL LLP<br><br>DEFENDANTS. | Adversary No. 19-09015 |

Plaintiff, VeroBlue Farms USA, Inc., has served Exhibit A: Debtor's Amended Adversary Complaint to the attorneys of record for the Defendants via email.

Plaintiffs will file their Amended Adversary Complaint if and when the order is approved and, if appropriate, under seal.

**Dated: September _____, 2019**

                                              Respectfully submitted,

                                              ELDERKIN & PIRNIE, P.L.C.

/s/ Dan Childers
Dan Childers    LI0007535
316 Second Street SE, Suite 124
P.O. Box 1968
Cedar Rapids, IA  52406-1968
Phone:  (319) 362-2137
dchilders@elderkinpirnie.com
Attorneys for the Debtor-In-Possession