# Michael Schwartz

**From:** Lang, Robert H. <RHLang@thompsoncoburn.com>
**Sent:** Tuesday, October 01, 2019 6:52 PM
**To:** Michael Schwartz
**Cc:** 'Dan Childers'
**Subject:** RE: VeroBlue/Cassels Brock

Counsel-our apologies, but we will need another week or so, to 10/10/19.

**Robert H. Lang**
rhlang@thompsoncoburn.com
P: 312.580.2242
F: 312.580.2201
M: 312.489.3025

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

**From:** Lang, Robert H.
**Sent:** Sunday, September 15, 2019 4:07 PM
**To:** 'Michael Schwartz' <MSchwartz@mdspalaw.com>
**Cc:** Dan Childers <dchilders@elderkinpirnie.com>
**Subject:** VeroBlue/Cassels Brock

Counsel-we need an extension to respond to Defendants' interrogatories and document requests, to October 1, 2019. Thank you for your anticipated courtesy.

**Robert H. Lang**
rhlang@thompsoncoburn.com
P: 312.580.2242
F: 312.580.2201
M: 312.489.3025

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.



EXHIBIT 4

1