# Michael Schwartz

**From:** Michael Schwartz
**Sent:** Monday, October 14, 2019 10:35 AM
**To:** 'Lang, Robert H.'
**Cc:** 'Dan Childers'; Brandon Schwartz; Jessie Revalee
**Subject:** RE: VeroBlue/Cassels Brock

Counsel

Plaintiffs/Debtors have not timely responded to Defendant's Interrogatories.
Pursuant to the rules, all objections have been waived.

Plaintiffs/Debtors have not timely responded to Defendant's Request for Production of Documents.
Pursuant to the rules, all objections have been waived.

If full and complete answers to interrogatories, without objections,
are not received by close of business today,
a motion to compel will be filed.

If full and complete responses to request for production of documents,
without objections,
are not received by close of business today,
a motion to compel will be filed.

I note that while Plaintiffs/Debtors did not find time to fulfill their discovery obligations,
they did find time to
serve 27 interrogatories,
serve 27 request for production of documents,
serve 48 request for admissions,
serve 10 subpoenas without consulting with opposing counsel regarding available dates, and
serve to notices of deposition without consulting with opposing counsel regarding available dates.

This unprofessional conduct is not in keeping with the professionalism I have experienced
in dealing with other opposing counsel in multiple other cases in Iowa.

Michael D. Schwartz
Schwartz Law Firm
600 Inwood Avenue N.
Suite 130
Oakdale, MN 55128

Phone 651-528-6800
Fax    651-528-6450
Cell   612-810-2996
Email  michael@mdspalaw.com
Website *schwartzlawfirmpa.com*

EXHIBIT 5

1





LIFE MEMBER
MILLION DOLLAR ADVOCATES FORUM
MULTI-MILLION DOLLAR ADVOCATES FORUM
The Top Trial Lawyers In America™

**From:** Lang, Robert H. [mailto:RHLang@thompsoncoburn.com]
**Sent:** Tuesday, October 01, 2019 6:52 PM
**To:** Michael Schwartz
**Cc:** 'Dan Childers'
**Subject:** RE: VeroBlue/Cassels Brock

Counsel-our apologies, but we will need another week or so, to 10/10/19.


**Robert H. Lang**
rhlang@thompsoncoburn.com
P: 312.580.2242
F: 312.580.2201
M: 312.489.3025

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

**From:** Lang, Robert H.
**Sent:** Sunday, September 15, 2019 4:07 PM
**To:** 'Michael Schwartz' <MSchwartz@mdspalaw.com>
**Cc:** Dan Childers <dchilders@elderkinpirnie.com>
**Subject:** VeroBlue/Cassels Brock

Counsel-we need an extension to respond to Defendants' interrogatories and document requests, to October 1, 2019. Thank you for your anticipated courtesy.



**Robert H. Lang**
rhlang@thompsoncoburn.com
P: 312.580.2242
F: 312.580.2201
M: 312.489.3025

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.