UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Bankruptcy No: |
| VeroBlue Farms USA, Inc. | 18-01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. | Adversary No. 19-09015 |
| Plaintiff(s). | |
| vs. | |
| Cassels Brock & Blackwell LLP | |
| Defendant(s). | |

**AFFIDAVIT OF MICHAEL D. SCHWARTZ IN COMPLIANCE WITH LOCAL RULE 37**

| | |
|---|---|
| STATE OF MINNESOTA | ) |
| | )ss |
| COUNTY OF WASHINGTON | ) |

Michael D. Schwartz, CPA, ABV, MBA being duly sworn upon oath, states, alleges and verifies as follows:

1. I am one of the attorneys representing Cassels Brock & Blackwell LLP and hereby submit this Affidavit in compliance with Local Rule 37.

2. As set forth in Cassels Brock & Blackwell LLP's Motion for Protective Order and to Quash Subpoenas filed contemporaneously herewith, Debtors VeroBlue Farms USA, Inc., VBF Operations, Inc., VBF Transport, Inc., VBF IP, Inc. and Iowa's First, Inc. (collectively "Debtors") served ten (10) separate subpoenas on October 7, 2019 on Kenneth Lockard, Jeff Nelson, Mark

Nelson, Goldstein & McClintock LLP, Horwood Marcus & Berk, James A. Rea, John Rea, Bruce Hall, Leslie A. Wulf and Aaron Hammer (collectively "Subpoenas").

3. The Subpoenas have varying dates of production and for depositions, however, the first round of production of documents called for under the Subpoenas is tomorrow, October 18, 2019 (*see* **Exhibits H-J** of the Motion filed contemporaneously herewith).

4. On October 16, 2019, I emailed counsel for Debtors asking to meet-and-confer today, October 17, 2019 on the subpoenas.

5. On October 17, 2019, counsel for Debtors stated that he was not available for a meet-and-confer until "Tuesday afternoon", presumably October 22, 2019.

6. Because the Subpoenas demand disclosure on October 18, 2019, prior to the first available date for Debtors' counsel to meet-and-confer, the Motion for Protective Order and to Quash Subpoenas was necessarily filed today to protect the rights and interests of Cassels and the subpoenaed individuals – each of whom is not a party to this adversary proceeding.

Further your affiant sayeth naught.

Dated: October 17, 2019         /s Michael D. Schwartz
                                Michael D. Schwartz

Subscribed and sworn to before me
this 17th day of October, 2019.

/s Jessie J. Revalee
Notary Public – Minnesota
My Commission Expires 01/31/21

Certificate of Service: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing. */s/ Jessie Revalee*

2