UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: <br> VeroBlue Farms USA, Inc. | Bankruptcy No: <br> 18-01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. | Adversary No. 19-09015 |
| Plaintiff(s). | |
| vs. | |
| Cassels Brock & Blackwell LLP | |
| Defendant(s). | |

**AFFIDAVIT OF MICHAEL D. SCHWARTZ IN
COMPLIANCE WITH LOCAL RULE 37**

STATE OF MINNESOTA      )
                                              )ss
COUNTY OF WASHINGTON  )

Michael D. Schwartz, CPA, ABV, MBA being duly sworn upon oath, states, alleges and verifies as follows:

1. I am one of the attorneys representing Cassels Brock & Blackwell LLP and hereby submit this Affidavit in compliance with Local Rule 37.

2. As set forth in Cassels Brock & Blackwell LLP's Motion to Compel Pursuant to Fed. R. Bank. R. 7015 and Fed. R. Civ. P. 37 (Doc. No. 31, ¶ 10), prior to the filing of the Motion, Cassels met its meet-and-confer obligations of Local Rule 37.

3. After the second of two extensions expired and Cassels filed its Motion to Compel, Debtors served "Debtors' Answers to Defendant's First Set of Interrogatories" on Tuesday, October 15, 2019 at 1:15 PM, a true and correct copy is attached to this Affidavit as **Exhibit A**.

4. The purported answers object to every interrogatory and provided no factual information beyond the minimal information provided in the Debtors' Initial Disclosures.

5. Debtors' counsel describes the evasive and deficient answers as "extensive and complete" in an email dated October 17, 2019 at 12:08 p.m. Debtors' counsel stated they were unavailable to discuss their evasive and efficient discovery responses until "Tuesday afternoon" or "Wednesday", not specifying which week they were referring to, but presumably October 22 or 23, 2019.

6. After the second of two extensions expired and Cassels filed its Motion to Compel, Debtors was served "Debtors' Response to Defendant's First Requests For Production" on Tuesday, October 15, 2019 at 1:15 p.m.  A true and correct copy is attached to Affidavit as **Exhibit B**. While Debtors state that they "will produce documents", no documents were produced with the response and to date no documents have been produced.

7. For the reasons more fully set forth in Cassels' Motion to Compel, Cassels' Motion to Compel should be granted in its entirety.

Further your affiant sayeth naught.

Dated: October 17, 2019                                 /s Michael D. Schwartz
                                                        Michael D. Schwartz


Subscribed and sworn to before me
this 17th day of October, 2019.

/s Jessie J. Revalee
Notary Public – Minnesota
My Commission Expires 01/31/21

2

Certificate of Service: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing. */s/ Jessie Revalee*