# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Bankruptcy No: |
| VeroBlue Farms USA, Inc. | 18–01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. | Adversary No. 19–09015 |
| *Plaintiff(s)* | |
| vs. | |
| Cassels Brock & Blackwell LLP | |
| *Defendant(s)* | |

## NOTICE SETTING TELEPHONIC HEARING
## ON DEFENDANT'S MOTION TO COMPEL (DOC. 31) AND MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS (DOC. 32)

TO:
| | |
|---|---|
| Dan Childers, Attorney for Plaintiff(s) | 319–362–2137 |
| Brandon M. Schwartz, Attorney for Defendant(s) | 651–528–6800 |
| United States Trustee | |
| Robert H. Lang, Attorney for Plaintiff | 3125802242 |
| Michael D. Schwartz, Attorney for Defendant | 6515286800 |

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

**October 25, 2019 at 11:30 AM**

***ATTORNEY FOR PLAINTIFF IS TO INITIATE THE TELEPHONE CALL.*** Parties should be ready and available to accept said call. The telephone number for Chambers is 319−286−2230.

*NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:

Date: October 18, 2019

*Danielle Cripe*

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101