IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

**PROCEEDING MEMO AND ORDER**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| VEROBLUE FARMS USA, INC., ) | |
| ) | Bankruptcy No. 18-01297 |
|     Debtor. ) | |

---

| | |
|---|---|
| VEROBLUE FARMS USA, INC., ) | |
|     Plaintiff, ) | |
| ) | Adversary No. 19-9015 |
| v. ) | |
| ) | |
| CASSELS BROCK & BLACKWELL, LLP,) | |
|     Defendant. ) | |

Date of Hearing:   October 25, 2019

APPEARANCES:

For Debtor: Dan Childers and Robert Lang
For Parties-In-Interest: Brandon Schwartz and Michael Schwartz for Cassels Brock & Blackwell LLP

NATURE OF PROCEEDING:          ___ In Court     _X_ Telephonic

 Motion to Amend filed by Plaintiff

IT IS ORDERED THAT:

Debtor's Motion to Amend is GRANTED.

Dated and Entered   October 25, 2019

_____
Thad J. Collins, Bankruptcy Judge