IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
**PROCEEDING MEMO AND ORDER**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| VEROBLUE FARMS USA, INC., ) | |
| ) | Bankruptcy No. 18-01297 |
| Debtor. ) | |

---

| | |
|---|---|
| VEROBLUE FARMS USA, INC., ) | |
| Plaintiff, ) | |
| ) | Adversary No. 19-9015 |
| v. ) | |
| ) | |
| CASSELS BROCK & BLACKWELL, LLP, ) | |
| Defendant. ) | |

Date of Hearing:   October 25, 2019

APPEARANCES:

For Debtor: Dan Childers and Robert Lang
For Parties-In-Interest: Brandon Schwartz and Michael Schwartz for Cassels Brock & Blackwell LLP

NATURE OF PROCEEDING:        ___ In Court    _X_ Telephonic

   1. __Motion to Compel Discovery (Doc. 31)__
   2. __Motion for Protective Order and to Quash Subpoenas (Doc. 32)__

IT IS ORDERED THAT:

A status conference on all pending Motions is set for

**November 15, 2019 at 11:45 a.m.**

by telephone conference call.   ATTORNEY FOR DEFENDANT IS TO INITIATE THE TELEPHONE CALL.   THIS HEARING WILL BE DIGITALLY RECORDED.

Dated and Entered   October 25, 2019

_____
Thad J. Collins, Bankruptcy Judge