# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br>VeroBlue Farms USA, Inc. | Bankruptcy No:<br>18–01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc.<br>*Plaintiff(s)* | Adversary No. 19–09015 |
| vs. | |
| Cassels Brock & Blackwell LLP<br>*Defendant(s)* | |

## NOTICE SETTING TELEPHONIC STATUS CONFERENCE RE: PLAINTIFF'S MOTION TO DEEM ADMITTED (DOCKET 47)

TO:
| | |
|---|---|
| Dan Childers, Attorney for Plaintiff(s) | 319–362–2137 |
| Brandon M. Schwartz, Attorney for Defendant(s) | 651–528–6800 |
| United States Trustee | |

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

**February 20, 2020 at 10:30 AM**

***ATTORNEY FOR PLAINTIFF IS TO INITIATE THE TELEPHONE CALL.*** Parties should be ready and available to accept said call. The telephone number for Chambers is 319–286–2230.

*NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:

*Som Many Grigg*

Date: January 30, 2020                                                Deputy Clerk

United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101