# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br>VeroBlue Farms USA, Inc. | Bankruptcy No:<br>18–01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc.<br>*Plaintiff(s)* | Adversary No. 19–09015 |
| vs. | |
| Cassels Brock & Blackwell LLP<br>*Defendant(s)* | |

## NOTICE SETTING TELEPHONIC HEARING
## ON PLAINTIFF'S MOTION TO COMPEL AGAINST DEFENDANT (DOC. 49)

TO:
| | |
|---|---|
| Dan Childers, Attorney for Plaintiff(s) | 319–362–2137 |
| Brandon M. Schwartz, Attorney for Defendant(s) | 651–528–6800 |
| United States Trustee | |
| Robert Lang, Attorney for Plaintiff | 312–580–2242 |
| Michael Schwartz, Attorney for Plaintiff | 651–528–6800 |

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

**February 20, 2020 at 10:30 AM**

***ATTORNEY FOR PLAINTIFF IS TO INITIATE THE TELEPHONE CALL.*** Parties should be ready and available to accept said call. The telephone number for Chambers is 319–286–2230.

*NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:
*Danielle Cripe*

Date: February 14, 2020

Deputy Clerk  
United States Bankruptcy Court  
Northern District of Iowa  
111 Seventh Avenue SE Box 15  
Cedar Rapids, IA 52401–2101