IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11<br>Case No. 18-01297<br><br>**MOTION TO RESET HEARING ON PLAINTIFFS' MOTION TO DEEM ADMITTED** |
| VEROBLUE FARMS USA, INC., *et al.*,<br><br>PLAINTIFFS<br><br>vs.<br><br>CASSELS BROCK & BLACKWELL LLP<br><br>DEFENDANTS. | Adversary No. 19-09015 |

The Debtors, VeroBlue Farms USA, Inc, *et al.*, ("Plaintiffs"), comprised of VeroBlue Farms USA, Inc. ("VBF"), VBF Operations, Inc. ("VBF Ops"), VBF Transport, Inc. ("VBF Transport"), VBF IP, Inc. ("VBP IP") and Iowa's First, Inc. ("Iowa's First"), by and through their counsel, and for their Motion to Reset Hearing On Plaintiffs' Motion to Deem Admitted state:

1. Plaintiffs filed Plaintiffs' Motion to Deem Admitted (Docket 47) on January 6, 2020, which requested the Court to deem admitted certain insufficient answers to the Amended Complaint or alternatively to require Defendant to replead the same.

2. On January 30, 2020, the Court entered an order (Docket 48) setting "Plaintiffs' Motion to Deem Admitted (Docket 47)" for hearing on February 20, 2020, at 10:30 AM.

3. Plaintiffs also filed a Motion to Compel Against Defendant (Docket 49) on February 12, 2020. This motion included requests to deem admitted Plaintiffs' discovery requests for admission.

4. On February 14, 2020, the Court entered an order scheduling "Plaintiffs' Motion to Compel Against Defendant (Docket 49") at the same time as the hearing for the Motion to Deem Admitted, on February 20, 2020, at 10:30 AM.

5. Following the hearing, the Court entered its Memorandum and Order Re Motion to Deem Admitted and Motion to Compel Discovery (Docket 53). This Order addressed Plaintiff's request to deem admitted Plaintiff's requests for admission.

6. Plaintiffs' Motion to Deem Admitted as to certain insufficient answers to the Amended Complaint (Docket 47) has not been ruled on.

WHEREFORE, Plaintiffs respectfully request the Court to reset a hearing for Plaintiffs' Motion to Deem Admitted (Docket 47) which pertains to Defendant's insufficient answers.

Respectfully submitted,

**VeroBlue Farms USA, Inc., VBF Operations, Inc., VBF Transport, Inc., VBF IP, Inc., and Iowa's First, Inc.**

BY: /s/ Dan Childers
One of their Attorneys

Dan Childers
Elderkin & Pirnie, PLC
316 Second Street SE, Suite 124
Cedar Rapids, IA 52406 319-362-2137(main)
Dchilders@elderkinpirnie.com

BY: /s/ Robert H. Lang
One of Their Attorneys

Robert H. Lang
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, IL 60603 312-346-7500(main)
rhlang@thompsoncoburn.com

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on the 20th day of March, 2020 a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

Signed: /s/ Melissa Peyton