## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11<br>Case No. 18-01297<br><br>**APPEARANCE AND REQUEST**<br>**FOR NOTICE** |
| VEROBLUE FARMS USA, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Cassels Brock & Blackwell LLP<br><br>        Defendants. | Adversary No. 19-09015 |

Attorney Laura Moon Williams of Elderkin & Pirnie, PLC hereby enters her appearance on behalf of the Plaintiff, Debtor, VeroBlue Farms USA, Inc., pursuant to Fed. R. Bankr. P. 9010 and requests notice given or required to be given in this proceeding and all papers served or required to be served in this proceeding be given to and served upon the undersigned at the address and telephone number indicated below.

This request includes, without limitation, notice of any order, application, complaint, demand, hearing, motion, petition, pleading or request, and any other document brought before this Court in this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed electronically or by mail, delivery, telephone, facsimile, or otherwise.

Dated this 25th day of March, 2020.

Respectfully submitted,

ELDERKIN & PIRNIE, P.L.C.

/s/ Laura Moon Williams
Laura Moon Williams AT0014138
316 Second Street SE, Suite 124
P.O. Box 1968
Cedar Rapids, IA  52406-1968
Phone:  (319) 362-2137
LMWilliams@elderkinpirnie.com
ATTORNEY FOR DEBTORS


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the March 25, 2020 a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

Signed: /s/ Sara Trenkamp