UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: <br> VeroBlue Farms USA, Inc. | Bankruptcy No: <br> 18-01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. | Adversary No. 19-09015 |
| Plaintiff(s). | |
| vs. | |
| Cassels Brock & Blackwell LLP | |
| Defendant(s). | |

## AFFIDAVIT OF MICHAEL D. SCHWARTZ

STATE OF MINNESOTA )
)ss
COUNTY OF WASHINGTON )

Michael D. Schwartz being duly sworn upon oath, states, alleges and verifies as follows:

1. I am one of the attorneys representing Cassels Brock & Blackwell LLP in the above-captioned action.

2. Attached hereto as **Exhibit A** is a true and correct copy of Disclosure Statement For The Amended Joint Chapter 11 Plan of Reorganization of VeroBlue Farms USA Inc. and It's Affiliated Debtors filed in the United States Bankruptcy Court for the Northern District of Iowa in Case No. 18-01297.

3. Attached hereto as **Exhibit B** is a true and correct copy of 18 USCA § 2511.

4. Attached hereto as **Exhibit C** is a true and correct copy of V.T.C.A. Penal Code § 16.02.

5. Attached hereto as **Exhibit D** is a true and correct copy of I.C.A. § 808B.2.

6. Attached hereto as **Exhibit E** is a true and correct copy of Doc. No. 227 in Case 3:19-cv-00764 filed on behalf of Bjorn Thelander by Attorney Robert H. Lang, the attorney representing the Plaintiffs in the above-captioned matter. In particular, pages 5-9 address lack of personal jurisdiction.

7. Attached hereto as **Exhibit F** is a true and correct copy of Doc. No. 271 in Case 3:19-cv-00764 filed on behalf of Bjorn Theland by Attorney Robert H. Lang, the attorney representing the Plaintiffs in the above-captioned matter. In particular, pages 1-5 address lack of personal jurisdiction.

Further your affiant sayeth naught.

Dated: March 31, 2020

_____
Michael D. Schwartz

Subscribed and sworn to before me
this 31st day of March, 2020.

_____

JESSICA J REVALEE
NOTARY PUBLIC
STATE OF MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2021

Certificate of Service: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing. /s/ Michael D. Schwartz

2