# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br>VeroBlue Farms USA, Inc. | Bankruptcy No:<br>18–01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc.<br>*Plaintiff(s)* | Adversary No. 19–09015 |
| vs. | |
| Cassels Brock & Blackwell LLP<br>*Defendant(s)* | |

## NOTICE SETTING TELEPHONIC HEARING
## ON DEFENDANT'S MOTION TO DISMISS (Doc. 60)

TO:

| | |
|---|---|
| Dan Childers, Attorney for Plaintiff(s) | 319–362–2137 |
| Brandon M. Schwartz, Attorney for Defendant(s) | 651–528–6800 |
| United States Trustee | |
| Robert Lang, Attorney for Plaintiff | 312–580–2242 |
| Laura Moon Williams, Attorney for Plaintiff | 319–362–2137 |
| Michael Schwartz, Attorney for Defendant | 651–528–6800 |

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

**April 2, 2020 at 02:00 PM**

***ATTORNEY FOR PLAINTIFF IS TO INITIATE THE TELEPHONE CALL.*** Parties should be ready and available to accept said call. The telephone number for Chambers is 319–286–2230.

The hearing will be held in conjunction with the previously scheduled hearing on Plaintiff's Motion to Reset Hearing on Plaintiff's Motion to Deem Admitted.

*NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

MEGAN R. WEISS
Clerk, Bankruptcy Court

by:

*Danielle Cripe*

Date: April 1, 2020

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101