IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11<br>Case No. 18-01297<br><br>**MOTION TO SET HEARING FOR PLAINTIFFS' MOTION TO DEEM ADMITTED AND MOTION FOR CONTEMPT** |
| VEROBLUE FARMS USA, INC., *et al.*,<br><br>PLAINTIFFS<br><br>vs.<br><br>CASSELS BROCK & BLACKWELL LLP<br><br>DEFENDANTS. | Adversary No. 19-09015 |

The Debtors, VeroBlue Farms USA, Inc, *et al.*, ("Plaintiffs"), comprised of VeroBlue Farms USA, Inc. ("VBF"), VBF Operations, Inc. ("VBF Ops"), VBF Transport, Inc. ("VBF Transport"), VBF IP, Inc. ("VBP IP") and Iowa's First, Inc. ("Iowa's First"), by and through their counsel, and for their Motion to Set Hearing state:

1. On April 9, 2020, Plaintiffs filed their Reply in Support of Motion to Deem Admitted, which is now fully briefed (Docket 66).

2. On April 9, 2020, Plaintiffs also filed their Motion for Contempt (Docket 67), seeking Defendant's compliance with the Court's February 21, 2020 Order granting Debtors' motion to compel Defendant to provide discovery that has been outstanding for months.

3. Plaintiffs conferred with Defendant regarding its availability for a hearing on these matters. Both parties are available April 28th, April 29th, and April 30th.

4. Defendant requested Plaintiffs agree that Defendant's Motion to Stay (Docket 68) be set for hearing at the same time as Plaintiffs' motions. Plaintiffs resist Defendant's request because Defendant's Motion was only recently filed (the night of April 17) and seeks to now stay all discovery (even that which was ordered by the Court's February 21, 2020 order) and therefore appears to essentially be Defendant's response to Plaintiffs' Motion for Contempt..

WHEREFORE, Plaintiffs respectfully request the Court to schedule a hearing on Plaintiffs' Motion to Deem Admitted (Docket 47) and Plaintiffs' Motion for Contempt (Docket 67) on April 28th, April 29th, or April 30th.

Respectfully submitted,

**VeroBlue Farms USA, Inc., VBF Operations, Inc., VBF Transport, Inc., VBF IP, Inc., and Iowa's First, Inc.**

BY: /s/ Dan Childers
One of their Attorneys

Dan Childers
Elderkin & Pirnie, PLC
316 Second Street SE, Suite 124
Cedar Rapids, IA 52406 319-362-2137(main)
Dchilders@elderkinpirnie.com

BY: /s/ Robert H. Lang
One of Their Attorneys

Robert H. Lang
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, IL 60603 312-346-7500(main)
rhlang@thompsoncoburn.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of April, 2020 a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

Signed: /s/ Laura Moon Williams