# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Bankruptcy No: |
| VeroBlue Farms USA, Inc. | 18-01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. | Adversary No. 19-09015 |
| Plaintiff(s). | |
| vs. | |
| Cassels Brock & Blackwell LLP | |
| Defendant(s). | |

## MOTION TO SET HEARING FOR DEFENDANT'S MOTION (DOC. NO. 68)

PLEASE TAKE NOTICE that Cassels Brock & Blackwell LLP, a Canadian limited liability partnership ("Cassels"), by and through its undersigned counsel, hereby files the following Motion to Set Hearing:

1. On April 17, 2020, Cassels filed its Motion to Stay Discovery Pending Resolution of the Motion to Dismiss (Doc. No. 60) and for Clarification of Memorandum and Order re Motion to Deem Admitted and Motion to Compel Discovery (Doc. No. 53). (Doc. No. 68).

2. Plaintiffs have requested that Doc. No. 47 and Doc. No. 67 be heard on April 28th, April 29th or April 30th.

3. In advance of a hearing on April 28th, April 29th, or April 30th, Cassels will have responded to Doc. No. 67 and Plaintiffs will have had adequate opportunity to respond to Doc. No. 68.

4. To conserve the Court's and the parties' resources, it makes judicial and financial sense to have Doc. Nos. 47, 67, and 68 heard and considered at the same time.

5. This Motion is filed with a full reservation of rights as it relates to Cassels' assertion that this Court lacks jurisdiction over it as set forth in Doc. No. 60.

Based on the foregoing, Cassels Brock & Blackwell LLP respectfully requests that the Court schedule a hearing on Cassels' Motion (Doc. No. 68) concurrently with Doc. Nos. 47 and 67 on April 28th, April 29th, or April 30th.

**SCHWARTZ LAW FIRM**

Dated: April 21, 2020

   */s/ Michael D. Schwartz*
*/s Brandon M. Schwartz*
Michael D. Schwartz, AT0013972
Brandon M. Schwartz, AT0011248
600 Inwood Avenue N.
Suite 130
Oakdale, MN 55128
(651) 528-6800
Mschwartz@mdspalaw.com
Bschwartz@mdspalaw.com
Local Counsel for Cassels Brock & Blackwell LLP

Certificate of Service: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing. */s/ Jessie Revalee*