IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11<br>Case No. 18-01297 |
| VEROBLUE FARMS USA, INC., *et al.*,<br><br>PLAINTIFFS<br><br>vs.<br><br>CASSELS BROCK & BLACKWELL LLP<br><br>DEFENDANTS. | Adversary No. 19-09015 |

### ORDER GRANTING MOTION TO SET HEARING FOR PLAINTIFFS' MOTION TO DEEM ADMITTED AND MOTION FOR CONTEMPT

The matter before the Court is Plaintiffs' Motion to Set Hearing for Plaintiffs' Motion to Deem Admitted and Motion for Contempt. Upon consideration of the Motion and the statements contained therein, the Court finds that good cause has been shown to grant the Motion to Set Hearing upon the terms set forth therein.

IT IS THEREFORE ORDERED that the Motion to Set Hearing is GRANTED and the Court will schedule a hearing on Plaintiffs' Motion to Deem Admitted and Motion for Contempt on

**April 30, 2020 at 1:00 p.m.**

by telephone conference call. ATTORNEY FOR PLAINTIFF IS TO INITIATE THE TELEPHONE CALL. THIS HEARING WILL BE DIGITALLY RECORDED.

FURTHER, Defendant's Motion to Stay Discovery pending resolution of the various Motions will be heard at the same date and time.

Dated and Entered:

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

April 21, 2020