IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
**PROCEEDING MEMO AND ORDER**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| VEROBLUE FARMS USA, INC., ) | |
|     Debtor. ) | Bankruptcy No. 18-01297 |
| -------------------------------------------- | |
| VEROBLUE FARMS USA, INC., ) | |
|     Plaintiff, ) | Adversary No. 19-09015 |
| vs. ) | |
| ) | |
| CASSELS BROCK & ) | |
| BLACKWELL LLP, ) | |
|     Defendant. ) | |

Date of Hearing: April 30, 2020

APPEARANCES:

For Plaintiff:   Dan Childers and Robert Lang
For Defendant:  Brandon Schwartz and Michael Schwartz

NATURE OF PROCEEDING:     ___ In Court   X  Telephonic

1) Motion to Stay Discovery
2) Motion to Set Hearing on Plaintiff's Motion to Deem Admitted and Motion for Contempt

IT IS ORDERED THAT:

The following Motions need to be argued: Defendant's Motion to Dismiss Adversary; Plaintiff's Motion to Deem Admitted; Plaintiff's Motion to Contempt; Defendant's Motion to Stay Discovery and any other motions that are filed before the hearing date. These Motions are set for:

**May 21, 2020 at 1:00 p.m.**

by telephone conference call. Please use the following to join the conference call:

    Dial 9-1-888-684-8852
    Enter the Access Code: 7148063 followed by #
    Enter Security Code: 9015 followed by #

Dated and Entered  April 30, 2020

_____
Thad J. Collins, Bankruptcy Judge