IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.,*<br><br>DEBTORS. | Chapter 11 Bankruptcy<br><br>Case No. 18-01297 |
| VEROBLUE FARMS USA, INC., VBF OPERATIOS, INC., VBF TRANSPORT, INC., VBF IP, INC., AND IOWA'S FIRST, INC.,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CASSELS BROCK & BLACKWELL LLP,<br><br>DEFENDANT. | Adversary Case No. 19-09015 |

**ORDER GRANTING ADMISSION PRO HAC VICE OF CAROLINE PRITIKIN ON BEHALF OF DEBTOR VEROBLUE FARMS USA, INC.**

This matter comes before the Court on the Motion to Appear *Pro Hac Vice* of Caroline Pritikin on Behalf of VeroBlue Farms USA, Inc. Upon review of the Motion and the Certificate of Good Standing, the Court finds that good cause has been shown to grant the requested Motion.

**IT IS ORDERED** that the Motion to Appear *Pro Hac Vice* of Caroline Pritikin on Behalf of VeroBlue Farms USA, Inc., is hereby GRANTED. Caroline Pritikin shall be admitted to appear in this case *pro hac vice* on behalf of VeroBlue Farms USA, Inc, along with local counsel Dan Childers in compliance with Local Rule 2090-1(b)(4).

Dated and Entered:

May 18, 2020

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Order prepared and submitted by:
Caroline Pritikin
Counsel to VeroBlue Farms USA, Inc.