IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> VEROBLUE FARMS USA, INC., *et al.,* <br><br> DEBTORS. | Chapter 11 Bankruptcy <br><br> Case No. 18-01297 |
| VEROBLUE FARMS USA, INC., VBF OPERATIOS, INC., VBF TRANSPORT, INC., VBF IP, INC., AND IOWA'S FIRST, INC., <br><br> PLAINTIFFS, <br><br> vs. <br><br> CASSELS BROCK & BLACKWELL LLP, <br><br> DEFENDANT. | Adversary Case No. 19-09015 |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY IN SUPPORT OF THEIR MOTION FOR CONTEMPT**

This matter comes before the Court on the Debtors' Motion for Leave to File an Oversized Reply in Support of Their Motion for Contempt. Upon review of the Motion, the Court finds that good cause has been shown to grant the requested Motion.

**IT IS ORDERED** that Debtors' Motion for Leave to File an Oversized Reply in Support of Their Motion for Contempt is hereby GRANTED. Per Local Rule 7(h), Debtors are granted leave to file a twelve (12) page Reply in Support of Their Motion for Contempt.

Dated and Entered:

May 18, 2020

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Order prepared and submitted by:
Caroline Pritikin
Counsel to VeroBlue Farms USA, Inc.