# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Bankruptcy No: |
| VeroBlue Farms USA, Inc. | 18–01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. | Adversary No. 19–09015 |
| *Plaintiff(s)* | |
| vs. | |
| Cassels Brock & Blackwell LLP | |
| *Defendant(s)* | |

## NOTICE SETTING TELEPHONIC STATUS CONFERENCE

TO:
Dan Childers, Attorney for Plaintiff(s)
Brandon M. Schwartz, Attorney for Defendant(s)
United States Trustee
Robert Lang, Attorney for Plaintiff
Caroline Pritikin, Attorney for Plaintiff
Laura Moon Williams, Attorney for Plaintiff
Michael Schwartz, Attorney for Defendant

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

*June 18, 2020 at 11:00 AM*

**NOTE: PLEASE USE THE FOLLOWING INSTRUCTIONS FOR THE TELEPHONIC HEARING**
1. Call the toll free number: 1–888–684–8852
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 9015
4. After the security code is entered, you will be connected into the conference
5. Please identify yourself after you have joined the conference

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:

Date: May 22, 2020

*Danielle Cripe*

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101
319–286–2200