IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
**PROCEEDING MEMO AND ORDER**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| VEROBLUE FARMS USA, INC., ) | |
| ) | |
| Debtor. ) | Bankruptcy No. 18-01297 |
| --------------------------------------------- | |
| VEROBLUE FARMS USA, INC., ) | |
| Plaintiff, ) | Adversary No. 19-9015 |
| vs. ) | |
| ) | |
| CASSELS BROCK & ) | |
| BLACKWELL, LLP, ) | |
| Defendants. ) | |

Date of Hearing: June 18, 2020

APPEARANCES:

For Plaintiff:     Dan Childers and Robert Lang
For Defendant:   Brandon Schwartz and Michael Schwartz

NATURE OF PROCEEDING:       ___ In Court    _X_ Telephonic

 Status Conference on Motions

IT IS ORDERED THAT:

Hearing was held and the Court will proceed with the ruling on Defendant's Motion to Dismiss and all other motions will be held in abeyance pending the ruling.

Dated and Entered       June 18, 2020

_____
Thad J. Collins, Bankruptcy Judge