IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11<br>Case No. 18-01297<br><br>**MOTION TO WITHDRAW AS COUNSEL** |
| VEROBLUE FARMS USA, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Cassels Brock & Blackwell LLP<br><br>Defendants. | Adversary No. 19-09015 |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the undersigned attorney, Laura Moon Williams ("Attorney"), and hereby submits this Motion to Withdraw as Counsel for Debtors, VeroBlue Farms USA, Inc., et al. stating as follows:

1. Attorney is leaving the law firm of Elderkin & Pirnie, PLC.

2. Debtors will continue to be represented by Dan Childers of Elderkin & Pirnie, PLC, who is fully informed about this case and there will not be any adverse impact on the Debtors.

WHEREFORE, Laura Moon Williams respectfully requests that this Court enter an order authorizing her to withdraw as counsel for the Debtors.

Dated August 25, 2020               Respectfully submitted,

/s/ Laura Moon Williams
LAURA MOON WILLIAMS
AT0014138
Elderkin & Pirnie, P.L.C.
316 Second St. SE, Suite 124
P.O. Box 1968
Cedar Rapids, IA 52406-1968
T: 319-362-2137      F: 319-362-1640
lmwilliams@elderkinpirnie.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25 August 2020, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

Signed: /s/ Sara R. Trenkamp