IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VEROBLUE FARMS USA, INC., *et al.*,<br><br>DEBTORS. | Chapter 11<br>Case No. 18-01297<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| VEROBLUE FARMS USA, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Cassels Brock & Blackwell LLP<br><br>Defendants. | Adversary No. 19-09015 |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The matter before the Court is Laura Moon Williams' Motion to Withdraw as Counsel. Upon consideration of the Motion and the statements contained therein, the Court finds that good cause has been shown to grant the Motion to Withdraw as Counsel.

IT IS THEREFORE ORDERED that the Motion of Laura Moon Williams is granted.

Dated and Entered:

August 25, 2020

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE