# Nicole Becker

| | |
|---|---|
| **From:** | ndia.ecf.notification@iand.uscourts.gov |
| **Sent:** | Thursday, October 22, 2020 3:49 PM |
| **To:** | ndia.ecf.notification@iand.uscourts.gov |
| **Subject:** | Activity in Case 3:20-cv-03050-CJW-KEM Cassels Brock & Blackwell LLP v VeroBlue Farms USA, Inc Bankruptcy Appeal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Northern District of Iowa

## Notice of Electronic Filing

The following transaction was entered on 10/22/2020 at 3:48 PM CDT and filed on 10/22/2020

**Case Name:**   Cassels Brock & Blackwell LLP v VeroBlue Farms USA, Inc
**Case Number:**  3:20-cv-03050-CJW-KEM
**Filer:**    Cassels Brock & Blackwell LLP
**Document Number:** 1

**Docket Text:**
**NOTICE of Appeal and Statement of Election from Bankruptcy Court filed by Cassels Brock & Blackwell LLP. Bankruptcy Court case number 18-01297. (Attachments: # (1) Certificate of Service) (des)**

**3:20-cv-03050-CJW-KEM Notice has been electronically mailed to:**

Dan Childers    dchilders@elderkinpirnie.com, lpalumbo@elderkinpirnie.com

Brandon M Schwartz    brandon@mdspalaw.com, michael@mdspalaw.com

US Trustee    ustpregion12.cr.ecf@usdoj.gov

US Bankruptcy Clerk-IAND    APPEALS@IANB.USCOURTS.GOV

**3:20-cv-03050-CJW-KEM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=10/22/2020] [FileNumber=2317794-0] [7f508be9b4ca7fc2dab7c83ae3216c2b87b0f8b35165ff5a530a3cf595b17575e6f13cd8b68801b9ab9a6ed293403b6869470db337c3b929620aaeeae1c2246e]]
**Document description:** Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=10/22/2020] [FileNumber=2317794-1] [b8198e058a5cc0cfb27f0e036f80af9dc32ef5ead86c72e9dc63eff52dc65189ed5f65d25d64dcfe49d3158b28a76f271342c9bd98d8d2ef36314b28db703db6]]