# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Bankruptcy No: |
| VeroBlue Farms USA, Inc. | 18–01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. | Adversary No. 19–09015 |
| *Plaintiff(s)* | |
| vs. | |
| Cassels Brock & Blackwell LLP | |
| *Defendant(s)* | |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on November 9, 2020. The following deadlines apply:

The parties have until November 16, 2020 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Statement of Redaction Submitted* is November 30, 2020.

If a Statement of Redaction Submitted has been filed, the redacted transcript is due by December 10, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, on February 8, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Date: November 10, 2020                                SHARON K. MULLIN
                                                       Clerk, Bankruptcy Court