# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Bankruptcy No: |
| VeroBlue Farms USA, Inc. | 18–01297 |
| Debtor(s). | Chapter 11 |
| VeroBlue Farms USA, Inc. | Adversary No. 19–09015 |
| *Plaintiff(s)* | |
| vs. | |
| Cassels Brock & Blackwell LLP | |
| *Defendant(s)* | |

## NOTICE SETTING TELEPHONIC HEARING
## ON PLAINTIFF'S MOTION TO DEEM ADMITTED (DOC. 47), MOTION FOR CONTEMPT OF COURT (DOC. 67), MOTION TO DECLARE MATERIAL NON–CONFIDENTIAL (DOC. 81), AND DEFENDANTS MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THE MOTION TO DISMISS AND FOR CLARIFICATION OF MEMORANDUM AND ORDER (DOC. 68)

TO:

| | |
|---|---|
| Dan Childers, Attorney for Plaintiff(s) | 319–362–2137 |
| Brandon M. Schwartz, Attorney for Defendant(s) | 651–528–6800 |
| United States Trustee | |
| Robert Lang, Attorney for Plaintiff | 312–580–2242 |
| Caroline Pritikin, Attorney for Plaintiff | 312–580–5039 |
| Michael Schwartz, Attorney for Defendant | 651–528–6800 |

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

**January 15, 2021 at 01:30 PM**

***ATTORNEY FOR PLAINTIFF IS TO INITIATE THE TELEPHONE CALL.*** Parties should be ready and available to accept said call. The telephone number for Chambers is 319–286–2230.

*NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

SHARON K. MULLIN

Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Date: December 22, 2020

Deputy Clerk
320 Sixth Street Rm 126
Sioux City, IA 51101